| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Brent H. Blakely (SBN 157292) <br> Jamie Fountain (SBN 316567) <br> BLAKELY LAW GROUP <br> 1334 Parkview Avenue, Suite 280 <br> Manhattan Beach, California 90266 <br> Telephone: (310) 546-7400 | |

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, <br> Plaintiff(s), <br> v. <br> LAST BRAND, INC. dba QUINCE, a Delaware Corporation; and DOES 1-10, inclusive <br> Defendant(s) | CASE NUMBER: <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Deckers Outdoor Corporation or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| DECKERS OUTDOOR CORPORATION | PLAINTIFF |
| LAST BRAND, INC. dba QUINCE | DEFENDANT |

| 06/08/2023 | /s/ Jamie Fountain |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Jamie Fountain, Attorney for Deckers Outdoor Corp.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**