Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff
Deckers Outdoor Corporation**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAST BRAND, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:23-cv-04850-AMO<br><br>**STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER**<br><br>**Hon. Araceli Martínez-Olguín** |

　　　　Plaintiff Deckers Outdoor Corporation ("Plaintiff" or "Deckers") and defendant Last Brand, Inc. d/b/a Quince ("Defendant" or "Quince") (together Plaintiff and Defendant are referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

　　　　WHEREAS on December 16, 2024, the Court issued a Scheduling Order in this matter in which it set dates and deadlines for, among other things, expert discovery and Daubert & Dispositive Motions. Dkt. No. 102;

　　　　WHEREAS the Parties desire to modify the Scheduling Order as to the expert-related deadlines by one week, including the deadline to file Daubert & Dispositive

1

1  Motions.  Good cause exists for such an extension because, despite Deckers' diligence
2  in attempting to meet current deadlines, its experts need additional time to submit their
3  Rebuttal reports. Fed. R. Civ. Proc. 16(b)(4).  The extension sought will not affect the
4  current MSJ hearing date. The parties agree to all deadlines relating to expert
5  discovery being extended by one week.
6     WHEREAS, the Parties accordingly agree to the following modifications and
7  deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures (Rebuttal) | January 10, 2025 | **January 17, 2025** |
| Expert Disclosures (Reply) | January 24, 2025 | **January 31, 2025** |
| Expert Discovery Cut-Off | February 14, 2025 | **February 21, 2025** |
| Daubert & Dispositive Motions Due | February 21, 2025 | **February 28 , 2025** |

**IT IS SO STIPULATED.**

DATED: January 9, 2025     BLAKELY LAW GROUP

By:  */s/ Jamie Fountain*____
  Brent H. Blakely
  Jamie Fountain
  Iain Hill
  **Attorneys for Plaintiff**
  **Deckers Outdoor Corporation**

DATED: January 9, 2025     MORROW NI LLP

By:   */s/ Xinlin Li Morrow*
  Xinlin Li Morrow
  **Attorneys for Defendant**
  **Last Brand, Inc. d/b/a Quince**

**ATTESTATION RE ELECTRONIC SIGNATURES**

The filer of this document attest that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

DATED: January 9, 2025                    By: */s/ Jamie Fountain*____
                                              Jamie Fountain

Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff**
**Deckers Outdoor Corporation**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAST BRAND, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:23-cv-04850-AMO<br><br>**DECLARATION OF JAMIE FOUNTAIN IN SUPPORT OF STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>**Hon. Araceli Martínez-Olguín** |

1

# DECLARATION OF JAMIE FOUNTAIN

I, Jamie Fountain, declare as follows:

1. I am an attorney at the Blakely Law Group and counsel of record for Plaintiff Deckers Outdoor Corporation ("Plaintiff") in the above-captioned action. I submit this Declaration in in support of Stipulation to Request an Order Changing Time and to Modify Scheduling Order and have personal knowledge of the matter set forth herein, such that if called upon as a witness, I could and would competently testify thereto.

2. Due to the holidays and the impact of the recent fires in Los Angeles, where members of our team live, we would require a short one-week extension to work with our expert witnesses on finalizing their reports.

3. For the above reasons we have sought and obtained Defendant's agreement to a one-week extension in respect to the expert related case deadlines, and file the accompanying stipulation.

4. I summarize below, based on my firm's review of the docket, the previous time modifications in the case:

- Stipulations extending time for Defendant Last Brand Inc. to answer complaint, first from July 14, 2023 to August 14, 2023, then from August 14, 2023 to September 13, 2023. Order granting stipulation for latter extension. ECF Nos. 14, 16, 17.
- Defendant's deadline to answer continued by court order until 21 says after transfer of case to the Northern District of California. ECF No. 19.
- Judge Cisneros' order permitting the parties to file a joint statement no later than October 17, 2024 with respect to certain discovery issues, when no stipulation or joint discovery letter was filed by October 11, 2024 as originally ordered. ECF No. 93.
- Stipulation with Proposed Order to modify the then-operative Case Management Scheduling Order (ECF No. 32) was filed and granted by the

Court as modified. The effect of this time modification order was to extend expert disclosure deadlines, expert discovery cut-off and the deadline for Daubert and Dispositive Motions by 2 weeks. Further, the court continued deadlines for the dispositive motion hearing, pre-trial statement, pre-trial conference and trial by approximately 5-7 weeks each. ECF Nos. 101 and 102.

- Stipulation and Proposed Order to modify the then Scheduling Order by 3-weeks. The ordered new deadlines are summarized below, as excerpted from the Court's order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures (Rebuttal) | December 20, 2024 | January 10, 2025 |
| Expert Disclosures (Reply) | January 3, 2025 | January 24, 2025 |
| Expert Discovery Cut-Off | January 24, 2025 | February 14, 2025 |
| Daubert & Dispositive Motions | January 31, 2025 | February 21, 2025 |

ECF No. 109.

5. Below is the effect of the requested one-week modification. These jointly-requested modifications do not require changes to the trial date or the dispositive motion hearing date previously set out in the currently operative case schedule.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures (Rebuttal) | January 10, 2025 | **January 17, 2025** |
| Expert Disclosures (Reply) | January 24, 2025 | **January 31, 2025** |
| Expert Discovery Cut-Off | February 14, 2025 | **February 21, 2025** |
| Daubert & Dispositive Motions Due | February 21, 2025 | **February 28, 2025** |

2

1     I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

    Executed this 25th day of January 2024 in Manhattan Beach, California.

Dated:    January 9, 2025

*/s/* Jamie Fountain
Jamie Fountain
**BLAKELY LAW GROUP**
**Attorneys for Plaintiff**
**Deckers Outdoor Corporation**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> LAST BRAND, INC., a Delaware Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 3:23-cv-04850-AMO <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER <br><br> Hon. Araceli Martínez-Olguín |

Based upon the stipulation of the parties and their showing of good cause, IT IS HEREBY ORDERED that:

The following deadlines have moved accordingly:

| Event | New Deadline |
|---|---|
| Expert Disclosures (Rebuttal) | January 17, 2025 |
| Expert Disclosures (Reply) | January 31, 2025 |
| Expert Discovery Cut-Off | February 21, 2025 |
| Daubert & Dispositive Motions | February 28, 2025 |

**IT IS SO ORDERED**.

DATED:_____January 14_____, 2025

_____
Hon. Araceli Martínez-Olguín
United States District Judge