Xinlin Li Morrow (SBN 281707)
Ryan McMenamin (pro hac vice)
Lawrence Yichu Yuan (pro hac vice)
**MORROW NI LLP**
xinlin@moni.law
lawrence@moni.law
ryan@moni.law
3333 Michelson Drive Suite 300
Irvine, California 92612
Telephone:    (213) 282-8166

*Attorneys for Defendant Last Brand, Inc. d/b/a Quince*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Deckers Outdoor Corporation, | Case No. 3:23-cv-04850-AMO-LJC |
| *Plaintiff*, | |
| | Hon. Araceli Martínez-Olguín |
| v. | |
| Last Brand, Inc. d/b/a Quince, | **DECLARATION OF XINLIN LI MORROW IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT.** |
| *Defendant*. | |
| | Date: July 3, 2025 |
| | Time: 2:00 p.m. |
| | Courtroom: 10 |

MORROW DECLARATION ISO Motion For Partial Summary Judgment | 3:23-cv-04850-AMO

I, Xinlin Li Morrow, declare as follows:

1. I am an attorney at law duly licensed to practice in California. I am admitted to practice before this Court. I am an attorney at Morrow Ni LLP, counsel of record for Defendant Last Brand, Inc. d/b/a Quince in this action. I make this declaration in support of Quince's Motion For Partial Summary Judgment. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of Deckers' Supplemental Initial Disclosures dated January 29, 2024.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of Deckers' Responses to Quince's First Set of Interrogatories dated March 7, 2024.

4. Attached as Exhibit 3 is a true and correct copy of the Expert Report of David S. Hanson, CPA, dated November 15, 2024.

5. Attached as Exhibit 4 is a true and correct copy of the transcript of David S. Hanson (rough) dated February 26, 2024.

6. Attached as Exhibit 5 is a true and correct copy of the Expert Report of David Franklyn, dated November 1, 2024.

7. Attached as Exhibit 6 is a true and correct copy of the Export Report of Matthew G. Ezell (Button Boots) dated November 15, 2024.

8. Attached as Exhibit 7 is a true and correct copy of the Export Report of Matthew G. Ezell (Mini Boots) dated November 15, 2024.

9. Attached as Exhibit 8 is a true and correct copy of the Expert Report of Erich Joachimsthaler, Ph.D., dated November 15, 2024.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the transcript of Erich Joachimsthaler's deposition testimony dated February 17, 2025.

11. Attached as Exhibit 10 is a true and correct copy of the Rebuttal Expert Report of Dennis Comeau dated January 17, 2025.

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the transcript of

deposition testimony for Deckers' 30(b)(6) witness, Lisa Michelle Bereda, dated August 15, 2024.

13.    Attached as Exhibit 12 is a true and correct copy of excerpts of the transcript of Caroline De Baere's deposition testimony (rough) dated February 25, 2025.

14.    Attached as Exhibit 13 is a true and correct copy of the '161 Patent, which was filed in this action as ECF No. 25-1.

15.    Attached as Exhibit 14 is a true and correct copy of the Rebuttal Export Report of Richard Brady, Ph.D, dated January 17, 2025.

16.    Attached as Exhibit 15 is a true and correct copy of the Export Report of Dennis Comeau, dated November 13, 2024.

17.    Attached as Exhibit 16 is a true and correct copy of preserved product webpages on Quince's website for the Australian Shearling Clog Slipper, Australian Shearling Mini, and Australian Shearling Button Boot.

18.    Attached as Exhibit 17 is a true and correct copy of the Rebuttal Export Report of Dennis Comeau, dated January 17, 2025.

19.    Attached as Exhibit 18 is a true and correct copy of excerpts of the transcript of Helene Frain's deposition testimony dated September 4, 2024.

20.    Attached as Exhibit 19 is a true and correct copy of excerpts of the transcript of Matthew Ezell's deposition testimony dated February 26, 2025.

21.    Attached as Exhibit 20 is a true and correct copy of the Rebuttal Expert Report of Rob Wallace (Ezell), dated January 7, 2025.

22.    Attached as Exhibit 21 is a true and correct copy of the Rebuttal Expert Report of Rob Wallace (Franklyn), dated January 7, 2025.

23.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2025 at Laguna Beach, California.

_/s/ Xinlin Li Morrow_
Xinlin Li Morrow

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025 a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Ryan McMenamin*
Ryan McMenamin