# Exhibit 16

Free shipping & easy returns for 365 days.

# Quince

Search 🔍    Sign In    ♡    🛍

New Arrivals    Best Sellers    Women    Men    Home    Baby & Kids    Travel    Lookbooks    Corporate Gifting    About

Women's / Socks & Slippers / Australian Shearling Clog Slipper



## Australian Shearling Clog Slipper

★★★★★  (1729 REVIEWS)

**$49.90**    ~~$99.00~~
You save 50%    Traditional retail

Color: Light Grey
⬤

Size: 6                    Size Chart

| 6 | 7 | 8 | 9 | 10 |

**ADD TO CART**

🚚 Free shipping    ↺ Easy returns    🔒 Secure payment

Forget sunshine, you'll feel as if you're walking on clouds thanks to these cozy 100% Australian shearling lined clog slipper. With an easy slip-on, slip-off fit and durable rubber outsoles, these clog slippers were built for more than just the indoors. Did we mention the moisture wicking shearling lining naturally adjusts to your body temperature? These clog slippers will keep your feet warm and toasty in winter, or cool and cozy during summer.

---

DETAILS    SIZE & FIT    CARE

- Material: suede leather upper with 100% Australian shearling lining and insole
- Durable non-slip rubber outsole
- Embroidered trim
- Produced in BSCI (Business Social Compliance Initiative) certified factories which aims to improve working conditions throughout the supply chain
- Origin: ZhenJiang, China

BEYOND COMPARE ⓘ

| | QUINCE | PARACHUTE | UGG | OVERLAND |
|---|---|---|---|---|
| PRICE | $49.90 | $99.00 | $100.00 | $119.00 |
| SAVINGS (%) | ⬤ | 50% | 50% | 58% |
| 100% AUSTRALIAN SHEARLING LINING | ⬤ | ✕ | ⬤ | ⬤ |
| NON-SLIP RUBBER OUTSOLE | ⬤ | ✕ | ⬤ | ⬤ |
| FREE SHIPPING | ⬤ | ⬤ | ⬤ | ⬤ |
| FREE RETURNS | 365 days | 30 days | 30 days | 30 days |

PRICE FOR QUALITY

Expensive price                    Unbeatable price

★★★★★
## 4.9 Rating
1729 REVIEWS

( WRITE A REVIEW )

SORT BY ⌄    HAS PHOTO ☐



## Transparent pricing

We never cut corners when it comes to quality, sustainability or fair manufacturing practices. Our prices stay low because we avoid the expenses of the traditional supply chain, including sourcing agents, warehousing, wholesaling, distribution and storefront retail.

| | |
|---|---|
| MATERIALS | $8.73 |
| CRAFTING COST | $4.46 |
| PACKAGING | $1.01 |
| FREIGHT & HANDLING | $18.89 |
| CREDIT CARD FEES | $1.43 |
| TOTAL COST | $34.52 |



$49.90

TOTAL COST

Quince

$99.00

TOTAL COST

TRADITIONAL
RETAILER



Offers, new arrivals, restocks and more.

EMAIL ADDRESS

PRODUCTS
Men
Women
Home
Jewelry
Gift Cards
Partner Offers

QUINCE
About Us
Refer & Earn
How it Works
Our Values
Our Factories
Sustainability
Cashmere 101
Cookware 101
Leather 101
Silk 101
Bedding 101
Careers
Service Discount
Educational Discount
Partner Offers
Quince Offers

CUSTOMER SERVICE
My Account
FAQ
My Orders
Start a Return
Shipping & Returns
Warranty Policy
Security
Contact Us

WHOLESALE & GIFTING
Corporate Gifting
Interior Design

FOLLOW US

Quince

Let's talk, email us and we'll get back to you within 24 hours.

© 2024 Quince. All Rights Reserved.     Terms of Service     Privacy Policy     Accessibility     Referral Policy

Free shipping & easy returns for 365 days.

Quince

Search 🔍    👤 Sign In    ♡    🛍

New Arrivals    Best Sellers    Women    Men    Home    Baby & Kids    Travel    Lookbooks    Partner Offers    About

Women's / Socks & Slippers / Australian Shearling Mini Boot



# Australian Shearling Mini Boot    🤍

★★★★★  (279 REVIEWS)

**$69.90**    ~~$140.00~~
You save 50%    Traditional retail

Color: Light Grey

⬤ 🟤 ⚫

Size: 6

| 6 | 7 | 8 | 9 | 10 |

Size Chart

**ADD TO CART**

🚚 Free shipping    ↺ Free returns    🔒 Secure payment

You're guaranteed to be comfy and cozy when wearing our water-resistant Australian Shearling Mini Boot. The moisture wicking shearling lining naturally adjusts to your body temperature to keep your feet warm and toasty in winter, or cool and cozy during summer. Trust us, you won't ever want to take them off, no matter what the season.

---

**DETAILS**    SIZE & FIT    CARE

- Material: suede leather upper with 100% Australian shearling lining and insole
- Durable non-slip molded rubber outsole
- Water repellent treatment applied, intended to repel light amounts of water
- Asymmetrical top hem with rear pull tab for an easy pull-on, pull-off fit
- Overlock stitch detailing on seams
- Produced in BSCI (Business Social Compliance Initiative) certified factories which aims to improve working conditions throughout the supply chain
- Origin: ZhenJiang, China

**BEYOND COMPARE** ⓘ

| | QUINCE | EMU | UGG | CELTIC & CO |
|---|---|---|---|---|
| PRICE | $69.90 | $140.00 | $140.00 | $245.00 |
| SAVINGS (%) | 🟠 | 50% | 50% | 71% |
| 100% AUSTRALIAN SHEARLING LINING | 🟠 | ⚪ | ⚪ | ✕ |
| NON-SLIP RUBBER OUTSOLE | 🟠 | ⚪ | ⚪ | ⚪ |
| WATER REPELLENT | 🟠 | ⚪ | ⚪ | ✕ |
| FREE SHIPPING | 🟠 | ⚪ | ⚪ | ⚪ |
| FREE RETURNS | 365 days | 30 days | 30 days | 30 days |

---

PRICE FOR QUALITY    ●————————————○————————

Expensive price        Unbeatable price

★★★★★

## 4.8 Rating

279 REVIEWS

**WRITE A REVIEW**

SORT BY ⌄    HAS PHOTO ☐

ARI
02/19/2024

★★★★★
Super comfy and great quality

I ordered these instead of getting name brand boots. These boots have held up great this winter and the price is unbeatable.

Fit : Runs large

Length :

---

JASMINE Z.
02/15/2024

Typical Size: S
Size Purchased: S

★★★★★
Love these!!

These boots are so cozy and comfortable. They look exactly like the other popular brand for half the price!! Yay!

Fit : True to size

Length : True to length

Price For Quality : Unbeatable price

---

CRYSTAL
02/13/2024

★★★★★
Perfect! A must have!

These boots are perfect. I recommend if you are between sizes, size down. I'm a 9.5 and initially sized up to a 10 but they were too big, so I reordered them in a 9. My toes are just touching the front but I know the shearling will pack down so they will be perfect after the first couple wears. They are super soft and warm. I'm recommending them to everyone. :)

Fit : Runs large

Length :

---

CRISTINA B.
02/06/2024

Typical Size: S
Size Purchased: S

★★★★★
Australian Shearling Mini Boot.

Love them! Warm, soft & comfortable. Love wearing them to run out.

Fit : True to size

Length : True to length

Price For Quality : Good price



1 2 3 4

## Transparent pricing

We never cut corners when it comes to quality, sustainability or fair manufacturing practices. Our prices stay low because we avoid the expenses of the traditional supply chain, including sourcing agents, warehousing, wholesaling, distribution and storefront retail.

| | |
|---|---|
| MATERIALS | $12.50 |
| CRAFTING COST | $4.80 |
| PACKAGING | $0.50 |
| FREIGHT & HANDLING | $31.10 |
| CREDIT CARD FEES | $2.31 |
| TOTAL COST | $51.21 |



$69.90

$140.00

TOTAL COST

TOTAL COST

Quince

TRADITIONAL ⓘ
RETAILER

## Offers, new arrivals, restocks and more.

EMAIL ADDRESS →

| PRODUCTS | QUINCE | CUSTOMER SERVICE |
|---|---|---|
| Men | About Us | My Account |
| Women | Refer & Earn | FAQ |
| Home | Wholesale & Gifting | My Orders |
| Jewelry | How it Works | Start a Return |
| Gift Cards | Our Values | Shipping & Returns |
| Partner Offers | Our Factories | Contact Us |
| | Sustainability | |
| | Cashmere 101 | FOLLOW US |
| | Cookware 101 | |
| | Leather 101 | |
| | Silk 101 | |
| | Bedding Guide | |
| | Careers | |
| | Service Discount | |
| | Educational Discount | |

Quince

Let's talk, email us and we'll get back to you within 24 hours.    © 2022 Quince. All Rights Reserved.    Terms of Service    Privacy Policy    Accessibility    Referral Policy

Free shipping & easy returns for 365 days.

Quince

Search 🔍    👤 Sign In    ♡    🛍

New Arrivals    Best Sellers    Women    Men    Home    Baby & Kids    Travel    Lookbooks    Partner Offers    About

Women's / Socks & Slippers / Australian Shearling Button Boot



# Australian Shearling Button Boot

♡

★★★★★  (25 REVIEWS)

**$89.90**        ~~$152.00~~
You save 41%     Traditional retail

Color: Tan

⬤ ⚫ 🟤

Size: 6                          Size Chart

| 6 | 7 | 8 | 9 | 10 |

**ADD TO CART**

🚚              ↻              🔒
Free shipping    Easy returns    Secure payment

Introducing our Australian Shearling Button Boots, a cozy style you'll definitely want in your closet for the colder season. Made from warm Australian shearling, these boots bring lowkey luxe vibes along with extra insulation. A durable sole designed for traction and support is practical for all-day, everyday wear.

**DETAILS**    SIZE & FIT    CARE

- Material: Double face cow suede upper with 100% Australian sheep skin shearling lining
- Durable non-slip molded rubber outsole
- Water repellent treatment applied, intended to repel light amounts of water
- Functional button detail with elastic closure
- Overlock stitch detailing on seams
- Produced in a SEDEX (Supplier Ethical Data Exchange) certified factories which aims to improve social and ethical performance throughout the supply chain
- Origin: Mengzhou, China

            
100% SHEEPSKIN      SOFT HAND FEEL      ETHICALLY PRODUCED

BEYOND COMPARE  ⓘ

| | QUINCE | LEATHER MOCCASIN | EMU | UGG |
|---|---|---|---|---|
| PRICE | $89.90 | $152.00 | $179.95 | $190.00 |
| SAVINGS (%) | ⬤ | 41% | 50% | 53% |
| 100% AUSTRALIAN SHEARLING | ⬤ | ✕ | ✕ | ✕ |
| NON-SLIP RUBBER OUTSOLE | ⬤ | ✕ | ✕ | ✕ |
| WATER REPELLENT | ⬤ | ✕ | ✕ | ✕ |
| FREE SHIPPING | ⬤ | ⚪ | ⚪ | ⚪ |
| FREE RETURNS | 365 days | 30 days | 30 days | 30 days |

PRICE FOR QUALITY        ●————————————○
                    Expensive price        Unbeatable price

★★★★★

## 4.8 Rating
25 REVIEWS

WRITE A REVIEW

SORT BY    HAS PHOTO ☐

## Transparent pricing

We never cut corners when it comes to quality, sustainability or fair manufacturing practices. Our prices stay low because we avoid the expenses of the traditional supply chain, including sourcing agents, warehousing, wholesaling, distribution and storefront retail.

| MATERIALS | $17.00 |
|---|---|
| CRAFTING COST | $5.50 |
| PACKAGING | $1.00 |
| FREIGHT & HANDLING | $29.54 |
| CREDIT CARD FEES | $2.44 |
| **TOTAL COST** | **$55.48** |



$89.90

$152.00

TOTAL COST

TOTAL COST

Quince

TRADITIONAL 🔒 RETAILER

---

## Offers, new arrivals, restocks and more.

EMAIL ADDRESS →

**PRODUCTS**
Men
Women
Home
Jewelry
Gift Cards
Partner Offers

**QUINCE**
About Us
Refer & Earn
Interior Design
Corporate Gifting
How it Works
Our Values
Our Factories
Sustainability
Cashmere 101
Cookware 101
Leather 101
Silk 101
Bedding 101
Careers
Service Discount
Educational Discount
Quince Offers

**CUSTOMER SERVICE**
My Account
FAQ
My Orders
Start a Return
Shipping & Returns
Warranty Policy
Security
Contact Us

**WHOLESALE & GIFTING**
Corporate Gifting
Interior Design

**FOLLOW US**

Quince

Let's talk, email us and we'll get back to you within 24 hours.    © 2024 Quince. All Rights Reserved.    Terms of Service    Privacy Policy    Accessibility    Referral Policy