# EXHIBIT 19

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS IS A ROUGH DRAFT TRANSCRIPT.  IT IS NOT CERTIFIED BY THE SHORTHAND REPORTER AND CANNOT BE OFFERED AS THE OFFICIAL CERTIFIED TRANSCRIPT OF THESE PROCEEDINGS.  IT IS PROVIDED FOR THE INTERNAL OFFICE USE OF THE ATTORNEY TO WHICH IT IS PROVIDED.  PREPARED AS A ROUGH DRAFT TRANSCRIPT, THIS TRANSCRIPT OF THE DEPOSITION MAY NOT BE CERTIFIED AND MAY NOT BE USED, CITED OR TRANSCRIBED AS THE CERTIFIED TRANSCRIPT OF THE DEPOSITION PROCEEDINGS.  THE ROUGH DRAFT TRANSCRIPT MAY NOT BE USED OR CITED IN ANY WAY OR AT ANY TIME TO REBUT OR CONTRADICT THE CERTIFIED TRANSCRIPT OF THE DEPOSITION PROCEEDINGS AS PROVIDED BY THE DEPOSITION OFFICER.

          \*\*\*\*\*ROUGH DRAFT TRANSCRIPT \*\*\*\*\*\*\*

                        MATTHEW EZELL

BY MS. MORROW:

Q    Good morning, Mr. Ezell.  Could you please state your full name for the record.

A    Sure.  Good morning.  My full name is Matthew Garret Ezell.  Matthew has two t's.  Garret has two r's and one t.  Sometimes that's an unusual spelling.

                                                    2

Q    You understand you are testifying under oath today?

A    Yes, I do.

Q    I assume you've been deposed posed before.  Is that right?

A    Yes, several times.

Q    Okay.  So I won't go over the deposition basics extensively, but just a few basic things.  If you don't understand a question, please ask me for clarification, and I'll try to rephrase.  But if you do answer a question, I'll assume that you understood the question.

Is that fair?

A    That's fair.

Q    Today Ms. Fountain will be making some objections for the record but unless you are instructed not to answer, you are still to answer the question.  Do you understand that?

A    I understand.

Q    Okay.  You can ask for a break any time.  The only thing I ask is if there is a pending question, that you answer the pending question before we take a break.

Is that okay?

A    That's just fine.

Q    Is there any reason you can think of why you will not be able to give your best, most complete and most

3

accurate testimony today?

A    No, no reason other than the limits of my brain.

Q    Okay.  Are you under the influence of any drugs or medication that may affect your testimony today?

A    No.

Q    How did you prepare for today's deposition?

the effect of a combination of elements.

BY MS. MORROW:

Q    Right.  Do you think it's possible that survey

takers or ordinary purchasers in the market might

09:32    associate the shearling or sheepskin material with UGG and

that can bias the survey results?

MS. FOUNTAIN:  Objection; calls for speculation.

THE WITNESS:  I'm not sure what you mean by bias

the results.  The visible tufting, which I take to mean as

09:33    a reference to the shearling lining, that is one of the

elements of the claimed trade dress.  So I don't see how

the test image which shows visible tufting here is in any

way biasing the survey inappropriately.  I am measuring

the purported trade dress.

09:33    BY MS. MORROW:

22

Q    Right.  But you took all out the element of suede

and you took out the element ankle boot, right, in the

control image or you kept those elements?

A    Right, I kept those elements because, again, I want a plausible member of this category of product. I don't want a control product that exhibits the claimed trade dress.  So I have a bare minimum of just a suede ankle-high boot.  I think that is a very general category.  That's not the same as the claimed trade dress here.

Q    Why didn't you pick a control image of, let's say, a mid-calf or a taller sheepskin boot?  Then you would have only kept two elements.

A    I think that's just my own decision in terms of survey design.  You could do something like that.  I'm not sure that it would yield any different results.  But I look at the recitation or the claimed elements of the trade dress.  And there are some very specific ones and there are others that have a very specific phraseology, but they also say, you know suede boot, classic suede boot.  I don't know what the classic styling may mean. But suede boot I understand.  So I left the suede boot, again, to be a plausible member of this category of product.

Q    Actually, that's my next question for you.

What is the classic suede boot styling?

23

MS. FOUNTAIN:  Objection; beyond the scope and -- go ahead, Matt.

THE WITNESS:  Sure.  I think consumers understand what that means because of their numerous responses that indicate UGG.  And you ask the question why do you say that, and they you say it looks like a classic UGG.  This is their classic design.  I think the consumers know what that means even if I'm unable to articulate precisely what that means.

BY MS. MORROW:

Q   Do you think it's possible that consumers associate anything made of shearling or sheepskin with UGG regardless of other designs?

MS. FOUNTAIN:  Objection; calls for speculation.  Go ahead, Matt.

THE WITNESS:  Repeat your question, please.

BY MS. MORROW: