# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

Deckers Outdoor Corporation,

*Plaintiff*,

v.

Last Brand, Inc. d/b/a Quince,

*Defendant*.

Case No. 3:23-cv-04850-AMO-LJC

Hon. Araceli Martínez-Olguín

**[PROPOSED] ORDER GRANTING QUINCE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# [PROPOSED] ORDER GRANTING

## DEFENDANT'S MOTION TO FOR PARTIAL SUMMARY JUDGMENT

THIS MATTER comes before this Court on Defendant Last Brand Inc. d/b/a/ Quince's Motion To Grant Partial Summary Judgment under Fed. R. Civ. P. 56. The Court, having read the Motion and related documents, and being otherwise advised, it is: ORDERED AND ADJUDGED that the Motion is GRANTED.

1. Deckers failed to establish lost profits as a matter of law.

2. Deckers' "lost profits" damages for its patent claims are excluded.

3. The Asserted Classic Ultra Mini Trade Dress is generic and therefore noty entitled to trade dress protection under the Lanham At or common law.

4. The Asserted Tasman Trade Dress is generic and lacks secondary meaning and therefore not entitled to trade dress protection under the Lanham Act or common law.

5. The state law unfair competition claims based on Asserted Classic Ultra Mini and Tasman Trade Dresses fail because there is no protectable trade dress.

6. The '161 Patent is invalid for primarily being functional and/or indefinite.

**IT IS SO ORDERED**.

DATED:_____, 2025          _____
                                     Hon. Araceli Martínez-Olguín
                                     United States District Judge