1 Xinlin Li Morrow (SBN 281707)
Ryan McMenamin (pro hac vice)
2 Lawrence Yichu Yuan (pro hac vice)
**MORROW NI LLP**
3 xinlin@moni.law
4 lawrence@moni.law
ryan@moni.law
5 3333 Michelson Drive Suite 300
Irvine, California 92612
6 Telephone:    (213) 282-8166

7 *Attorneys for Defendant Last Brand, Inc. d/b/a Quince*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Deckers Outdoor Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Last Brand, Inc. d/b/a Quince,<br><br>*Defendant*. | Case No. 3:23-cv-04850-AMO-LJC<br><br>Hon. Araceli Martínez-Olguín<br><br>**DECLARATION OF XINLIN LI MORROW IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE EXPERT ERICH JOACHIMSTHALER.**<br><br>Date: July 3, 2025<br>Hearing Time: 2:00 p.m.<br>Courtroom: 10 |

I, Xinlin Li Morrow, declare as follows:

1. I am an attorney at law duly licensed to practice in California. I am admitted to practice before this Court. I am an attorney at Morrow Ni LLP, counsel of record for Defendant Last Brand, Inc. d/b/a Quince in this action. I make this declaration in support of Quince's Motion to Exclude Certain Testimony Of Deckers Outdoor Corporation's ("Deckers" or "Plaintiff") Proffered Expert, Dr. Erich Joachimsthaler. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Erich Joachimsthaler, Ph.D., November 15, 2024.

3. Attached as Exhibit 2 is a true and correct copy of transcript excerpts from Erich Joachimsthaler's deposition testimony dated February 17, 2025.

4. Attached as Exhibit 3 is a true and correct copy of Deckers' Responses to Quince's First Set of Requests for Production dated March 7, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2025 at Laguna Beach, California.

*/s/ Xinlin Li Morrow*
Xinlin Li Morrow

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025 a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

                                     */s/ Ryan McMenamin*
                                     Ryan McMenamin