1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13
14
15
16
17
18

Deckers Outdoor Corporation,

*Plaintiff*,

v.

Last Brand, Inc. d/b/a Quince,

*Defendant*.

Case No. 3:23-cv-04850-AMO

Hon. Araceli Martínez-Olguín

**[PROPOSED] ORDER TO EXCLUDE EXPERT ERICH JOACHIMSTHALER**

19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER GRANTING

# DEFENDANT'S MOTION TO EXCLUDE PORTIONS OF ERICH JOACHIMSTHALER'S EXPERT REPORT AND RELATED TESTIMONY

THIS MATTER comes before this Court on Defendant Last Brand Inc. d/b/a/ Quince's Motion To Exclude Portions Of Erich Joachimsthaler's Expert Report And Related Testimony under Fed. R. Evid. 702, *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and Fed. R. Civ. P. 37(c)(1). The Court, having read the Motion and related documents, and being otherwise advised, it is: ORDERED AND ADJUDGED that the Motion is GRANTED. The portions of Erich Joachimsthaler's expert report challenged by Defendant's motion are hereby precluded from use in this action.

**IT IS SO ORDERED**.

DATED:_____, 2025        _____
                                   Hon. Araceli Martínez-Olguín
                                   United States District Judge