1  Xinlin Li Morrow (SBN 281707)
2  Ryan McMenamin (*pro hac vice*)
   Lawrence Yichu Yuan (*pro hac vice*)
3  **MORROW NI LLP**
   xinlin@moni.law
4  ryan@moni.law
   lawrence@moni.law
5  3333 Michelson Drive Suite 300
   Irvine, California 92612
6  Telephone:      (213) 282-8166

7  *Attorneys for Defendant Last Brand, Inc. d/b/a Quince*

8

9
                    **UNITED STATES DISTRICT COURT**
10
                 **NORTHERN DISTRICT OF CALIFORNIA**
11
                      **SAN FRANCISCO DIVISION**
12

13

14 | Deckers Outdoor Corporation, | Case No. 3:23-cv-04850-AMO-LJC |

Deckers Outdoor Corporation,                Case No. 3:23-cv-04850-AMO-LJC

15              *Plaintiff*,                 Hon. Araceli Martínez-Olguín

16         v.                                **DECLARATION OF XINLIN LI**
                                             **MORROW IN SUPPORT OF**
17 Last Brand, Inc. d/b/a Quince,            **DEFENDANT'S MOTION IN LIMINE**
                                             **NO. 3 TO EXCLUDE PLAINTIFF'S**
18              *Defendant*.                 **SURVEY EXPERT DAVID FRANKLYN**

19                                           Date: July 3, 2025
20                                           Hearing Time: 2:00 p.m.
                                             Courtroom: 10
21

22

23

24

25

26

27

28

I, Xinlin Li Morrow, declare as follows:

1.      I am an attorney at law duly licensed to practice in California.  I am admitted to practice before this Court. I am an attorney at Morrow Ni LLP, counsel of record for Defendant Last Brand, Inc. d/b/a Quince in this action. I make this declaration in support of Quince's Motion to Exclude Deckers Outdoor Corporation's ("Deckers" or "Plaintiff") Proffered Survey Expert, David Franklyn. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached as Exhibit 1 is a true and correct copy of the Opening Report of David Franklyn dated November 1, 2024.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from customers reviews of the Tasman shoe produced by Deckers at DOC 005219-DOC005226. All emphasis are added.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts from customers reviews of the Quince Australian Shearling Clog Slipper produced by Quince at QUINCE0000004 and QUINCE0000944. All emphasis are added.

5.      Attached as Exhibit 4 is a true and correct copy of the Sur-Rebuttal Report of David Franklyn dated January 31, 2025.

6.      Attached as Exhibit 5 is a true and correct copy of the survey instrument, or questionnaire, used by David Franklyn for his survey, which is the Appendix B to Franklyn's Opening Report.

7.      Attached as Exhibit 6 is a true and correct copy of the rough transcript from the Deposition of David Franklyn on March 3, 2025. A rough transcript is used here because the official transcript is not yet available at the time of this filing.

8.      Attached as Exhibit 7 is a true and correct copy of a printout from Franklyn's survey raw data, which is Appendix E to Franklyn's Opening Report and was also used as Exhibit 2 at the Deposition of David Franklyn on March 3, 2025.

9.      Question 7 ("Q7") of the Franklyn survey is a screener question to select the universe of

the Franklyn survey:

**ASK ALL RESPONDENTS, RANDOMIZE 1-8**
**Q7.** In a previous question, you indicated that in the last 18 months or in the next 12 months, you have purchased or intend to purchase slippers that can be worn both indoors and/or outdoors. Which of the following types of slippers that can be worn both indoors and/or outdoors did you purchase or do you intend to purchase? Select all that apply.
1. Fur-lined slippers
2. Silk slippers
3. Moccasin-style slippers
4. Leather loafers
5. Athletic slides
6. Clog slippers
7. Hand-knitted slippers
8. Orthopedic slippers
9. Other ANCHOR EXCLUSIVE
10. None of the above ANCHOR EXCLUSIVE

**TERMINATE IF NEITHER Q7=1 OR Q7=6 ARE SELECTED**

*See* Exhibit 5 (Franklyn Survey Instrument) at 3. Respondents must select either 1 (fur-lined slippers) or 6 (clog slippers) to continue in the survey. Respondents who did not select either were terminated from the survey.

10.     In the native Excel version of Exhibit 7 (Franklyn survey data), I used two Excel functions to calculate the number of respondents who selected "1," or fur-lined slippers, in response to Question 7. First, I used the "=COUNTIF(N2:N550, "*1*")" function to count the number of responses to Question 7 that included "1" and other options. The result is 362. I understand that sum calculated by this function does not include responses that state only "1." So I used the "=COUNTIF(N2:N550, "1")" to count the number of responses to Question 7 that included "1" and other options. The result is 46. Therefore, in total, 408 (362+46) of the 549 respondents have selected "1," fur-lined slippers, either alone or with other options in response to Question 7. *See* Exhibit 1 at 5 ("A total of 549 respondents took the survey….").

11.    Attached as Exhibit 8 is a true and correct copy of a Deckers presentation produced by Deckers in this action at DOC 000003 to DOC 000042.

12.    Attached as Exhibit 9 is a true and correct copy of the Expert Report of Erich Joachimsthaler, PhD dated November 15, 2024.

13.    Attached as Exhibit 10 is a true and correct copy of the Expert Report of Jesse Catlin, PhD in Rebuttal to the Joachimsthaler Report dated January 17, 2025.

14.    Attached as Exhibit 11 is a true and correct copy of the rough transcript from the Deposition of Matthew Ezell on February 26, 2025. A rough transcript is used here because the official transcript is not yet available at the time of this filing.

15.    Attached as Exhibit 12 is a true and correct copy of the Expert Report of Jesse Catlin, PhD in Rebuttal to the Expert Report of Caroline de Baere dated January 17, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2025 at Laguna Beach, California.


                                        _/s/ Xinlin Li Morrow_
                                        Xinlin Li Morrow

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on March 10, 2025 a true and correct copy of the foregoing document was

3    served electronically, via ECF, on all counsel of record who are deemed to have consented to such

4    service under the Court's local rules.

5                                    */s/ Xinlin Li Morrow*
                                     Xinlin Li Morrow
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28