**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Deckers Outdoor Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Last Brand, Inc. d/b/a Quince,<br><br>*Defendant*. | Case No. 3:23-cv-04850-AMO-LJC<br><br>Hon. Araceli Martínez-Olguín<br><br>**[PROPOSED] ORDER TO EXCLUDE EXPERT DAVID FRANKLYN** |

# [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE PORTIONS OF DAVID FRANKLYN'S EXPERT REPORT AND RELATED TESTIMONY

THIS MATTER comes before this Court on Defendant Last Brand Inc. d/b/a/ Quince's Motion to Exclude Portions Of David Franklyn's Expert Report And Related Testimony under Fed. R. Evid. 702, *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and Fed. R. Civ. P. 37(c)(1). The Court, having read the Motion and related documents, and being otherwise advised, it is: ORDERED AND ADJUDGED that the Motion is GRANTED. David Franklyn's expert report challenged by Defendant's motion and related testimony is hereby precluded from use in this action. **IT IS SO ORDERED**.

DATED:_____, 2025          _____
                                     Hon. Araceli Martínez-Olguín
                                     United States District Judge