Xinlin Li Morrow (SBN 281707)
Ryan McMenamin (pro hac vice)
Lawrence Yichu Yuan (pro hac vice)
**MORROW NI LLP**
xinlin@moni.law
lawrence@moni.law
ryan@moni.law
3333 Michelson Drive Suite 300
Irvine, California 92612
Telephone:    (213) 282-8166

*Attorneys for Defendant Last Brand, Inc. d/b/a Quince*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Deckers Outdoor Corporation, | Case No. 3:23-cv-04850-AMO-LJC |
| *Plaintiff*, | |
| v. | Hon. Araceli Martínez-Olguín |
| Last Brand, Inc. d/b/a Quince, | **DECLARATION OF XINLIN LI MORROW IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF THE COMPLAINT AND DEFENDANT'S AFFIRMATIVE DEFENSES.** |
| *Defendant*. | |

Date: July 3, 2025
Time: 2:00 p.m.
Courtroom: 10

MORROW DECLARATION ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF THE COMPLAINT AND DEFENDANT'S AFFIRMATIVE DEFENSES | 3:23-cv-04850-AMO

I, Xinlin Li Morrow, declare as follows:

1.    I am an attorney at law duly licensed to practice in California.  I am admitted to practice before this Court. I am an attorney at Morrow Ni LLP, counsel of record for Defendant Last Brand, Inc. d/b/a Quince in this action. I make this declaration in support of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of The Complaint And Defendant's Affirmative Defenses. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    Attached as Exhibit 1 is a true and correct copy of United States Patent And Trademark Office (USPTO) Office Action About Deckers Outdoor Corporation's Trademark Application, No. 87310138 dated December 22, 2017.

3.    Attached as Exhibit 2 is a true and correct copy of USPTO Office Action About Deckers Outdoor Corporation's Trademark Application, No. 86601266 dated June 18, 2015.

4.    Attached as Exhibit 3 is a true and correct copy of Notice of Abandonment of Deckers Outdoor Corporation's Trademark Application, No. 87310138 dated June 7, 2018.

5.    Attached as Exhibit 4 is a true and correct copy of Notice of Abandonment of Deckers Outdoor Corporation's Trademark Application, No. 86601266 dated December 03, 2021.

6.    Attached as Exhibit 5 is a true and correct copy of Deckers' Form 10-K For the Fiscal Year Ended March 31, 2024 filed with the United States Securities And Exchange Commission bearing bates number DOC 004189 to DOC 004332.

7.    Attached as Exhibit 6 is a true and correct copy of the article entitled Australian-Owned Ugg Since 1974 Changes Name Amid Ongoing Legal Battle with Deckers dated January 14, 2015.

8.    Attached as Exhibit 7 is a Lex Machina printout of 397 federal district court cases with Deckers Outdoor Corporation as Plaintiff between 2009-01-01 and 2025-03-22.

9.    Attached as Exhibit 8 is a true and correct copy of the U.S. Design Patent No. D599,999 bearing the bates number DOC 004357-DOC 004363.

10.    Attached as Exhibit 9 is a true and correct copy of excerpts of the deposition testimony of Siddhartha Gupta dated August 9, 2024.

11.    Attached as Exhibit 10 is a true and correct copy of excerpts of the deposition testimony of Siddhartha Gupta dated October 9, 2024.

12.    Attached as Exhibit 11 is a true and correct copy of the Exhibit 3 to the deposition testimony of Siddhartha Gupta dated August 9, 2024.

13.    Attached as Exhibit 12 is a true and correct copy of the Exhibit 4 to the deposition testimony of Siddhartha Gupta dated August 9, 2024.

14.    Attached as Exhibit 13 is a true and correct copy of the webpage of UGG Classic Ultra Mini captured on March 23, 2025 from ugg.com.

15.    Attached as Exhibit 14 is a true and correct copy of the webpage of UGG Tasman Slipper captured on March 23, 2025 from ugg.com.

16.    Attached as Exhibit 15 is a true and correct copy of the webpage of UGG Bailey Button Boot captured on March 23, 2025 from ugg.com.

17.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2025 at Laguna Beach, California.


_/s/ Xinlin Li Morrow_
Xinlin Li Morrow

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025 a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Xinlin Li Morrow*
Xinlin Li Morrow
