# EXHIBIT 1

## TO DEFENDANT'S OPP. TO MSJ

| **To:** | Deckers Outdoor Corporation ([tmdocket@gbclaw.net](mailto:tmdocket@gbclaw.net)) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87310138 - 122688 |
| **Sent:** | 12/22/2017 3:25:50 PM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | Attachment - 1 |

Attachment - 1
Attachment - 2
Attachment - 3
Attachment - 4
Attachment - 5
Attachment - 6
Attachment - 7
Attachment - 8
Attachment - 9
Attachment - 10
Attachment - 11
Attachment - 12
Attachment - 13
Attachment - 14
Attachment - 15
Attachment - 16
Attachment - 17
Attachment - 18
Attachment - 19
Attachment - 20
Attachment - 21
Attachment - 22
Attachment - 23
Attachment - 24
Attachment - 25
Attachment - 26
Attachment - 27
Attachment - 28
Attachment - 29
Attachment - 30
Attachment - 31
Attachment - 32
Attachment - 33
Attachment - 34
Attachment - 35
Attachment - 36
Attachment - 37
Attachment - 38
Attachment - 39
Attachment - 40
Attachment - 41
Attachment - 42
Attachment - 43
Attachment - 44

Attachment - 45
Attachment - 46
Attachment - 47
Attachment - 48
Attachment - 49
Attachment - 50
Attachment - 51
Attachment - 52
Attachment - 53
Attachment - 54
Attachment - 55
Attachment - 56
Attachment - 57
Attachment - 58
Attachment - 59
Attachment - 60
Attachment - 61
Attachment - 62
Attachment - 63
Attachment - 64
Attachment - 65
Attachment - 66
Attachment - 67
Attachment - 68
Attachment - 69
Attachment - 70
Attachment - 71
Attachment - 72
Attachment - 73
Attachment - 74
Attachment - 75
Attachment - 76
Attachment - 77
Attachment - 78
Attachment - 79
Attachment - 80
Attachment - 81
Attachment - 82
Attachment - 83
Attachment - 84
Attachment - 85
Attachment - 86
Attachment - 87
Attachment - 88
Attachment - 89
Attachment - 90
Attachment - 91
Attachment - 92
Attachment - 93
Attachment - 94
Attachment - 95

Attachment - 95
Attachment - 96
Attachment - 97
Attachment - 98
Attachment - 99
Attachment - 100
Attachment - 101
Attachment - 102
Attachment - 103
Attachment - 104
Attachment - 105
Attachment - 106
Attachment - 107
Attachment - 108
Attachment - 109
Attachment - 110
Attachment - 111
Attachment - 112
Attachment - 113
Attachment - 114
Attachment - 115
Attachment - 116
Attachment - 117
Attachment - 118
Attachment - 119
Attachment - 120
Attachment - 121
Attachment - 122
Attachment - 123
Attachment - 124
Attachment - 125
Attachment - 126
Attachment - 127
Attachment - 128
Attachment - 129
Attachment - 130
Attachment - 131
Attachment - 132
Attachment - 133

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION**
**SERIAL NO.**  87310138

**MARK:**             *87310138*

**CORRESPONDENT ADDRESS:**
TANJA PROEHL
GREER BURNS & CRAIN, LTD.
300 SOUTH WACKER DRIVE, SUITE 2500
CHICAGO, IL 60606

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Deckers Outdoor Corporation

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
122688
**CORRESPONDENT E-MAIL ADDRESS:**
tmdocket@gbclaw.net

# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 12/22/2017**

**THIS IS A FINAL ACTION.**

This Office action is in response to applicant's November 22, 2017 communication.

In the previous Office action dated May 24, 2017, registration was refused under Trademark Act Sections 1, 2, and 45 as nondistinctive product design.  This refusal is **continued and maintained**.  Requirements were also issued regarding (1) request for information, and (2) amended drawing and mark description.

Based upon applicant's response the requirement pertaining to the request for information is satisfied.   However, the requirements for an amended drawing and mark description are **continued and maintained**.

 For the reasons set forth below, the refusal is now made **FINAL** under Trademark Act Sections 1, 2, and 45 as nondistinctive product design.  *See* 15 U.S.C. §§1051, 1052, 1127; 37 C.F.R. §2.63(b).  In addition, the following requirements are now made **FINAL**:  amended drawing and mark description required.  *See* 37 C.F.R. §2.63(b).

SUMMARY OF ISSUES MADE FINAL applicant must address:

- Sections 1, 2, and 45 Refusal – Nondistinctive Product Design
- Section 2(f) Evidence is Insufficient
- Amended Drawing and Mark Description Required

SECTIONS 1, 2, AND 45 REFUSAL – NONDISTINCTIVE PRODUCT DESIGN

Registration is refused because the applied-for mark consists of a nondistinctive product design or nondistinctive features of a product design that is not registrable on the Principal Register without sufficient proof of acquired distinctiveness.  Trademark Act Sections 1, 2, and 45, 15 U.S.C. §§1051-1052, 1127; *Wal-Mart Stores, Inc. v. Samara Bros., Inc.*, 529 U.S. 205, 210, 213-14, 54 USPQ2d 1065, 1068-69 (2000); *In re Slokevage*, 441 F.3d 957, 961, 78 USPQ2d 1395, 1398 (Fed. Cir. 2006); *see* TMEP §1202.02(b)(i).

A product design can never be inherently distinctive as a matter of law; consumers are aware that such designs are intended to render the goods more useful or appealing rather than identify their source. *See Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. at 212-13, 54 USPQ2d at 1068-69; *In re Slokevage*, 441 F.3d at 962, 78 USPQ2d at 1399. Thus, consumer predisposition to equate a product design with its source does not exist. *Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. at 213, 54 USPQ2d at 1069.

In response to this refusal, applicant may assert a claim that the applied-for mark has acquired distinctiveness under Trademark Act Section 2(f). To support this claim of acquired distinctiveness, applicant may submit evidence of "advertising expenditures, sales success, length and exclusivity of use, unsolicited media coverage, and consumer studies (linking the name to a source)." *In re Change Wind Corp.*, 123 USPQ2d 1453, 1467 (TTAB 2017) (quoting *In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 USPQ2d 1420, 1424 (Fed. Cir. 2005)). A showing of acquired distinctiveness need not consider all of these types of evidence; no single factor is determinative. *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424; *see* TMEP §§1212.06 *et seq.* However, "[t]he evidence must relate to the promotion and recognition of the specific configuration embodied in the applied-for mark and not to the goods in general." *In re Change Wind Corp.*, 123 USPQ2d at 1467 (citing *Inwood Labs., Inc. v. Ives Labs., Inc.*, 456 U.S. 844, 851 n.11, 214 USPQ 1, 4 n.11 (1982)).

To establish acquired distinctiveness, an applicant may rely only on use in commerce that may be regulated by the U.S. Congress. *See* 15 U.S.C. §§1052(f), 1127. Use solely in a foreign country or between two foreign countries is not evidence of acquired distinctiveness in the United States. TMEP §§1010, 1212.08; *see In re Rogers*, 53 USPQ2d 1741, 1746-47 (TTAB 1999).

As an alternative to submitting evidence of acquired distinctiveness, applicant may amend the application to the Supplemental Register. Trademark Act Section 23, 15 U.S.C. §1091; *see* 37 C.F.R. §§2.47, 2.75(a); TMEP §§816, 1202.02(b)(i).

SECTION 2(f) EVIDENCE IS INSUFFICIENT
Applicant asserted a claim of acquired distinctiveness under Trademark Act Section 2(f) based on applicant's evidence of record. *See* 15 U.S.C. §1052(f). However, this evidence is insufficient to show acquired distinctiveness because, as the significant evidence of record shows, a substantial number of third parties sell boots highly similar to applicant's which incorporate many, if not all, of the claimed features of the applied-for mark. *C.f., MetPath Inc.*, 1 USPQ2d 1750, 1751-52 (TTAB 1986); TMEP §1212.06. Applicant may respond by providing additional evidence of acquired distinctiveness.

An applicant bears the burden of proving that a mark has acquired distinctiveness under Trademark Act Section 2(f). *In re La. Fish Fry Prods., Ltd.*, 797 F.3d 1332, 1335, 116 USPQ2d 1262, 1264 (Fed. Cir. 2015) (citing *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1422 (Fed. Cir. 2005)); TMEP §1212.01. "To show that a mark has acquired distinctiveness, an applicant must demonstrate that the relevant public understands the primary significance of the mark as identifying the source of a product or service rather than the product or service itself." *In re Steelbuilding.com*, 415 F.3d at 1297, 75 USPQ2d at 1422.

The amount and character of evidence required to establish acquired distinctiveness depends on the facts of each case and particularly on the nature of the mark sought to be registered. *Roux Labs., Inc. v. Clairol Inc.*, 427 F.2d 823, 829, 166 USPQ 34, 39 (C.C.P.A. 1970); *In re Chevron Intellectual Prop. Grp. LLC*, 96 USPQ2d 2026, 2030 (TTAB 2010); *see* TMEP §1212.05(a). Applicants face a <u>heavy burden</u> in establishing distinctiveness in an application to register trade dress. *Stuart Spector Designs, Ltd. v. Fender Musical Instruments Corp.*, 94 USPQ2d 1549 (TTAB 2009); *see also Duraco Prods., Inc. v. Joy Plastic Enters., Ltd*., 40 F.3d 1431, 1453, 32 USPQ2d 1724, 1742 (3d Cir. 1994).

In the present case, applicant's evidence consists of the following: (1) survey evidence, (2) sales figures and advertising expenditures, (3) advertising materials and unsolicited third-party coverage, (4) expert testimony, (5) consumer declarations, (6) declaration by Brian Smith, (7) declaration by Lisa Bereda, and (8) length and exclusivity of use. This evidence is insufficient to show acquired distinctiveness of the applied-for mark for the following reasons.

   1. *Survey Evidence*

Applicant provided survey evidence to support applicant's claim that the applied-for mark has acquired distinctiveness under Trademark Act Section 2(f). *See* 15 U.S.C. §1052(f). An applicant may, in support of registrability, "submit . . . statements from the trade or public" to prove distinctiveness. 37 C.F.R. §2.41(a)(3); *see* TMEP §1212.06(d).

However, to be probative, survey results must show that consumers view the applied-for mark as indicating the source of the relevant goods and/or services. TMEP §1212.06(d) (citing *Nextel Commc'ns, Inc. v. Motorola, Inc.* , 91 USPQ2d 1393, 1402-03 (TTAB 2009); *Boston Beer Co. v. Slesar Bros. Brewing Co.*, 9 F.3d 175, 183, 28 USPQ2d 1778, 1784 (1st Cir. 1993)). A survey must also be properly conducted to have probative value. *See Stuart Spector Designs Ltd. v. Fender Musical Instruments Corp.*, 94 USPQ2d 1549, 1569-71 (TTAB 2009); *In re Wilcher Corp*., 40 USPQ2d 1929, 1934 (TTAB 1996) (citing *Flowers Indus. Inc. v. Interstates Brands Corp.*, 5 USPQ2d 1580 (TTAB 1987)). Thus, in addition to relevance, "how [the] survey was conducted, the number of participants surveyed, and the geographic scope of the survey" are assessed when determining the probative weight of the survey. TMEP §1212.06(d).

In the present case, applicant's survey  is unpersuasive due to the format and/or the method in which it was conducted, and thus has little or no probative value on the issue of acquired distinctiveness of the applied-for mark.  *See Stuart Spector Designs Ltd. v. Fender Musical Instruments Corp.*, 94 USPQ2d at 1569-71; TMEP §1212.06(d); J. Thomas McCarthy, *McCarthy on Trademarks & Unfair Competition* §§32:158, 32:170 (rev. 4th ed. Supp. 2016).

Specifically, the sample for the study only included females 13-54 years of age.  Applicant's identification of goods includes "boots" generally, and has no gender limitations.  An insignificant number of people were surveyed; the sample size is extremely small, as the study only included 419 interviewees.  This number represents a mere 0.00013%% of the American population.  Lastly, the control boot used (Aldo) looks nothing like the test boot (UGG).

Therefore, applicant's survey  fails to show that a substantial portion of the relevant consuming public associates the applied-for mark with applicant.

The survey evidence submitted by the applicant also does not show that consumers recognize the specific applied-for design elements as an indicator of source.  While the survey participants may reference the boot's " overall look, appearance and style", the survey evidence does not show that consumers view the *specific* design elements (*i.e*., exposed stitch pattern, heel overlay, rolled fabric binding, rectangle license plate shape on heel) as indicative of source.

Specifically, the survey asks "what percent of consumers who associate the test boots with the UGG brand refer to ***overall trade dress style/appearance*** and/or specific trade dress elements in their perception of the boots?" (emphasis added).  However, in addition to the claimed features of the mark, the applied-for mark is also comprised of functional and non-source-indicating features that equally contribute to the "overall look."   (Indeed, the mark description references the exposed tufting, an outsole, and overall shape of boot, as not being claimed as part of the mark).  The study participants do not refer to any particular features—only the "overall trade dress."   Thus, the study does not make clear whether the participants view the particular claimed features of the mark as source indicating.

Due to the nature of applicant's survey, this evidence is not probative on the issue of applicant's claim of acquired distinctiveness.   Moreover, the survey evidence does not diminish the substantial evidence of record showing how commonplace the claimed features of the applied-for mark are in the boot industry.

   2. *Sales Figures and Advertising Expenditures*

The ultimate test in determining acquisition of distinctiveness under Trademark Act Section 2(f) is not applicant's efforts, but applicant's *success* in educating the public to associate the claimed mark with a single source.  TMEP §1212.06(b); *see In re Packaging Specialists*, 221 USPQ at 920; *In re Redken Labs., Inc*., 170 USPQ 526 (TTAB 1971).

 Applicant provided evidence of high sales figures and significant advertising expenditures for applicant's goods to support the claim  that the applied-for mark acquired distinctiveness under Trademark Act Section 2(f); however, this evidence is not dispositive of applicant's claim.  *See* 15 U.S.C. §1052(f).  Applicant's extensive sales and promotion may demonstrate the commercial success of applicant's goods, but not that relevant consumers view the matter as a mark for these goods.  *See In re Boston Beer Co.*, 198 F.3d 1370, 1371-73, 53 USPQ2d 1056, 1057-58 (Fed. Cir. 1999); *In re Busch Entm't Corp.* , 60 USPQ2d 1130, 1132-34 (TTAB 2000).

Similarly, applicant's advertising expenditures are merely indicative of its efforts to develop distinctiveness; not evidence that the mark has acquired distinctiveness.  *See In re Pennzoil Prods. Co.*, 20 USPQ2d 1753, 1757-58 (TTAB 1991).

Additionally, applicant provided affidavits and declarations from applicant's employees, officers, and/or attorney to support applicant's claim that the applied-for mark acquired distinctiveness under Trademark Act Section 2(f).  *See* 15 U.S.C. §1052(f).  Although consumer affidavits and declarations that assert recognition of a mark as an indicator of source are relevant in establishing acquired distinctiveness, affidavits and declarations of an applicant's employees, officers, and attorneys are usually self-serving and  entitled to little weight.  *See In re David Crystal, Inc.*, 296 F.2d 771, 773, 132 USPQ 1, 2 (C.C.P.A. 1961); *In re Gray Inc.*, 3 USPQ2d 1558, 1560 (TTAB 1987); *In re Cent. Counties Bank*, 209 USPQ 884, 888 (TTAB 1981); TMEP §1212.06(c).

   3. *Advertising and Third-Party Materials*

The submitted advertising evidence and third-party materials always reference applicant's applied-for design mark in conjunction with applicant's registered word marks, "UGG" or "UGG Australia." This advertising material does not tout the particular features of the applied-for mark, such as the exaggerated stitch pattern, heel overlay, or rolled fabric binding, but rather merely shows a picture of the goods in combination with the word "UGG."

Thus, applicant's advertising and third-party materials show consumer recognition of the word mark "UGG" but these are not probative of whether consumers associate the specific design elements claimed as features of the proposed mark with a single source. Applicant's advertising materials also do not contain any "look for" advertising that promotes the specific design features of the goods. *See Mag Instrument Inc. v. Brinkmann Corp.*, 96 USPQ2d 1701, 1723 (TTAB 2010) (finding absence of "look for" advertisements damaging in an attempt to demonstrate acquired distinctiveness of a proposed configuration mark). Applicant's evidence shows the goods generally referred to the brand "UGG" by name; applicant has not shown that consumers are able to pull out or distinguish the features of the applied-for mark.

Indeed, even applicant's own product description fails to discuss many of the claimed features of the applied-for mark. *See* application page 484 (noting that the goods "featur[e] genuine Twinface sheepskin and our signature UGG® woven label. All boots in our Classic Collection feature a soft foam insole covered with genuine sheepskin and have a light and flexible molded EVA outsole designed for amazing comfort with every step.").

Applicant expressly acknowledges that its advertising materials do not contain any "look for" advertising promoting the specific design features of the goods. See page 18 of applicant's November 22, 2017 (noting that "Applicant has not expressly listed out particular features or elements of the applied-for mark [in its advertising or promotional materials" but has only "advertised the overall applied-for configuration mark.").

   4.  *Expert Testimony*

The expert testimony submitted by applicant is not sufficient to establish acquired distinctiveness. While this evidence is probative of whether experts in the field of footwear recognize applicant's boot as having acquired distinctiveness, it is not relevant to the inquiry of whether the consuming public at large recognizes the claimed features of applicant's applied-for mark as an indicator of source.

   5.  *Consumer Declarations*

The 46 consumer declarations included in applicant's November 22, 2017 response state that the individual consumers "identified the boot to be the UGG brand based on its distinctive and unique design" and that "[a]s a result of the distinctiveness and uniqueness of the design, [the consumers] recognize the design as an indicator of the source of the boots, namely, the UGG brand." Applicant argues that this declarations "show[] that consumers recognize the four enumerated features as identifying a single source."

However, these declarations are vague in that they only mention the "distinctive and unique design"—they do not address the particular claimed features of the mark. As noted above, in addition to the claimed features of the mark, the applied-for mark is also comprised of functional and non-source-indicating features that equally contribute to the "overall look." The consumer declarations do not refer particular features—only the uniqueness of the design. The consumer declarations do not reference (i) an exaggerated, raised and exposed, circular stitch pattern, (ii) heel overlay, (iii) rolled fabric binding, and/or (iv) the rectangular license plate shape on heel.

   6.  *Declaration of Brian Smith*

Applicant has submitted a declaration from the founder of applicant's predecessor-in-interest. The declaration establishes some of the changes that were made from the original boot to the classic boot. Many of the statements discuss the functionality or utilitarian advantages of the changes that were made—*i.e.*, "the added seams improved … how it would look with extended wear", "[w]e developed the thick flat sole", "the UGG team added nylon binding that made for a very clean bond to the soles", "[w]e added a suede leather heel counter that minimized sagging." Moreover, much of the declaration fails to discuss any of the claimed features of the applied-for mark.

Insofar as applicant presents this as evidence of being the "first user" of the features embodied in the applied-for mark, this has little bearing on acquired distinctiveness. Just as a coined term can become merely descriptive or generic over time depending on usage in the marketplace, trade dress can become so commonplace that it fails to designate source. *C.f.*, *In re Fat Boys Water Sports LLC*, 118 USPQ2d 1511, 1514 (TTAB 2016); *In re Empire Tech. Dev. LLC*, 123 USPQ2d 1544, 1549 (TTAB 2017) (quoting *In re Greenliant Sys. Ltd.*, 97 USPQ2d 1078, 1083 (TTAB 2010)); TMEP §1209.03(c). Here, the evidence of record shows that there are so many third party's boots that possess substantially the same features as those in the applied-for mark, such that applicant's trade dress fails to designate source.

   7.  *Declaration of Lisa Bereda*

Applicant's attorney avers that "the UGG trademark is one of the most notoriously counterfeited brands, especially on the Internet. Deckers actively takes enforcement actions against counterfeit websites and online marketplaces selling counterfeit UGG footwear, the vast majority of which involve the unauthorized sale of slavish imitations (on knockoffs)[sic] of the Classic Boot product configuration. To date, Deckers has

filed 80 lawsuits in United States District Court against over 50,000 websites and online marketplaces, resulting in Final Judgment Orders in Deckers' favor in 79 cases with the remaining 1 currently pending."

Without providing the actual cases, this evidence is of limited probative value.  We do not know the parties involved, nor do we know the facts of the specific cases.  This declaration merely shows that applicant is aggressive and zealous in its efforts to protect its brand.  But this has no bearing on consumer perception and secondary source.  Additionally, any alleged infringement(s) is/are well outside the purview of this *ex parte* proceeding.  Lastly, the Supreme Court has established that, absent a showing of acquired distinctiveness, there are no trademark rights in unregistered trade dress.  *Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. at 205-, 211-13.

8.  *Length and Exclusivity of Use*

Applicant's arguments as to exclusivity of use are not persuasive. Applicant's evidence dismisses the existence of other, similar products out of hand, referring to them as "unauthorized imitators," without addressing the question of whether the particular design elements applicant claims in the applied-for mark are so common in the footwear industry so as to be incapable of functioning as a source indicator.

The evidence attached to the previous Office action, incorporated herein by reference, clearly shows that the claimed features of the applied-for mark are pervasive in the boot industry.  The additional Internet evidence attached to this Office action consists of boots sold by third parties that contain design elements identical to or substantially similar to those in the applied-for mark.  See the following:

- http://www.hm.com/us/product/54162?article=54162-A
- https://www.target.com/p/women-s-daniah-suede-short-winter-boots-mossimo-supply-co-153/-/A-52497705?lnk=rec|adaptpdph1|related_prods_vv|adaptpdph1|52497705|0
  http://oldnavy.gap.com/browse/product.do?cid=1035956&pcid=55147&vid=1&pid=828453002
- https://www.4everfunky.com/collections/shoes/products/green-furry-flat-vegan-suede-womens-warm-boots-vegan-suede
- https://www.mooshoes.com/collections/womens-boots/products/snug-boot-in-brown-from-vegetarian-shoes
- https://www.usadawgs.com/collections/womens-13-inch-microfiber-boots/products/womens-13-inch-microfiber-boots-cn
- https://www.pawjcalifornia.com/store.html#!/Short-Boot/p/73379211/category=0
- https://www.skechers.com/en-us/style/48629/adorbs-femme/csnt
- https://www.amazon.com/RF-ROOM-FASHION-Fashion-Winter/dp/B076BKNVX5/ref=sr_1_4?s=apparel&ie=UTF8&qid=1512735583&sr=1-4&nodeID=11721154011&psd=1&keywords=wome
- https://www.amazon.com/Reneeze-W-ROSE-1-Women-Mid-Calf-Boot/dp/B076QHNP4R/ref=sr_1_17?s=apparel&ie=UTF8&qid=1512735583&sr=1-17&nodeID=11721154011&psd=1&keywords=wome
- https://www.amazon.com/gp/product/B0746MHLV5/ref=amb_link_5?pf_rd_m=ATVPDKIKX0DER&pf_rd_s=hero-quick-promo&pf_rd_r=AZKKPVT8PF63TJZK8QCQ&pf_rd_r=AZKKPVT8PF63TJZK8QCQ&pf_rd_t=201&pf_rd_p=c28c857d-54cf-4575-bf8c-5d439f7bacbe&pf_rd_p=c28c857d-54cf-4575-bf8c-5d439f7bacbe&pf_rd_i=B009OLCOUK
- https://www.amazon.com/Soda-Womens-Soong-Comfort-Premium/dp/B017O3OB9G/ref=sr_1_52?s=apparel&ie=UTF8&qid=1512735616&sr=1-52&nodeID=11721154011&psd=1&keywords=we
- https://www.amazon.com/MARCOREPUBLIC-Republic-Alaska-Womens-Eskimo/dp/B016U3GVL2/ref=sr_1_78?s=apparel&ie=UTF8&qid=1512735616&sr=1-78&nodeID=11721154011&psd=1&keywords=wor
- https://www.amazon.com/gp/product/B00L53JIOU/ref=s9_acsd_hps_bw_c_x_3_w?th=1
- https://www.amazon.com/Womens-Original-Classic-Waterproof-Winter/dp/B00KW9GETK/ref=sr_1_33?srs=9454438011&ie=UTF8&qid=1512736361&sr=8-33&th=1
- https://www.amazon.com/Ausland-Womens-Waterproof-Mid-calf-Sheepskin/dp/B01N3TGR3X/ref=sr_1_211?s=apparel&ie=UTF8&qid=1512736425&sr=1-211&nodeID=11721154011&psd=1&keywords
- https://www.amazon.com/Style-Womens-Suede-Fashion-Mid-Calf/dp/B00GT2YGVC/ref=sr_1_92?s=apparel&srs=2601468011&ie=UTF8&qid=1512736587&sr=1-92&nodeID=11721154011&psd=1
- https://www.amazon.com/West-Blvd-Chicagov2-0-Tan-Suede/dp/B01M3U21LF/ref=sr_1_307?s=apparel&ie=UTF8&qid=1512736638&sr=1-307&nodeID=11721154011&psd=1&keywords=wo
- https://www.amazon.com/DREAM-PAIRS-Womens-Shorty-Button-Sheepskin/dp/B073DJ3Z7N/ref=sr_1_345?s=apparel&ie=UTF8&qid=1512736875&sr=1-345&nodeID=11721154011&psd=1&keywords=
- https://www.amazon.com/Journee-Collection-Ladies-Inch-Suede/dp/B005PWW7HM/ref=pd_sim_309_3?_encoding=UTF8&refRID=M5HW4Q0NSJJPSBCH602Z
- https://www.amazon.com/Plain-Color-Button-Lined-Mid-calf/dp/B01M9JTK9K/ref=lp_12215414011_1_1?srs=12215414011&ie=UTF8&qid=1512737251&sr=8-1&th=1
- https://www.amazon.com/AOMAIS-Womens-Winter-boots-Mid-short/dp/B075NDGB5K/ref=sr_1_9?s=apparel&ie=UTF8&qid=1512757884&sr=1-9&nodeID=11721154011&psd=1&keywords=women9
  bin%3A3316046011&th=1
- https://www.amazon.com/Lined-Mid-calf-Buttons-greyICE-

Apparel/dp/B00O8XJQP0/ref=sr_1_121?s=apparel&ie=UTF8&qid=1512758043&sr=1-121&nodeID=11721154011&psd=1&keywords=w
bin%3A3316046011&th=1

· https://www.amazon.com/Gold-Toe-Womens-Evette-
Shearling/dp/B071DXHD55/ref=sr_1_144?s=apparel&ie=UTF8&qid=1512758043&sr=1-144&nodeID=11721154011&psd=1&keywords=
bin%3A3316046011

· https://www.amazon.com/KushyShoo-Womens-Resistant-Winter-
Spring/dp/B01MYC6OH4/ref=pd_sbs_309_11?_encoding=UTF8&refRID=0B90TVA39577F7KY3NYE

· https://www.amazon.com/dp/B072XWKM1X/ref=sspa_dk_detail_7?th=1&psc=1

· https://www.amazon.com/Women-Wooden-Button-Shearling-
Winter/dp/B01MYW2E5S/ref=pd_sbs_309_10?_encoding=UTF8&refRID=0B90TVA39577F7KY3NYE&th=1

· https://www.amazon.com/dp/B0153WYOLU/ref=sspa_dk_detail_6?psc=1

· https://www.amazon.com/dp/B01M15CEN1/ref=sspa_dk_detail_4?th=1&psc=1

· https://www.amazon.com/ZGR-Leather-Anti-Slip-Classic-
Chestnut/dp/B075853HTZ/ref=pd_sim_309_2?_encoding=UTF8&refRID=E094ZVHA0CZVCZJ18RKW

· https://www.amazon.com/Hat-Beyond-Winter-Boots-
Casual/dp/B01MA13CNT/ref=pd_sim_309_4?_encoding=UTF8&refRID=CSFB2XKXJPWFDHBSF3RQ&th=1

· https://www.amazon.com/Minnetonka-Womens-Olympia-Boot-
Golden/dp/B00YHT0VZE/ref=sr_1_6?s=apparel&ie=UTF8&qid=1513692262&sr=1-6&nodeID=7147440011&psd=1&keywords=boots+
bin%3A14630392011%2Cp_89%3AMinnetonka

· https://www.amazon.com/Rampage-Womens-Winter-Fashion-
Weather/dp/B076VX3GC7/ref=sr_1_21?s=apparel&ie=UTF8&qid=1513693471&sr=1-21&nodeID=7147440011&psd=1&keywords=boo
bin%3A14630392011%2Cp_89%3ARampage

· https://www.amazon.com/Signature-Joyce-Classic-Sheepskin-
Winter/dp/B016HDE3JC/ref=pd_sim_309_6?_encoding=UTF8&refRID=S29V9CEB8T6BWYWKGNZG&th=1

· https://www.payless.com/womens-airwalk-regan-boot/65566.html

The attached evidence displays third party boots with a very similar design as the applied-for mark.  The overwhelming evidence of record establishes over forty brands of boots that possess many, if not all, of the claimed features of the mark.  Specifically, the evidence shows that it is common for boots to include (1) an exaggerated, raised and exposed, circular stitch pattern in vertical lines on the sides and the back of the boot shaft, and in a substantially horizontal line at the intersection of the boot vamp and shaft, (2) a heel overlay shape that is high on the back of the boot and curves downwardly to meet the vertical lines of the exaggerated stitch patterns of the sides of the boot, and (3) a rolled fabric binding located on top of the shaft and above the outsole.  (Note:  as discussed below, the rectangular license plate has no source-indicating capacity, and thus will not be addressed in this section).

Further, because the common design of the goods is so prevalent and pervasive in the marketplace, the nature of the mark is such that applicant's evidence of acquired distinctiveness is not sufficient to overcome the non-distinctive nature of these goods.  The particular claimed features of the mark are so ubiquitous in the marketplace that the relevant public is unable to understand the primary significance of the mark as identifying the source of the product rather than the product itself.

In sum, applicant's claim of  _substantially_ continuous and _exclusive_ use is severely undercut by the use of a similar design and design features by third parties.

The foregoing evidence makes clear that most, if not all, of the claimed features of the applied-for mark commonly appear embodied in third-party boots.  Therefore, applicant's evidence is insufficient to overcome the Trademark Act Sections 1, 2 and 45 refusal for nondistinctive product design because it does not prove substantial, _exclusive_, and continuous use in commerce.

To support the claim of acquired distinctiveness, applicant may respond by submitting additional evidence.  *See* TMEP §1212.02(g).  Such evidence may include affidavits or declarations of long-term use in commerce; specific dollar sales under the mark; advertising expenditures; samples of typical advertising; and letters, affidavits, or declarations in which consumers and/or dealers assert recognition of the mark as an indicator of source.  *See* 37 C.F.R. §2.41(a)(3); *In re Ideal Indus., Inc.*, 508 F.2d 1336, 1339-40, 184 USPQ 487, 489-90 (C.C.P.A. 1975); *In re Capital Formation Counselors, Inc.*, 219 USPQ 916, 919 (TTAB 1983); TMEP §§1212.06 *et seq.*

If additional evidence is submitted, the following factors are generally considered when determining whether a proposed mark has acquired distinctiveness:  length and exclusivity of use of the mark in the United States by applicant; the type, expense, and amount of advertising of the mark in the United States; applicant's sales success; unsolicited media coverage; and consumer studies (linking the name to the source).  *See In re Koninklijke Philips Elecs. N.V.*, 112 USPQ2d 1177, 1180 (TTAB 2014) (citing *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424).  A showing of acquired distinctiveness need not consider all of these factors, and no single factor is determinative.  *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424; *see* TMEP §§1212.06 *et seq.*  The USPTO decides each case on its own merits.  *See* TMEP §1212.06.

Applicant may also respond to the refusal by arguing in support of registration and/or amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091(a); 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816.  If applicant amends the application to the Supplemental Register, applicant is not precluded from submitting evidence and arguments against this refusal.  TMEP §816.04.

AMENDED DRAWING AND MARK DESCRIPTION REQUIRED

The drawing of applicant's applied-for three-dimensional mark is not acceptable because it includes nondistinctive and incapable matter so common in the footwear industry such that it has no source-indicating capacity.  *See* TMEP §1202.02(c).

Specifically, the rectangular license plate shape on the heel of the applied-for goods must be depicted in broken or dotted lines because (1) it is a common geometric carrier, and (2) it is so pervasive in the footwear industry that it has no source-indicating capacity.  This matter is nondistinctive and incapable of indicating source.  *See* TMEP §1202.02(c).

Here, the rectangular shape is merely serving the purpose as a carrier of the term "UGG".   Consumers are familiar with the practice in the footwear industry of putting the source-indicating name, design, or wording on a rectangular "license plate type" holder on the goods.   The purpose of the shape and placement is to serve as a carrier for the source-indicating word mark or design, not to actually *be* the mark.  See the additional attached Internet evidence showing footwear that contains a rectangular license-plate shape on the heel:

- https://www.skechers.com/en-us/style/48629/adorbs-femme/csnt
- https://www.amazon.com/RF-ROOM-FASHION-Fashion-Winter/dp/B076BKNVX5/ref=sr_1_4?s=apparel&ie=UTF8&qid=1512735583&sr=1-4&nodeID=11721154011&psd=1&keywords=wome
- https://www.amazon.com/gp/product/B00L53JIOU/ref=s9_acsd_hps_bw_c_x_3_w?th=1
- https://www.amazon.com/Womens-Original-Classic-Waterproof-Winter/dp/B00KW9FXNS/ref=sr_1_33?srs=9454438011&ie=UTF8&qid=1512736361&sr=8-33&th=1
- https://www.amazon.com/Ausland-Womens-Waterproof-Mid-calf-Sheepskin/dp/B01N3TGR3X/ref=sr_1_211?s=apparel&ie=UTF8&qid=1512736425&sr=1-211&nodeID=11721154011&psd=1&keywords
- https://www.amazon.com/DREAM-PAIRS-Womens-Shorty-Button-Sheepskin/dp/B073DJ3Z7N/ref=sr_1_345?s=apparel&ie=UTF8&qid=1512736875&sr=1-345&nodeID=11721154011&psd=1&keywords=
- https://www.amazon.com/AOMAIS-Womens-Winter-boots-Mid-short/dp/B075NDGB5K/ref=sr_1_9?s=apparel&ie=UTF8&qid=1512757884&sr=1-9&nodeID=11721154011&psd=1&keywords=women9 bin%3A3316046011&th=1
- https://www.amazon.com/KushyShoo-Womens-Resistant-Winter-Spring/dp/B01MYC6OH4/ref=pd_sbs_309_11?_encoding=UTF8&refRID=0B90TVA39577F7KY3NYE
- https://www.amazon.com/dp/B072XWKM1X/ref=sspa_dk_detail_7?th=1&psc=1
- https://www.amazon.com/ZGR-Womens-winter-fashion-Apricot/dp/B073ZYMMHN/ref=sr_1_fkmr0_1?ie=UTF8&qid=1513889203&sr=8-1-fkmr0&keywords=zgr+leather+anti+slip+classic+chestnut
- https://www.amazon.com/Sorel-Womens-Glacy-Snow-Boot/dp/B00HQ3BANK/ref=sr_1_112?s=apparel&ie=UTF8&qid=1512758043&sr=1-112&nodeID=11721154011&psd=1&keywords=wo bin%3A3316046011
- https://www.amazon.com/Vans-Authentic-Womens-Canvas-Trainers/dp/B000UYCOKA/ref=sr_1_2?ie=UTF8&qid=1513691337&sr=8-2&keywords=vans+off+the+wall
- https://www.amazon.com/Skechers-Performance-Womens-City-Bundle-Winter/dp/B06XB9G4ZJ/ref=sr_1_9?s=apparel&ie=UTF8&qid=1513691437&sr=1-9&nodeID=7147440011&psd=1&keywords=boots%2 bin%3A14630392011&th=1
- https://www.amazon.com/SOREL-Womens-Arctic-Shearling-Black/dp/B01NAJE42T/ref=sr_1_16?s=apparel&ie=UTF8&qid=1513691437&sr=1-16&nodeID=7147440011&psd=1&keywords=boots% bin%3A14630392011&th=1
- https://www.amazon.com/Skechers-Womens-Keepsakes-Big-Button-Chocolate/dp/B01DW6SF28/ref=sr_1_19?s=apparel&ie=UTF8&qid=1513691437&sr=1-19&nodeID=7147440011&psd=1&keywords=bo bin%3A14630392011
- https://www.amazon.com/LONDON-Womens-Melton-Weather-Waterproof/dp/B076KL6NBY/ref=sr_1_46?s=apparel&ie=UTF8&qid=1513691437&sr=1-46&nodeID=7147440011&psd=1&keywords=b bin%3A14630392011
- https://www.amazon.com/crocs-Womens-Winter-Puff-Snow/dp/B01NAK09W5/ref=sr_1_10?s=apparel&ie=UTF8&qid=1513692037&sr=1-10&nodeID=7147440011&psd=1&keywords=boots+ bin%3A14630392011%2Cp_89%3ACrocs
- https://www.amazon.com/Minnetonka-Womens-Olympia-Boot-

- Golden/dp/B00YHT0VZE/ref=sr_1_6?s=apparel&ie=UTF8&qid=1513692262&sr=1-6&nodeID=7147440011&psd=1&keywords=boots+f bin%3A14630392011%2Cp_89%3AMinnetonka
- https://www.amazon.com/Ahnu-Womens-Montara-Waterproof-Classic/dp/B01J2QCF0A/ref=sr_1_8?s=apparel&ie=UTF8&qid=1513692479&sr=1-8&nodeID=7147440011&psd=1&keywords=boots+fc bin%3A14630392011%2Cp_89%3AAhnu
- https://www.amazon.com/Bogs-Womens-Classic-Butterflies-Black/dp/B01NAWHUHO/ref=sr_1_4?s=apparel&ie=UTF8&qid=1513692642&sr=1-4&nodeID=7147440011&psd=1&keywords=boots+ bin%3A14630392011%2Cp_89%3AMinnetonka%7CBogs
- https://www.amazon.com/Sanuk-Womens-Bootah-Winter-Boot/dp/B01MY2G0IC/ref=sr_1_1?s=apparel&ie=UTF8&qid=1513693638&sr=1-1&nodeID=7147440011&psd=1&keywords=boots+for-bin%3A14630392011%2Cp_89%3ASanuk
- https://www.amazon.com/Northside-Mens-Dawson-Winter-Camel/dp/B004OC03NO/ref=lp_5658904011_1_34?s=apparel&ie=UTF8&qid=1513710795&sr=1-34&nodeID=5658904011&psd=1
- https://www.amazon.com/Arctic-Comfortable-Waterproof-Durable-Outdoor/dp/B07253V735/ref=lp_5658904011_1_35?s=apparel&ie=UTF8&qid=1513710795&sr=1-35&nodeID=5658904011&psd=1
- https://www.amazon.com/LONDON-Ashford-Waterproof-Insulated-Cognac/dp/B0756Q5YGZ/ref=lp_5658904011_1_37?s=apparel&ie=UTF8&qid=1513710795&sr=1-37&nodeID=5658904011&psd=1
- https://www.amazon.com/Rockport-Storm-Surge-Plain-Boot/dp/B00IM52UYY?th=1
- https://www.amazon.com/Totes-Mens-Mike-Duck-BROWN/dp/B01HQR3QTQ/ref=sr_1_57?s=apparel&ie=UTF8&qid=1513711714&sr=1-57&nodeID=5658904011&psd=1
- https://www.amazon.com/Khombu-Waterproof-Winter-Front-Black/dp/B0761Z5JWH/ref=sr_1_92?s=apparel&ie=UTF8&qid=1513711714&sr=1-92&nodeID=5658904011&psd=1
- https://www.amazon.com/Sporto-Ben-Mens-Boots-Black/dp/B01KOXJKJE/ref=sr_1_143?s=apparel&ie=UTF8&qid=1513711920&sr=1-143&nodeID=5658904011&psd=1
- https://www.sportsmansguide.com/product/index/guide-gear-women039s-tahoe-ii-boots?a=1769861
- https://www.amazon.com/Rockport-Explorer-Waterproof-Bitter-Chocolate/dp/B01ABQQ85I/ref=sr_1_382?s=apparel&ie=UTF8&qid=1513712928&sr=1-382&nodeID=5658904011&psd=1
- https://www.amazon.com/Weatherproof-Transit-Waterproof-Thermolite-Size-11/dp/B075DCS264/ref=sr_1_120?s=apparel&ie=UTF8&qid=1513890420&sr=1-120&nodeID=5658904011&psd=1
- https://www.amazon.com/Polo-Ralph-Lauren-II-Fashion/dp/B00DP8ODHU/ref=sr_1_6?ie=UTF8&qid=1513890661&sr=8-6&keywords=polo+boots

The overwhelming marketplace evidence shows that many different brands use a rectangular license plate on the heel as a carrier for a word or design mark. As such, the rectangular license plate element is not registrable trade dress. *See Levis Strauss & Co. v. Genesco, Inc*., 742 F.2d 1401, 1403 (Fed. Cir. 1984) (affirming TTAB refusal to register a mark for a shoe tab, noting that "[w]hen the record shows that purchasers are confronted with more than one (let alone numerous) independent users of a term or device, an application for registration under Section 2(f) cannot be successful, for distinctiveness on which purchasers may rely is lacking under such circumstances.").

The evidence makes clear that it is the particular wording appearing on the label that indicates source, rather than the shape/placement of the rectangular "license plate" itself. Consumers do not contemplate the rectangular license plate as anything more than a carrier for the real source-indicating word or design. The foregoing makes clear that the rectangular license plate shape is so universal in the footwear industry that it has no source-indicating capacity. Here, it is the word "UGG" appearing on the label that indicates source, not the shape and placement of the rectangular license plate. Applicant thus must amend the drawing to depict this matter in broken or dotted lines. TMEP §1202.02(c).

Additionally, the trademark examining attorney notes that applicant has not claimed the rectangular license plate type shape in many of its design patents. See the following:

- https://patentimages.storage.googleapis.com/d4/d3/fd/c3df17d346a888/USD660572.pdf
- https://patentimages.storage.googleapis.com/3e/5c/71/d677cff642aeeb/USD768974.pdf
- https://patentimages.storage.googleapis.com/82/dd/94/3e1a0c69a62472/USD772548.pdf
- https://patentimages.storage.googleapis.com/ce/b9/fc/71303a671ed635/USD766563.pdf
- https://patentimages.storage.googleapis.com/fe/7f/3e/71f806b9c58ef3/USD704426.pdf

Therefore, applicant must provide (1) a new drawing of the mark showing the incapable elements in broken or dotted lines, and (2) an amended mark description that references the matter in broken or dotted lines and indicates such matter is not claimed as part of the mark. *See* TMEP §1202.02(c). Applicant must provide the amended drawing regardless of whether the remaining portions of the mark are determined to be registrable. TMEP §1202.02(c)(i)(A).

The following mark description format is suggested:

> **The mark consists of a three-dimensional configuration of a boot for which the following primary features in combination are claimed: (1) an exaggerated, raised and exposed, circular stitch pattern in vertical lines on the sides and the back of the boot shaft, and in a substantially horizontal line at the intersection of the boot vamp and shaft, (2) a heel overlay shape that is high on the back of the boot and curves downwardly to meet the vertical lines of the exaggerated stitch patterns of the sides of the boot, and (3) a rolled fabric binding located on top of the shaft and above the outsole. The broken lines depicting (i) exposed tufting at the top of the boot shaft, (ii) an outsole, (iii) the overall shape of the boot, and (iv) a rectangular license plate-type shape on the heel overlay above the sole of the boot, all indicate placement of the mark on the goods and are not claimed as part of the mark.**

*See* TMEP §1202.02(c)(ii).

RESPONSE TO APPLICANT'S ARGUMENTS

Applicant first argues that the advertisements and third-party articles "focus[] on the display of the main features of the Classic Configuration in combination." However, the mere fact that these advertisements and third-party materials show a photograph of the goods does not contribute to achieving acquired distinctiveness. This advertising material does not tout the particular claimed features of the applied-for mark, such as the exaggerated stitch pattern, heel overlay, or rolled fabric binding, but rather merely shows a picture of the goods in combination with the word "UGG." Thus, applicant's advertising and third-party materials show consumer recognition of the word mark "UGG"; these are not probative of whether consumers associate the specific design elements claimed as features of the proposed mark with a single source. Applicant's advertising materials also do not contain any "look for" advertising that promotes the specific design features of the goods. *See Mag Instrument Inc.*, 96 USPQ2d at 1723 (TTAB 2010) (finding absence of "look for" advertisements damaging in an attempt to demonstrate acquired distinctiveness of a proposed configuration mark).

For instance, Exhibit F of applicant's November 22, 2017 communication (pages 172-173), fail to highlight any of the claimed features of the mark. The Robert Wayne advertisement notes the the goods have "iconic classic silhouette" (referencing the sole), provide "unparalleled warmth and comfort", and are "roomy". When addressing "what makes it better than ever", it notes that the goods are "stain & water resistant", provide "better traction" due to the "New Treadlite by UGG outsole", and "feels even better … thanks to the cushioning." The advertisement does mention a "new heel plate", but only insofar as explaining that the "updated leather heel plate feature[s] the UGG logo." Thus, this advertisement fails to reference (1) an exaggerated, raised and exposed, circular stitch pattern, (2) heel overlay, and/or (3) a rolled fabric binding on top of shaft and above the outsole. The fact that the advertisements include a photograph of the goods does not add to the claim of acquired distinctiveness of the claimed features of the applied-for mark. Generally, most if not all advertisements feature photographs of particular goods for sale.

Applicant also attempts to brush aside the significant evidence of virtually identical third-party boots by stating that the referenced booths "either (1) do not include all of the claimed features in combination, or (2) sales are limited to Australia, and/or (3) they are unauthorized imitations of Applicant's Classic configuration."

Applicant cites *New Colt Holding Corp. v. RJG Holdings of Fla., Inc.* 312 F. Supp. 2d 195, 208-09 (D. Conn. 2004) for the proposition that secondary meaning may be supported by intentional copying, particularly when the purpose is "to benefit from the good will of the prior user through confusion." First, this is merely persuasive, not binding authority on the Trademark Trial and Appeal Board. Secondly, applicant has not presented any evidence of "intentional" copying. Lastly, applicant conveniently leaves off the sentences that follow this particular quote. In *New Colt Holding Corp.*, the court stated (in full )that:

> Intentional copying may constitute 'persuasive evidence of consumer recognition.' This is particularly so when 'the circumstances indicate an intent to benefit from the good will of the prior user through confusion.' However, this fact alone does not establish secondary meaning, and should be balanced against the recognition that, absent other legal protections, imitation in the marketplace is a good thing. *See American Safety Table Co. v. Schreiber*, 269 F.2d 255, 272 (2d Cir. 1959) ("It is the unimpeded availability of substantially equivalent units that permits the normal operation of supply and demand to yield the fair price society must pay for a given commodity").

*New Colt Holding Corp.*, 312 F. Supp. At 208-209 (emphasis added).

Applicant also argues that with respect to the (1) EMU, (2) Bearpaw, (3) Link GE49, and (4) LAMO brand boots, "at least one claimed feature is not embodied by the product." However, these four brand of boots clearly possess virtually identical features as the applied-for mark, in that they contain (i) an exaggerated, raised and exposed, circular stitch pattern, (ii) a heel overlay, and (3) a rolled fabric binding on top of shaft and above the outsole. The fact that they may not contain a heel license plate is irrelevant because, as established above, the heel license plate has no source-indicating capacity and is not a registrable feature of the applied-for mark.

Applicant argues that "some of the referenced boots are from Australia" and that "[a]bsent a showing that the boots are sold or distributed in U.S. Commerce, they are irrelevant to U.S. consumer impressions in the present application." Due to the prevalence of online shopping, it is well known that goods are able to be sold and shipped across the globe. Thus, U.S. consumers are easily able to purchase goods sold in different countries. The attached Internet evidence shows that the following brands ship internationally, including the United States:

- https://www.australialuxeco.co.uk/pages/international-shipping (Luxe Co)
- https://www.mou-online.com/en-us/shippings (MOU)
- https://bluemountainsboots-secure.straliaweb.com.au/secure/delivery.asp (Blue Mountain Boots)
- http://www.koalabibyjumbo.com/delivery-and-return/ (Koalabi by Jumbo Boots)
- https://www.australianuggboots.com.au/en-au/company/shipping (Australian Ugg Boots)
- https://www.mrsheepskin.com.au/viewStory/delivery (Mr Sheepskin)
- http://www.mortels.com.au/shop/help.php?section=conditions (Mortels)
- http://www.emuaustralia.com/us/faqs.html#question-4 (EMU Australia)

Applicant also notes that "several of the additional referenced links in the [first] Office Action are no longer available." The trademark examining notes that the actual screenshots provided in the initial Office action are the competent evidence and existed in commerce at the time they were captured. The URLs are *not* the evidence; URLs are temporal and fickle in nature and can be changed by a webmaster or website operator at any time. Additionally, the fact that some of the evidence included in the previous Office showed that the products were "sold out" or "unavailable" at the time does not mean that the evidence is not probative of boots sold in the marketplace ( *i.e*., the Sonoma Goods for Life Brynn boot at Kohl's). The particular boots can be sold out or unavailable due to popularity.

The Court of Appeals for the Federal Circuit and Trademark Trial and Appeal Board have long recognized that the USPTO has limited resources for obtaining evidence when examining applications for registration; the practicalities of these limited resources are routinely taken into account when reviewing a trademark examining attorney's action. *See In re Pacer Tech.*, 338 F.3d 1348, 1352, 67 USPQ2d 1629, 1632 (Fed. Cir. 2003) (citing *In re Loew's Theatres, Inc.* , 769 F2d 764, 768, 226 USPQ 865, 868 (Fed. Cir. 1985)); *In re Florists' Transworld Delivery, Inc.* , 106 USPQ2d 1784, 1786 (TTAB 2013); TBMP §1208. Moreover, material obtained from the Internet is generally accepted as competent evidence in trademark examination. *See In re Jonathan Drew Inc.*, 97 USPQ2d 1640, 1641-42 (TTAB 2011); *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-03 (TTAB 2009); *In re Leonhardt*, 109 USPQ2d 2091, 2098 (TTAB 2008); TBMP §1208.03; TMEP §710.01(b).

The trademark examining attorney is also attaching evidence that shows that these contested products are either available at the same stores or alternative URLs. *See, e.g*.,

- Journee Collection Lug Sole available at Kohl's - https://www.kohls.com/product/prd-758501/adi-designs-lug-sole-midcalf-boots-women.jsp?skuId=journee%20collection%20lug%20sole%20womens%20midcalf%20boots&search=758501&submit-search=web-ta-keyword
- Brumby Women's Shear Fleece Lined Boots https://www.overstock.com/Clothing-Shoes/Brumby-Womens-Shear-Fleece-Lined-Microsuede-Boots/10522663/product.html?cid=202290&kid=9553000357392&track=pspla&ci_src=17588969&ci_sku=17605771-000-005&gclid=Cj0K
- LUXE Co. Cozy Short Boot https://australialuxeco.com/collections/womens-fall/products/cosy-short-2?variant=50456855364
  - *See also* https://australialuxeco.com/collections/womens-fall/products/cosy-short-2?variant=50456855364 and https://australialuxeco.com/collections/womens-fall/products/cos202n-fw17?variant=50455374788
- MOU Mini Blizzard boot https://www.mou-online.com/en-us/shoponline/blizzard-boot-bambino-28-35.mu.blizzkid?color=BKWH&term=blizzard
- Australian Ugg Boots Pty Ltd Classic Tall Ugg Boots https://www.australianuggboots.com.au/en-au/products/classic-tall-ugg-boots

Applicant dismisses the overwhelming evidence of record as "infringements" of the applied-for mark. It should be noted that the term "infringement" is a legal determination based upon a certain set of facts; applicant's naked assertion that the third-party boots are "infringements" lacks a scintilla of support, and also is well beyond the purview of this *ex parte* proceeding. Without a court decision declaring a particular product an infringement, applicant's assertions are merely conclusory and unsupported by any evidence. Applicant notes that it "has secured several consent judgments, and has entered into multiple settlement agreements with infringers." However, as applicant has not provided the details of said judgments and agreements, this mere assertion is of limited to no value. Applicant argues that "[e]vidence of deliberate imitation supports a finding of secondary meaning." Yet, there is no evidence put forth that the producers of the 40+ third-party boot brands that contain the claimed features of the applied-for mark *deliberately* imitated the applicant's trade dress. Rather, the marketplace evidence clearly establishes that the claimed features of applicant's mark are so pervasive in the footwear industry that they fail to serve as a designator of source.

Overall, it is clear that the particular claimed features of the mark are so ubiquitous in the marketplace, as shown by the mountain of evidence of record, that applicant's Section 2(f) evidence is insufficient to overcome the "substantially exclusive" requirement.     Moreover, the substantial evidence of record shows that giving applicant an exclusive right to use this product configuration would tilt the competitive field in the direction of the applicant and stifle competition.

For the foregoing reasons, the trademark examining attorney finds applicant's arguments unpersuasive.

RESPONSE OPTIONS

Applicant must respond within six months of the date of issuance of this final Office action or the application will be abandoned.  15 U.S.C. §1062(b); 37 C.F.R. §2.65(a).  Applicant may respond by providing one or both of the following:

> (1)     a response filed using the Trademark Electronic Application System (TEAS) that fully satisfies all outstanding requirements and/or resolves all outstanding refusals; and/or

> (2)     an appeal to the Trademark Trial and Appeal Board filed using the Electronic System for Trademark Trials and Appeals (ESTTA) with the required filing fee of $200 per class.

37 C.F.R. §2.63(b)(1)-(2); TMEP §714.04; *see* 37 C.F.R. §2.6(a)(18); TBMP ch. 1200.

In certain rare circumstances, an applicant may respond by filing a petition to the Director pursuant to 37 C.F.R. §2.63(b)(2) to review procedural issues.  TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters).  There is a fee required for filing a petition.  37 C.F.R. §2.6(a)(15).

 **TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:**  Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

/Eric Sable/
Law Office 117
571-272-4653
Eric.Sable@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the

Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.



http://www.hm.com/us/product/54162?article=54162-A

12/13/2017 2:45 PM



http://www.hm.com/us/product/54162?article=54162-A

12/13/2017 2:47 PM



https://www.target.com/p/women-s-daniah-suede-short-winter-boots-mossimo-supply-co-153/-/A-52497705?lnk=rec|adaptpdph1|related_prods_w|adaptpdph1|52497705|0

12/13/2017 2:48 PM



Someone in Sewanee, United States just bought

Infant Girls Hearts Butterf...

by Beeketing

https://www.4everfunky.com/collections/shoes/products/green-furry-flat-vegan-suede-womens-warm-boots-vegan-suede

12/13/2017 2:49 PM





FREE SHIPPING ON ALL ORDERS OF $50 OR MORE.

Sign in  or  Create an Account

Search all products...

CART

HOME    WOMEN ⌄    MEN ⌄    KIDS ⌄    FOOTWEAR ⌄    APPAREL ⌄    SALE ⌄    REVIEWS    BECOME A RETAILER

Home  >  13-inch Microfiber Boots  >  Women's 13-inch Microfiber Boots - C...

## WOMEN'S 13-INCH MICROFIBER BOOTS
CHESTNUT  BMF3.W.A.Cn.0005

$89⁹⁹

Size

5

Color

Quantity

1

Please ensure that the correct size is selected above. For those that require wide sizes, we recommend ordering up one size. Please note: Microfiber boots have extremely thick faux fur lining for comfort. Any concern for size, please order up one size.

**ADD TO CART**

(Out of stock? Get notified when more stock becomes available.)

| Description | Sizing Chart | Care Instructions | Shipping/Returns | Reviews |

The DAWGS Australian-style Women's 13" Microfiber boot will keep your feet and legs warm. This boot is built for comfort, padded with a memory foam insole and faux shearling lining. Featuring a durable and slip resistant rubber sole. The round toe and 13 inch taller shaft gives this boot a chic, stylish look.



FEATURES

Extra Thick, Comfortable and Warm Faux Shearling Lining

Durable Microfiber Outer

Comfort Insole with Thick Memory Foam

Slip Resistant Rubber

DAWGS CLUB Earn Paw Points!

Contact us!

4.6 ★★★★★
Google
Customer Reviews

https://www.usadawgs.com/collections/womens-13-inch-microfiber-boots/products/womens-13-inch-microfiber-boots-cn

12/13/2017 2:53 PM



FREE SHIPPING ON ALL ORDERS OF $50 OR MORE.

Sign in  or  Create an Account

Search all products...

CART

HOME    WOMEN    MEN    KIDS    FOOTWEAR    APPAREL    SALE    REVIEWS    BECOME A RETAILER

Home  >  13-inch Microfiber Boots  >  Women's 13-inch Microfiber Boots - C...

## WOMEN'S 13-INCH MICROFIBER BOOTS
CHESTNUT  BMF3.W.A.Cn.0005

$89⁹⁹

Size

5

Color

Quantity

1

Please ensure that the correct size is selected above. For those that require wide sizes, we recommend ordering up one size. Please note: Microfiber boots have extremely thick faux fur lining for comfort. Any concern for size, please order up one size.

ADD TO CART

(Out of stock? Get notified when more stock becomes available.)

Description | Sizing Chart | Care Instructions | Shipping/Returns | Reviews

The DAWGS Australian-style Women's 13" Microfiber boot will keep your feet and legs warm. This boot is built for comfort, padded with a memory foam insole and faux shearling lining. Featuring a durable and slip resistant rubber sole. The round toe and 13 inch taller shaft gives this boot a chic, stylish look.

## FEATURES

Extra Thick, Comfortable and Warm Faux Shearling Lining

Durable Microfiber Outer

Comfort Insole with Thick Memory Foam

Slip Resistant Rubbe

DAWGS CLUB Earn Paw Points!

Contact us!

4.6 ★★★★★
Google Customer Reviews

https://www.usadawgs.com/collections/womens-13-inch-microfiber-boots/products/womens-13-inch-microfiber-boots-cn

12/13/2017 2:53 PM

FREE SHIPPING ON ALL ORDERS OF $50 OR MORE.

## DAWGS

Sign in  or  Create an Account

Search all products...     🔍          🛒 CART

HOME   WOMEN ⌄   MEN ⌄   KIDS ⌄   FOOTWEAR ⌄   APPAREL ⌄   SALE ⌄   REVIEWS     BECOME A RETAILER

Home  >  13-inch Microfiber Boots  >  Women's 13-inch Microfiber Boots - C...

## WOMEN'S 13-INCH MICROFIBER BOOTS

CHESTNUT   BMF3.W.A.Cn.0005

### $89⁹⁹

Size

| 5 |
| --- |

Color

Quantity

| 1 |
| --- |

Please ensure that the correct size is selected above. For those that require wide sizes, we recommend ordering up one size. Please note: Microfiber boots have extremely thick faux fur lining for comfort. Any concern for size, please order up one size.

🛒 ADD TO CART

(Out of stock? Get notified when more stock becomes available.)

Description  Sizing Chart  Care Instructions  Shipping/Returns  Reviews

The DAWGS Australian-style Women's 13" Microfiber boot will keep your feet and legs warm. This boot is built for comfort, padded with a memory foam insole and faux shearling lining. Featuring a durable and slip resistant rubber sole. The round toe and 13 inch taller shaft gives this boot a chic, stylish look.



## FEATURES

Extra Thick, Comfortable and Warm Faux Shearling Lining

Durable Microfiber Outer

Comfort Insole with Thick Memory Foam

Slip Resistant Rubber

4.6 ★★★★★
Google
Customer Reviews

DAWGS CLUB Earn Paw Points!

✉ Contact us!

https://www.usadawgs.com/collections/womens-13-inch-microfiber-boots/products/womens-13-inch-microfiber-boots-cn

12/13/2017 2:53 PM



WOMEN'S 13-INCH MICROFIBER BOOTS
CHESTNUT  BMF3.W.A.Cn.0005

$89⁹⁹

Size

5

Color

Quantity

1

Please ensure that the correct size is selected above. For those that require wide sizes, we recommend ordering up one size. Please note: Microfiber boots have extremely thick faux fur lining for comfort. Any concern for size, please order up one size.

**ADD TO CART**

(Out of stock? Get notified when more stock becomes available.)

| Description | Sizing Chart | Care Instructions | Shipping/Returns | Reviews |

The DAWGS Australian-style Women's 13" Microfiber boot will keep your feet and legs warm. This boot is built for comfort, padded with a memory foam insole and faux shearling lining. Featuring a durable and slip resistant rubber sole. The round toe and 13 inch taller shaft gives this boot a chic, stylish look.



FEATURES

Extra Thick, Comfortable and Warm Faux Shearling Lining

Durable Microfiber Outer

Comfort Insole with Thick Memory Foam

Slip Resistant Rubber

4.6 ★★★★★
Google
Customer Reviews

https://www.usadawgs.com/collections/womens-13-inch-microfiber-boots/products/womens-13-inch-microfiber-boots-cn

12/13/2017 2:53 PM





12/13/2017 2:55 PM



### Construction
- Soft suede upper
- For best results, apply a suede waterproofing treatment before wearing in wet conditions
- Slip on casual comfort tall mid calf height cool weather boot design
- Stitching accents
- Rounded plain toe front
- Raised stitched seam detail on sides and front
- Skechers logo label on heel
- Rolled fabric top collar trim
- 11 inch shaft height
- 5 inch top width for a 15 inch top circumference
- Faux fur shaft lining
- Soft fabric boot socklining
- Faux fur topped insole
- Memory Foam cushioned comfort insole
- Stitched topsole trim
- Shock absorbing supportive midsole
- 1 inch heel
- Flexible rubber traction outsole

https://www.skechers.com/en-us/style/48629/adorbs-femme/csnt

12/13/2017 2:56 PM



Give yourself some luxurious and pretty style in chilly temps with the SKECHERS Adorbs - Femme boot. Soft suede upper in a slip on casual comfort tall mid calf cool weather boot with stitching accents. Memory Foam insole.

**Construction**
- Soft suede upper
- For best results, apply a suede waterproofing treatment before wearing in wet conditions
- Slip on casual comfort tall mid calf height cool weather boot design
- Stitching accents
- Rounded plain toe front
- Raised stitched seam detail on sides and front
- Skechers logo label on heel
- Rolled fabric top collar trim
- 11 inch shaft height
- 5 inch top width for a 15 inch top circumference
- Faux fur shaft lining
- Soft fabric boot socklining
- Faux fur topped insole
- Memory Foam cushioned comfort insole
- Stitched topsole trim
- Shock absorbing supportive midsole
- 1 inch heel
- Flexible rubber traction outsole

https://www.skechers.com/en-us/style/48629/adorbs-femme/csnt

12/13/2017 2:57 PM





https://www.amazon.com/RF-ROOM-FASHION-Fashion-Winter/dp/B076BKNVX5/ref=sr_1_4?s=apparel&&ie=UTF8&&qid=1512735583&&sr=1-4&&nodeID=11721154011&&psd=1&&keywords=women%27s%2Bmidcalf%2Bboots&&th=1

12/13/2017 2:59 PM



https://www.amazon.com/RF-ROOM-FASHION-Fashion-Winter/dp/B076BKNVX5/ref=sr_1_4?s=apparel&&ie=UTF8&&qid=1512735583&&sr=1-4&&nodeID=11721154011&&psd=1&&keywords=women%27s%2Bmidcalf%2Bboots&&th=1

12/13/2017 2:59 PM























































https://www.amazon.com/Journee-Collection-Ladies-Inch-Suede/dp/B005PWW7HM/ref=pd_sim_309_3?_encoding=UTF8&&refRID=M5HW4Q0NSJJPSBCH602Z























https://www.amazon.com/dp/B072XWKM1X/ref=sspa_dk_detail_7?th=1&&psc=1

12/13/2017 3:28 PM

69/149



























https://www.amazon.com/Minnetonka-Womens-Olympia-Boot-Golden/dp/B00YHT0VZE/ref=sr_1_6?s=apparel&&ie=UTF8&&qid=1513692262&&sr=1-6&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3AMinnetonka

12/19/2017 9:05 AM



https://www.amazon.com/Minnetonka-Womens-Olympia-Boot-Golden/dp/B00YHT0VZE/ref=sr_1_6?s=apparel&&ie=UTF8&&qid=1513692262&&sr=1-6&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3AMinnetonka

12/19/2017 9:05 AM



https://www.amazon.com/Minnetonka-Womens-Olympia-Boot-Golden/dp/B00YHT0VZE/ref=sr_1_6?s=apparel&&ie=UTF8&&qid=1513692262&&sr=1-6&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3AMinnetonka

12/19/2017 9:06 AM



https://www.amazon.com/Rampage-Womens-Winter-Fashion-Weather/dp/B076VX3GC7/ref=sr_1_21?s=apparel&&ie=UTF8&&qid=1513693471&&sr=1-21&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3ARampage

12/19/2017 9:30 AM



https://www.amazon.com/Rampage-Womens-Winter-Fashion-Weather/dp/B076VX3GC7/ref=sr_1_21?s=apparel&&ie=UTF8&&qid=1513693471&&sr=1-21&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3ARampage

12/19/2017 9:31 AM



https://www.amazon.com/Rampage-Womens-Winter-Fashion-Weather/dp/B076VX3GC7/ref=sr_1_21?s=apparel&&ie=UTF8&&qid=1513693471&&sr=1-21&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3ARampage

12/19/2017 9:41 AM



https://www.amazon.com/Signature-Joyce-Classic-Sheepskin-Winter/dp/B016HDE3JC/ref=pd_sim_309_6?_encoding=UTF8&&refRID=S29V9CEB8T6BWYWKGNZG&&th=1

12/19/2017 2:40 PM

































https://www.amazon.com/Vans-Authentic-Womens-Canvas-Trainers/dp/B000UYCOKA/ref=sr_1_2?ie=UTF8&&qid=1513691337&&sr=8-2&&keywords=vans+off+the+wall

12/19/2017 8:49 AM



https://www.amazon.com/Skechers-Performance-Womens-City-Bundle-Winter/dp/B06XB9G4ZJ/ref=sr_1_9?s=apparel&&ie=UTF8&&qid=1513691437&&sr=1-9&&nodeID=7147440011&&psd=1&
&keywords=boots%2Bfor%2Bwomen&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011&&th=1

12/19/2017 8:52 AM



https://www.amazon.com/SOREL-Womens-Arctic-Shearling-Black/dp/B01NAJE42T/ref=sr_1_16?s=apparel&&ie=UTF8&&qid=1513691437&&sr=1-16&&nodeID=7147440011&&psd=1&&keywords=boots%2Bfor%2Bwomen&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011&&th=1

12/19/2017 8:53 AM

106/149





https://www.amazon.com/LONDON-Womens-Melton-Weather-Waterproof/dp/B076KL6NBY/ref=sr_1_46?s=apparel&&ie=UTF8&&qid=1513691437&&sr=1-46&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011

12/19/2017 8:55 AM



https://www.amazon.com/crocs-Womens-Winter-Puff-Snow/dp/B01NAK09W5/ref=sr_1_10?s=apparel&&ie=UTF8&&qid=1513692037&&sr=1-10&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3ACrocs

12/19/2017 9:02 AM



https://www.amazon.com/Minnetonka-Womens-Olympia-Boot-Golden/dp/B00YHT0VZE/ref=sr_1_6?s=apparel&&ie=UTF8&&qid=1513692262&&sr=1-6&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3AMinnetonka

12/19/2017 9:04 AM



https://www.amazon.com/Ahnu-Womens-Montara-Waterproof-Classic/dp/B01J2QCF0A/ref=sr_1_8?s=apparel&&ie=UTF8&&qid=1513692479&&sr=1-8&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3AAhnu

12/19/2017 9:09 AM



https://www.amazon.com/Bogs-Womens-Classic-Butterflies-Black/dp/B01NAWHUHO/ref=sr_1_4?s=apparel&&ie=UTF8&&qid=1513692642&&sr=1-4&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3AMinnetonka%7CBogs

12/19/2017 9:11 AM



https://www.amazon.com/Sanuk-Womens-Bootah-Winter-Boot/dp/B01MY2G0IC/ref=sr_1_1?s=apparel&&ie=UTF8&&qid=1513693638&&sr=1-1&&nodeID=7147440011&&psd=1&&keywords=boots+for+women&&refinements=p_n_feature_eighteen_browse-bin%3A14630392011%2Cp_89%3ASanuk

12/19/2017 9:28 AM





https://www.amazon.com/Arctic-Comfortable-Waterproof-Durable-Outdoor/dp/B07253V735/ref=lp_5658904011_1_35?s=apparel&&ie=UTF8&&qid=1513710795&&sr=1-35&&nodeID=5658904011&&psd=1

12/19/2017 2:15 PM





https://www.amazon.com/Rockport-Storm-Surge-Plain-Boot/dp/B00IM52UYY?th=1

12/19/2017 2:28 PM



https://www.amazon.com/Totes-Mens-Mike-Duck-BROWN/dp/B01HQR3QTQ/ref=sr_1_57?s=apparel&&ie=UTF8&&qid=1513711714&&sr=1-57&&nodeID=5658904011&&psd=1

12/19/2017 2:29 PM



https://www.amazon.com/Khombu-Waterproof-Winter-Front-Black/dp/B0761Z5JWH/ref=sr_1_92?s=apparel&&ie=UTF8&&qid=1513711714&&sr=1-92&&nodelD=5658904011&&psd=1

12/19/2017 2:31 PM





https://www.sportsmansguide.com/product/index/guide-gear-women039s-tahoe-ii-boots?a=1769861

12/19/2017 2:39 PM



https://www.amazon.com/Rockport-Explorer-Waterproof-Bitter-Chocolate/dp/B01ABQQ85I/ref=sr_1_382?s=apparel&&ie=UTF8&&qid=1513712928&&sr=1-382&&nodeID=5658904011&&psd=1

12/19/2017 2:51 PM





https://www.amazon.com/Polo-Ralph-Lauren-II-Fashion/dp/B00DP8ODHU/ref=sr_1_6?ie=UTF8&&qid=1513890661&&sr=8-6&&keywords=polo+boots

12/21/2017 4:11 PM



US00D660572S

(12) **United States Design Patent**
Mentha

(10) Patent No.: **US D660,572 S**
(45) Date of Patent: ** May 29, 2012

(54) **FOOTWEAR**

(75) Inventor: **Alexandre Mentha**, Chez-le-bart (CH)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/405,786**

(22) Filed: **Nov. 7, 2011**

(51) LOC (9) Cl. ........................................ **02-04**
(52) U.S. Cl. ........................................ **D2/970**; D2/972
(58) **Field of Classification Search** ............... D2/901, D2/902, 906, 909, 910, 913, 914, 915, 962, D2/972, 973; 36/7.1 R, 113, 114, 126–130, 36/132, 2 R, 1.5; 58.5, 69, 77 R
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| D192,784 S | * | 5/1962 | Bradley | D2/915 |
| D215,139 S | * | 9/1969 | Schwartz | D2/910 |
| D216,941 S | * | 3/1970 | Schwartz | D2/910 |
| 4,179,826 A | * | 12/1979 | Davidson | 36/69 |
| 5,172,494 A | * | 12/1992 | Davidson | 36/35 R |
| D518,946 S | * | 4/2006 | Williams | D2/972 |
| D519,726 S | * | 5/2006 | Duclos | D2/972 |
| D536,516 S | * | 2/2007 | Sanders | D2/946 |
| D566,959 S | * | 4/2008 | Lamont | D2/972 |
| D629,189 S | * | 12/2010 | Feldman | D2/972 |
| D640,865 S | * | 7/2011 | Selbiger | D2/972 |

FOREIGN PATENT DOCUMENTS

| DE | 40600901 | 7/2006 |
| EM | 000037833-0040 | 5/2003 |
| EM | 000386552-0006 | 8/2005 |
| EM | 001701525-0002 | 4/2010 |

| EM | 001810722-0024 | 1/2011 |
| EM | 001270896-0010 | 4/2011 |
| US | 10138142 | 10/2004 |

* cited by examiner

Primary Examiner — Robert M Spear
Assistant Examiner — Rashida C McCoy
(74) Attorney, Agent, or Firm — Greer, Burns & Crain, Ltd.

(57)                **CLAIM**
The ornamental design for footwear, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of footwear showing my new design;
FIG. **2** is a first side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a front elevational view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof;
FIG. **8** is a perspective view of a second embodiment of footwear showing my new design;
FIG. **9** is a first side elevational view thereof;
FIG. **10** is an opposite side elevational view thereof;
FIG. **11** is a rear elevational view thereof;
FIG. **12** is a front elevational view thereof;
FIG. **13** is a top plan view thereof;
FIG. **14** is a bottom plan view thereof;
FIG. **15** is a perspective view of a third embodiment of footwear showing my new design;
FIG. **16** is a first side elevational view thereof;
FIG. **17** is an opposite side elevational view thereof;
FIG. **18** is a rear elevational view thereof;
FIG. **19** is front elevational view thereof;
FIG. **20** is a top plan view thereof; and,
FIG. **21** is a bottom plan view thereof.
The broken lines in FIGS. **1-21** represent portions of the footwear that form no part of the claimed design.

**1 Claim, 15 Drawing Sheets**

U.S. Patent        May 29, 2012        Sheet 1 of 15        US D660,572 S

**FIG. 1**

https://patentimages.storage.googleapis.com/d4/d3/fd/c3df17d346a888/USD660572.pdf

12/22/2017 10:25 AM



US00D772548S

| (12) **United States Design Patent** | (10) Patent No.: | **US D772,548 S** |
|---|---|---|
| Radabaugh | (45) Date of Patent: ** *Nov. 29, 2016 | |

(54) **FOOTWEAR UPPER**

(71) Applicant: **Deckers Outdoor Corporation**, Goleta, CA (US)

(72) Inventor: **Scott Radabaugh**, Santa Barbara, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/532,042**

(22) Filed: **Jul. 1, 2015**

(51) **LOC (10) Cl.** .......................................... **02-04**

(52) **U.S. Cl.**
USPC ..................................... **D2/970**; D2/910

(58) **Field of Classification Search**
USPC ......... D2/896, 900, 909–911, 943, 946, 969, D2/970, 974; 36/83, 1.5, 2 R, 109, 3 A, 36/7.1 R, 45, 52, 112, 100
CPC .......... A43B 7/12; A43B 5/004; A43B 3/02; A43B 23/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D380,592 S | * | 7/1997 | Whittington | .................. | D2/910 |
|---|---|---|---|---|---|
| D400,342 S | * | 11/1998 | Davidowitz | .................. | D2/909 |
| D410,322 S | * | 6/1999 | Davidowitz | .................. | D2/910 |
| D482,190 S | * | 11/2003 | Belley | .................. | D2/970 |
| D500,583 S | * | 1/2005 | Belley | .................. | D2/970 |
| D527,872 S | * | 9/2006 | Chot | .................. | D2/910 |
| D561,432 S | * | 2/2008 | He | .................. | D2/911 |
| D599,999 S | | 9/2009 | MacIntyre | | |
| D635,749 S | * | 4/2011 | Wolff | .................. | D2/910 |
| D668,026 S | | 10/2012 | Zachaias | | |
| D685,172 S | * | 7/2013 | Warner | .................. | D2/970 |
| D704,426 S | | 5/2014 | Dillenbeck | | |
| D708,431 S | | 7/2014 | Dillenbeck | | |

OTHER PUBLICATIONS

UGG Australia Josette model. www.uggaustralia.com https://web.archive.org/web/20131008134615/http://www.uggaustralia.com/women-boots/josette/1003174.html?dwvar_1003174_color=PRVL Oct. 8, 2013.
UGG Australia Bailey Button model, www.uggaustralia.com https://web.archive.org/web/20120909185522/http://www.ugg-gaustralia.com/womens-bailey-button-boots/5803.default.pd.html?dwvar_5803_color=AUB&start=7 &cqid=women-boots-classic Sep. 9, 2012.
UGG Australia Mini Bailey Button model. www.uggaustralia.com. https://web.archive.org/web/20121016124321/http://www.uggaustralia.com/womens-mini-bailey-button-boots/3352.default.pd.html, Oct. 16, 2012.

(Continued)

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Rashida C Walshon
(74) *Attorney, Agent, or Firm* — Greer, Burns & Crain, Ltd.

(57) **CLAIM**

The ornamental design for a footwear upper, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a footwear upper showing my new design;
FIG. **2** is a side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines in FIGS. **1**-7 represent portions of the footwear that form no part of the claimed design. The broken lines immediately adjacent to the shaded areas represent the bounds of the claimed design form no part thereof.

**1 Claim, 5 Drawing Sheets**



**US D772,548 S**
Page 2

(56) **References Cited**

OTHER PUBLICATIONS

UGG Australia, style "UGG Classic Short"; On sale or in public use at least as early as Aug. 25, 2004. See product review dated Aug. 25, 2004. http://www.zappos.com/ugg-classic-short-chestnut-2.

UGG Australia, style "UGG Abree Short Stingray"; http://www.uggaustraila.com/women-sale/abree-short-stingray/1009206.html?dwvar_1009206_color=ASH#g=abree&start=1&cqid, Jun. 29, 2015.

* cited by examiner

https://patentimages.storage.googleapis.com/82/dd/94/3e1a0c69a62472/USD772548.pdf

12/22/2017 10:33 AM



U.S. Patent    Nov. 29, 2016    Sheet 4 of 5    US D772,548 S

FIG. 4    FIG. 5

U.S. Patent    Nov. 29, 2016    Sheet 5 of 5    US D772,548 S

FIG. 6

https://patentimages.storage.googleapis.com/82/dd/94/3e1a0c69a62472/USD772548.pdf

12/22/2017 10:33 AM

1498399703969617873-D0766563    1 / 7

US00D766563S

(12) **United States Design Patent**    (10) Patent No.:    **US D766,563 S**
Radabaugh    (45) Date of Patent:    ** Sep. 20, 2016

(54) **FOOTWEAR UPPER**

(71) Applicant: **Deckers Outdoor Corporation**, Goleta, CA (US)

(72) Inventor: **Scott Radabaugh**, Santa Barbara, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/532,038**

(22) Filed: **Jul. 1, 2015**

(51) LOC (10) Cl. ............................................. **02-04**
(52) U.S. Cl.
USPC ........................................................ **D2/970**
(58) **Field of Classification Search**
USPC ......... D2/896, 900, 909–911, 943, 946, 969, D2/970, 974; 36/83, 1.5, 2 R, 109, 3 A, 36/7.1 R, 45, 52, 112, 100
CPC .......... A43B 7/12; A43B 5/004; A43B 3/02; A43B 23/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D380,592 S | * | 7/1997 | Whittington | D2/910 |
| D400,342 S | * | 11/1998 | Davidowitz | D2/909 |
| D410,322 S | * | 6/1999 | Davidowitz | D2/910 |
| D482,190 S | * | 11/2003 | Belley | D2/970 |
| D500,583 S | * | 1/2005 | Belley | D2/970 |
| D527,872 S | * | 9/2006 | Choi | D2/910 |
| D561,432 S | * | 2/2008 | He | D2/911 |
| D599,999 S | | 9/2009 | MacIntyre | |
| D635,749 S | * | 4/2011 | Wolff | D2/910 |
| D668,026 S | | 10/2012 | Zacharias | |
| D685,172 S | * | 7/2013 | Warner | D2/970 |
| D704,426 S | | 5/2014 | Dillenbeck | |
| D708,431 S | | 7/2014 | Dillenbeck | |

OTHER PUBLICATIONS

UGG Australia Josette model, www.uggaustralia.com https://web.archive.org/web/20131008134615/http://www.uggaustralia.com/women-boots/josette/1003174.html?dwvar_1003174_color=PRVL Oct. 8, 2013.
UGG Australia Bailey Button model, www.uggaustralia.com https://web.archive.org/web/20120909185522/http://www.uggaustralia.com/womens-bailey-button-boots/5803,default.pd.html?dwvar_5803_color=AUB&start=7&ccgid=women-boots-classic Sep. 9, 2012.
UGG Australia Mini Bailey Button model, www.uggaustralia.com, https://web.archive.org/web/20121016124321/http://www.uggaustralia.com/womens-mini-bailey-button-boots/3352,default.pd.html; Oct. 16, 2012.

(Continued)

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Rashida C Walshon
(74) *Attorney, Agent, or Firm* — Greer, Burns & Crain, Ltd.

(57)    **CLAIM**
The ornamental design for a footwear upper, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a footwear upper showing my new design;
FIG. **2** is a side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines in FIGS. **1-7** represent portions of the footwear that form no part of the claimed design. The broken lines which define the bounds of the claimed design form no part thereof.

**1 Claim, 5 Drawing Sheets**



US D766,563 S
Page 2

(56)    **References Cited**

OTHER PUBLICATIONS

UGG Australia, style "UGG Classic Tall"; On sale or in public use at least as early as Oct. 17, 2003. See product review dated Oct. 17, 2003, http://www.zappos.com/ugg-classic-tall-chestnut.

UGG Australia, style "UGG Abree Short Stingray"; http://www.uggaustralia.com/women-sale/abree-short-stingray/1009206.html?dwvar_1009206_color=ASH#q=abree&start=1&cgid=, Jun. 29, 2015.

* cited by examiner

https://patentimages.storage.googleapis.com/ce/b9/fc/71303a671ed635/USD766563.pdf

12/22/2017 10:34 AM



1498405121161603496-D0704426        1 / 5

(12) **United States Design Patent**      (10) Patent No.:        **US D704,426 S**
       **Dillenbeck**                              (45) Date of Patent:      **    May 13, 2014**

(54) **FOOTWEAR UPPER**

(71) Applicant: **Deckers Outdoor Corporation**, Goleta, CA (US)

(72) Inventor: **Ryan Dillenbeck**, Carpinteria, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/472,005**

(22) Filed: **Nov. 7, 2013**

(51) LOC (10) Cl. ............................................ **02-04**
(52) **U.S. Cl.**
       USPC ............................................ **D2/970**
(58) **Field of Classification Search**
       USPC ......... D2/896, 900, 909–911, 943, 946, 969, D2/970, 974; 36/83, 1.5, 2 R, 109, 3 A, 36/7.1 R, 45, 52, 112, 100
       See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D139,147 S | * | 10/1944 | Britton ........................... D2/910 |
| D227,197 S | * | 6/1973 | Fukuoka ........................ D2/910 |
| D284,805 S | * | 7/1986 | Smith ............................ D2/900 |
| D400,342 S | * | 11/1998 | Davidowitz et al. ......... D2/909 |
| D410,322 S | * | 6/1999 | Davidowitz et al. .......... D2/910 |
| D572,894 S | | 7/2008 | Le |
| D581,140 S | * | 11/2008 | Earle ............................. D2/910 |
| D638,213 S | * | 5/2011 | Funck ........................... D2/970 |

* cited by examiner

*Primary Examiner* — Robert M Spear
*Assistant Examiner* — Rashida C McCoy
(74) *Attorney, Agent, or Firm* — Greer, Burns & Crain, Ltd.

(57)                **CLAIM**

The ornamental design for a footwear upper, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a footwear upper showing my new design;
FIG. **2** is a side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines in FIGS. **1-7** represent portions of the footwear that form no part of the claimed design. The broken line located between the exterior and the interior of the footwear upper defines the bounds of the claimed design and forms no part thereof.

**1 Claim, 4 Drawing Sheets**



U.S. Patent        May 13, 2014        Sheet 1 of 4        US D704,426 S

FIG. 1

https://patentimages.storage.googleapis.com/fe/7f/3e/71f806b9c58ef3/USD704426.pdf

12/22/2017 10:35 AM



LOGIN / JOIN / 🔍 SEARCH

0 / $0.00 USD 🛒

# LUXE Co.

Boots ⌄    Shoes & Sneakers ⌄    Slippers    Bags & Accessories ⌄    Outerwear    Love By Luxe    Celebrities    About    Contact

## International Shipping

### Shipping Rates & Delivery times

| Delivery Service | Shipping Time | Rates |
|---|---|---|
| UK | 3-5 Working Days | £10 |
| Europe | 3-5 Working Days | £15 |
| Russia | 5-7 Working Days | £25 |
| USA | 5-7 Working Days | £45 |

### Exchange Rates

All prices shown on australialuxeco.co.uk are in GBP (£) if you are based in the UK - If you are based in Europe, the prices are shown in Euros (€). If you need a conversion to your local currency, please refer to yahoo.finance.com or a similar website. Exchange rates change daily, and Australia Luxe is not responsible for any loss incurred as a result of currency fluctuation. Please note that your credit card processor may charge you a conversion rate fee.

Back to the top ⌃

| Email address |     | Subscribe |

LUXE Co.

Search
How to place an order

Boots
Shoes & Sneakers

🇺🇸 USD ⌄

https://www.australialuxeco.co.uk/pages/international-shipping

12/22/2017 11:05 AM



https://www.mou-online.com/en-us/shippings

12/22/2017 11:04 AM

**BLUE MOUNTAINS BOOTS** EST. 1933

## Product
## MENU

**WHOLE RANGE**

WHOLE BOOT RANGE
SHEEPSKIN SLIPPERS
KIDS CORNER
SHEEPSKIN BOOT
AND BED SOCKS
LEATHER HATS
SHEEPSKINS
COWHIDES
COWHIDE MATS
MISCELLANEOUS
GIFT VOUCHERS
SPECIALS

**Catalogue**
**View Basket**
**Order**
**Contact**
**Return Policy**

**Delivery Address and Postal Charges.**

| Billing Address | Delivery Address |
|---|---|
| Required fields shown by an * (asterisks) | ☐ Same as Billing Address |

Name: *
Street: *
Street (line 2):
Suburb: *
State:
Post/Zip Code: *
Country: * Australia ▼      Australia ▼
Phone: *      (inc area code)      (inc area code)
E-mail: *

Special Instructions"
For Boots please include the size required.

(if unsure of size please include your foot length in c.m's or inches and we will choose the size for you.)

## Delivery Options

| Option | Price | Selected |
|---|---|---|
| Shipping including registered mail for Sydney Metro Area (see below for postcodes) | $12.50 | ○ |
| Shipping including registered mail outside Sydney Metro Area within NSW | $14.50 | ○ |
| Shipping including registered mail Interstate | $16.50 | ○ |
| Shipping including registered mail Interstate - Remote | POA | ○ |
| Shipping to U.S.A including air mail / insurance up to 1.5Kg | $45.00 | ⦿ |
| Shipping to U.K./Europe including air mail / insurance up to 1.5Kg | $45.00 | ○ |
| Shipping to Asia including air mail / insurance up to 1.5Kg | $39.00 | ○ |
| orders over 1.5kg will have the shipping price quoted | POA | ○ |
| Shipping to New Zealand | $33.00 | ○ |
| Bed socks | $5.00 | ○ |
| Gift Voucher EMail EMail out a Gift Voucher | $0.00 | ○ |
| Gift Voucher sent Via Post International Postage $3.50 | $3.50 | ○ |
| Shipping to Canada Shipping to Canada Including Air Mail / Insurance up to 1.5Kg | $45.00 | ○ |

**Postcodes for Sydney Metro Area are:**

https://bluemountainsboots-secure.straliaweb.com.au/secure/delivery.asp

12/22/2017 11:04 AM

**Website will be closed till January 8. Wishing you a safe and Happy Holiday Season.**

Koalabi
by JUMBO BOOTS

Quality Australian Sheepskin Footwear. Australian Designed And Owned

Language: ENG ▼          Currency: USD ▼

Welcome to Koalabi By Jumbo Boots: Join Us | Log In

MEN    WOMEN    KIDS    ACCESSORIES    BLOG    CONTACT    🔍    Saved Items | Bag USD 156.75 (1 items)

# DELIVERY & RETURNS

## SHIPPING RATES

To see shipping rates, please select the product and click on "Add to Bag". In your Bag you can set your destination to see delivery cost .

### AUSTRALIA

Australia Delivery within Australia via registered post takes 1-3 business (VIC and NSW), 4-6 business days (other states and country). Express Post within Australia takes 1 business days or 2 for remote areas. Once shipped we will email you a tracking number which can be tracked here

### AIR - AUST POST INTERNATIONAL

We ship worldwide. (Please note: our International Brand Koalabi Australia will be shipped to North America, South America, UK, Europe and Canada.) We ship via Australia Post Airmail registered, it usually takes 7-10 business days (USA & Asia), 8-12 business days (UK), 10-18 business days (Europe) from time of shipment to arrival. Once shipped we will email you a reference number which may be tracked via your local postal website or by calling your local post. Please note that it may take 10 business days after shipment before you can track this method.

International Air Tracking: track here

Selections:

Shipment number: eg. RQ044411676AU

Destination Country: eg. United Kingdom

Which service: leave as Autodetect Carrier

### EMS - EXPRESS INTERNATIONAL

We can ship parcels via EMS upon request, all parcels over 2kg are automatically upgraded to EMS/ECI (2-5 business days delivery worldwide) from the day of shipment and has a tracking number: eg. EE123456789AU. Once shipped we will email you a tracking number which can be tracked via: EMS

### RETURN AND EXCHANGE POLICY

All returns must be accompanied by a completed EXCHANGE/REFUND FORM and this must be mailed with the products that are being returned. All products will be assessed by our Quality Control department within 14 days of receipt of the returns.

All exchange requests must be made within 30 days of receipt of the goods. Goods must be unworn and undamaged.

Receipt of goods with the assumption they were a different brand, look or feel does not constitute "not as ordered" and no refunded will be issued.

Standard 3 month manufacturing warranty applies to all our products provided that they are not returned due to problems arising from normal "wear and tear". Discoloration and staining (due to wearer) is not deemed faulty workmanship and will not warrant a claim. Slight dye transfer may occur with darker colored sheepskin during first few wears. Lighter colored sheepskin may pick up inks from clothing with which it comes in contact. This discoloration is not covered under the manufacturer's warranty.

Irregularities and variations in color and texture are characteristic qualities of sheepskin. These irregularities and variations are not covered under the manufacturer's warranty.

All refunds are less any freight charges and may attract a 20% re-stocking fee.  If the shipping was not charged initially as part of a promotion, this amount will be deducted from the total. If returning the footwear we recommend insured airmail, this will take 5-12 business days as opposed to surface mail which can take a lot longer.

Please contact us via e-mail prior to your purchase if you have any doubts or queries.

### CANCELLATION

You should contact us immediately should you wish to cancel any order for the Products placed through the Website. Requests for cancellation will be considered by Koalabi By Jumbo and may cancel the order at their discretion. Koalabi By Jumbo reserves the right to charge a 10% cancellation fee to cover administrative costs for any orders cancelled prior to the shipment of your order.

### DISCLAIMER

We believe that we have aligned ourselves with excellent delivery partners, but there may be times when, despite their best efforts, parcels are delayed in the delivery process. We will always endeavor to work with our delivery partners to ensure prompt arrival of your products. It is your obligation to enter the correct delivery address details at the time of ordering. Should you enter the wrong address, we are not obliged to re-send the order to the correct address at our expense. We will provide you with an estimated date for delivery of all parcels. While we make every effort to deliver by this time, all dates specified are estimates only. We have aligned ourselves with Australia Post who we believe will always do their best to deliver products by the estimated delivery date. Please note that if an item has been lost in transit, we will not dispatch a replacement item immediately. Replacement items will be dispatched according to our discretion. Taxes and custom processing fees may apply in your country, such fees are solely the responsibility of the parcel recipient. It is a responsibility of a parcel recipient to collect the parcel in a due manner, the post will normally hold the parcel for 1-2 weeks. Without limiting the operation of any other Terms and Conditions herein, we will not accept liability for any loss or damage arising from a late delivery. Without limiting the operation of any other Terms and Conditions herein, you agree that late delivery does not constitute a failure of our agreement, and does not entitle you to cancellation of an order. Without limiting the operation of any other Terms and Conditions herein, we will not accept liability for any loss or damage arising from items lost, stolen or damaged after delivery has taken place.

We sell  the Australian Registered and Made in Australia brand known as – "Koalabi By Jumbo" and the Australia Made brand of "Koalabi Australia" products as well as overseas produced "Koalabi Australia" fashion products.

**We are in no way affiliated to the US Company that owns the "UGG Australia" brand - called Deckers.**

The word Ug, Ugh, Ugg has been associated with a style (not brand)of footwear for many years in Australia so you will find many people advertising ug, ugg or ugh boots. The word ugg is found in the Macquarie Dictionary

http://www.koalabibyjumbo.com/delivery-and-return/

12/22/2017 11:08 AM

## Returns

We offer a 30 day Money Back Guarantee on your purchase through our website. If you need to return your order within 30 days of purchase, we will be more than happy to provide you with a full refund less any shipping costs. Our 30 Day Money Back Guarantee applies to items that have not been worn or used and must be returned in brand new condition.

Please contact returns@australianuggboots.com.au to request the procedure of returning your item. You will be required to ship the products. These costs are under the responsibility of the buyer. We do not collect parcels.

## Unclaimed Parcels

Parcels returned to us as unclaimed, refused or return to sender will be cancelled.

It is in our sole discretion to instruct our delivery partners to return parcels which are unclaimed/refused back to our premises in Melbourne, Australia. In the event that we deem it necessary to not have your parcel returned from overseas you will not be entitled to a refund. This often occurs due to delivery companies charging heavy rates to return parcels back to us. Inside Australia the postage payable to have it returned back to us will be passed on to the customer.

## Shipping

We ship both within Australia and Internationally.

We believe that we have aligned ourselves with excellent delivery partners, but there may be times when, despite their best efforts, parcels are delayed in the delivery process. We will always endeavour to work with our delivery partners to ensure prompt arrival of your products.

It is critical that you enter the correct delivery address details at the time of ordering. Should you enter any incorrect details we cannot guarantee a problem free delivery.

We will provide you with an estimated date for delivery of all parcels. While we make every effort to deliver by this time, all dates specified are estimates only.

*All sheepskin boots shipped to the United States of America are shipped exclusively with our Ozitude label.*

## Shipping within Australia

We ship directly from our factory in Melbourne, Australia. For all Shipping within Australia we choose to use Australia Post which has the following transit times*.

*A transit time refers to the time it takes between the time we have dispatched your parcel until the time it arrives to your delivery address, or local post office for collection.

Regular Mail with Australia Post has a transit time of 3-5 business days depending on location.

Express Mail with Australia post has a transit time of 1-2 business days depending on location.

All times mentioned are approximate and do not include processing times.

**CHRISTMAS TRADING**

Our regular operating hours will remain the same during Christmas Trading.

We are hanging up our boots on Friday 22nd December 2017 at 5:00PM! 😞

Our offices, factory outlet, manufacturing and dispatch will remain closed between *Saturday December 23rd and Sunday 14th January 2018*. **Normal Operations will resume on Monday 15th January 2018.**

All online orders placed through our website from Friday 22nd December onwards will be dispatched shortly after the 15th January 2018. Our Emails will be periodically monitored during this time.

**We wish you all a pleasant festive season.**

## Shipping International / Outside Australia

We ship directly from our factory in Melbourne, Australia. For all shipping outside of Australia we use a courier service which has the following transit times*:

A transit time refers to the time it takes between the time we have dispatched your parcel until the time it arrives to your delivery address, or local sorting centre. Depending on your country extra time may be required through customs clearance.

Regular Shipping: 7 – 10 business days depending on location.

Express Shipping: 2 – 5 business days depending on location.

All times mentioned are approximate and do not include processing times.

## Did you know?

Did you know that when sending from Melbourne, Australia, it takes less time for a parcel to arrive into the United Kingdom than it does to Perth, Australia?

## Import Taxes

Items sent outside of Australia, may be subjected to import taxes such as Custom, VAT, custom processing fees and courier release fees. Please ensure you are aware of any customs, import tax, duties and other charges which are applicable in your country. We cannot accept claims as such and cannot not be responsible for these costs. These fees are entirely the responsibility of the buyer. If not sure, Please contact your local customs or postal authorities prior to your purchase.



### About Us

We started like so many businesses; with a passion and an idea. Initially retailers of this authentically Australian product, we sourced boots from a number of local manufacturers. And then things changed, as they always do. Suppliers began to cut corners, reduce their selection or move production overseas in the interests of

### Watch Us Work

### Our Location

Australian Ugg Boots Pty Ltd
View larger map

### Contact Us

### Factory Outlet

1/20 Capital Court,
Braeside, Victoria 3195
Australia
Call: (03) 9580-9696

Accessible for Disabled.
**Open To Public**

Monday-Wednesday    9:00 am to 5:00 pm



My Account   ★ My Wishlist   Register   View Cart




FREE SHEEPING
To ANYWHERE in Australia!

Phone Enquiries: 0894931977

Search Mr Sheepskin...   Go

**Home**   **Browse Products**   **Stockists**   **Customer Service Info**   **Testimonials**   **Contact Us**

View Cart

QUICK SEARCH

Enter Search Term...   Go

**Our Range**

**On Sale**

We Accept

We accept the following payment methods:

VISA   MasterCard   SecurePay

**STORE LOCATIONS**

**Maddington**
23 Carole Rd
9493 1977

**Karrinyup**
Karrinyup Shopping Centre
9446 4154

**Morley**
Galleria Shopping Centre
9276 3392

**Mandurah**
Mandurah Forum
9584 8447

**Opening Hours**
Morley & Karrinyup:

Mon-Fri: 9am-5:30pm, Thu: 9pm-9pm,
Sat: 9am-5pm, Sun: 11am-3pm

Maddington: Mon-Fri: 8am-4pm

Home / Delivery

⊕ Back

Delivery Information

Free Delivery in Australia for Orders over $75 (except bulky items)



**FREE FREIGHT!**  All orders over $75.00 of products (except bulky items) are shipped **FREIGHT FREE to Australian destinations**.  Freight costs for bulky items will be notified prior to your order being processed.

Overseas orders are normally shipped by Australia Post Registered Airmail or TNT International Express Courier, contact us for further details and costs.

Small items are delivered within Australia via Australia Post Registered Post, Parcel Post or Express Post.  We also use various small courier companies to deliver small items.  We will notify you of your delivery tracking information after you order has been processed.  Transit time for small articles in Australia is 1-7 working days depending on destination postcode and method of delivery.

Large or bulky items are delivered by various Australian courier companies, on line tracking and SMS and email notifications are available with these services.

The Courier services use road express, transit times can vary according to destinations however 5-7 days is the normal range.

Courier services will require a signature on delivery so a business address or ATL "Authority to Leave Without Signature" are aways preferred.

Deliveries to residential addresses may incur extra charges if you are not at home at the time of delivery.

We can accept your written (ATL) should you choose, please advise your ATL in the Special Infomation section in the Checkout area detailing your instructions regarding where to leave your order (ie leave at front door).

Most postage charges are calculated automatically and displayed during the checkout process.  If you order is for a bulky item we will contact you with delivery options and costs prior to processing your order.

If postage cannot be calculated at the time of your order we will contact you with a freight quote prior to dispatching your order. Orders are thoroughly packed and are fully insured until you sign for them on delivery.

ORDERS from customers overseas to Australian or International destinations are welcome!  All export orders to international destinations (including Christmas, Cocos and Norfolk Islands) **are Australian GST tax FREE**.  GST is automatically deducted from the price in the checkout if your order is going to an international destination.

⊕ Back

**EARN GREAT DISCOUNTS!**

It's easy to earn credit towards Products - Find Out How

✉ For Product information and our latest sales - sign up for a $20 Voucher and our newsletter.

Enter Email Here   **SUBSCRIBE**

**Contact Details**          5 Top Reasons To Buy From Mr Sheepskin          Navigation
Mr Sheepskin                                                                    Delivery



## Shipping Info

**For orders within Australia:**

Items that are in stock are sent via Australia Post or Fastway Couriers (our choice), registered and insured, **within 3 working days of receipt of order and payment**. Out of stock items will be made and posted within 21 days. We will notify you within 3 days of receipt of order and payment if out of stock and for your instructions. A full refund will be issued if we cannot post an item within 21 days.

**For international orders:**

Items that are in stock are sent by Air Mail, are registered and insured, via Australia Post within 5 working days of receipt of order and payment. Out of stock items will be made and sent within 21 days. Time must be allowed for order to reach selected destination, this may vary from country to country. A full refund will be issued if we cannot post an item within 21 days.

Customers are responsible for any duties and taxes that may be incurred when the order arrives in their country.

UK customers please note: if you have not received your order within 3 weeks from us sending, please check with your local postal service before contacting us. If your custom's duties and taxes have not been paid you will not receive your package. Your postal service will only notify you once of them holding the package so if you miss that notification your order will not be delivered until you make contact with them. We are unable to help in this situation if you have not received your order.

NB. Ugg boots delivered to an Australian address with be labelled with our "Mortels UGG" brand. Ugg boots for postage address outside Australia will be labelled "Mortels" only. This is because UGG is generic in Australia and a trade mark outside Australia.

## Return Policy

Returned item must be post marked within 14 days from initial receipt of item.

We are happy to exchange size, colour or style on the basis that the returned item is in original new condition accompanied with proof of purchase, all packaging and tags. Please contact us before returning items to ensure we have what you require. Additional cost may apply if changing to a different style or size. Return postage is at your cost.

Should you need to exchange your order, within 14 days of receiving it, please follow the directions given once you have contacted us. All items returned to us must be in original new condition.

Sorry, we will not exchange items or footwear that shows signs of wear, stretching, marks or soils.

## Warranty

We stand by our products and offer a total quality guarantee. Our products will be free from any material defects or faulty workmanship however if a defect manages to slip thru undetected prior to sale, this defect will become apparent within 90 days and you will receive 100% of the purchase price by either an exchange or refund. Wear and tear is not covered by guarantee.

Warranty on seat covers extends beyond 90 days and details of warranty are available on our seat cover category page.

Variations in colour and texture in sheepskins or its wool should not be regarded as a fault. These are unique traits of a natural product.

Should you experience a problem with your order within 90 days of purchase and need to return your order, please follow the directions given once you have contacted us. Please note that if returned item is found not to be defective in either manufacturing or materials but rather have symptoms of wear, then you will be required to pay for return of product to yourself.

Some wear and tear issues not covered by our footwear warranty, regardless of the age of the footwear, include but not limited to: toe blow-outs (holes in the toe area), forced tears and mouldy/rotten footwear.

NB. Warranty becomes void (regardless of the age of the item) if item is not worn or kept in accordance with the manufacturer's recommendations as per our care and cleaning information.

## Extra Stuff

Different computer screens will display colours in the photos differently. As such, displayed colours should be used only as a guide and expect some slight differences when receiving your product.

Whilst we endeavour to maintain our website so that it is always current, we reserve the right to make changes to our website without notice. If any of our website changes affect your pending order, we will not process that order, without first contacting you for instructions.

The terms and conditions of sales are governed by the Laws of the State of NSW and the understanding that all information on this website has been accepted.

I received my EMU boots but I think they're faulty, what should I do?

If you believe the boots you received are faulty, please contact EMU customer service immediately via email with the following important information:

1. photo of the entire boot
2. photo of the faulty area of the boot
3. your order number
4. a brief summary of the fault

Return to Top

## SHIPPING

What is your shipping policy?

We have two easy options for shipping:

FREE Standard Shipping (delivered within 3-5 business days)

$10 Express Shipping (delivered within 1-3 business days)

We ship Monday to Friday, during normal business hours. We don't ship on weekends and public holidays.

Return to Top

Can I track my order once it's shipped?

All deliveries can be tracked online and this tracking information will be emailed directly to you soon after your goods have left our warehouse.

You'll see a link in the email, which is so you can follow your item all the way to your door.

Return to Top

How do I track my parcels?

Once your order is dispatched, you'll receive an email from the carrier with your tracking number attached. You can use this to follow your item all the way to your door.

Return to Top

Do you ship to PO boxes in Australia?

Yes, we do ship to post office (PO) boxes, but only in Australia.

Return to Top

Do you ship to PO boxes outside of Australia?

No, we only ship to post office (PO) boxes within Australia.

Return to Top

Does EMU ship worldwide?

Yes. EMU Australia can be found all over the world.

WE SHIP TO THE FOLLOWING COUNTRIES:

| | | | |
|---|---|---|---|
| Australia | Finland | Lithuania | Slovakia |
| Austria | France | Luxembourg | Slovenia |
| Belgium | Germany | Malta | South Korea |
| Bulgaria | Greece | Netherlands | Spain |
| Canada | Hong Kong | New Zealand | Sweden |
| China | Ireland | Norway | Switzerland |
| Cyprus | Italy | Poland | The Czech Republic |
| Denmark | Japan | Portugal | UK |
| Estonia | Latvia | Romania | USA |

Return to Top

Where are my EMU products shipped from and who will ship them?

We use trusted shipping partners to get your EMU products to you. Here are the locations and delivery companies.

| LOCATION | WAREHOUSE | COURIER |
|---|---|---|
| USA | Valencia, CA USA | FEDEX |
| Canada | Surrey, BC Canada | UPS |
| Europe | Helmond, Netherlands | UPS |
| United Kingdom | Helmond, Netherlands | UPS |
| Australia | Geelong, Australia | AUSTRALIA POST |
| New Zealand | Geelong, Australia | AUSTRALIA POST INTL |
| Asia | Geelong, Australia | AUSTRALIA POST INTL |

Return to Top

What happens if I'm not home when my order is delivered?

Depending on where you are in the world, there are a couple of options for you:

If you're in **Australia, Asia, New Zealand, UK, Europe or Canada;**

No problems! Anyone at the address provided can sign for the goods.

If no one is available to sign, the courier will leave a card which will have details on how you can arrange another delivery or a local pick up. Or they will try to contact you directly. No items will be left without a signature.

If your parcel hasn't arrived within the estimated time period, we recommend you visit the carrier's website and check whether they've attempted to deliver to you.

If you're in **USA;**

If there is nobody to accept the parcel, the Fed Ex driver will leave the package at the recipient's door, or other secure location, if the driver believes it's reasonable to do so.

Return to Top

What happens if my items get lost in transit?

If you don't receive your item within a reasonable time frame, please contact the carrier using your tracking number details either online or by phone. If the carrier cannot locate your item, we will lodge an enquiry on your behalf. Please contact us if you have any queries regarding your delivery.

Return to Top

What happens if I receive an incorrect item?

Please contact our office immediately via email . Please ensure you include your order number and we'll arrange to have the correct item sent to you as soon as possible.

Return to Top

## CUSTOMER SERVICE

How can I contact customer service?

Please send us an email at onlinesupport_usa@emuaustralia.com

Return to Top

What are your hours of operation?

http://www.emuaustralia.com/us/faqs.html#question-4

12/22/2017 11:20 AM



https://www.kohls.com/product/prd-758501/adi-designs-lug-sole-midcalf-boots-women.jsp?skuId=journee%20collection%20lug%20sole%20womens%20midcalf%20boots&&search=758501&&submit-search=web-ta-keyword

12/22/2017 11:28 AM





https://www.overstock.com/Clothing-Shoes/Brumby-Womens-Shear-Fleece-Lined-Microsuede-Boots/10522663/product.html?cid=202290&&kid=9553000357392&&track=pspla&&ci_src=17588969&&ci_sku=17605771-000-005&&gclid=Cj0KCQiA38jRBRCQARIsACEqleuk3h_z35Cl8rz4KorREtib0abReL5eu77p0Vz4w4Yi6b48PKg7kKwaAkV5EALw_wcB



# LUXE Co.

WOMEN ▾    ABOUT ▾

WOMEN
  SLIDES
  CONSOLATS
  POINTY SLIDES
  CREEPERS
  SNEAKERS
  RANCH HEELS
  ICON BOOTS
  HIDDEN WEDGE
  SHEEPSKIN
  BAGS
  JACKETS
GIFT CARD
CONTACT

HOME › WOMEN'S FALL › COSY X SHORT

**COSY X SHORT**

COLOR

SIZE

| 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|
| 10 | 11 | 12 | 13 | | |

**$87.00 USD**

COMPARE AT $145.00 USD

QUANTITY

— 1 +

**ADD TO CART**

← Previous Product          Next Product →











| To: | Deckers Outdoor Corporation (tmdocket@gbclaw.net) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87310138 - 122688 |
| **Sent:** | 12/22/2017 3:25:52 PM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

## IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **12/22/2017** FOR U.S. APPLICATION SERIAL NO. 87310138

Please follow the instructions below:

**(1)  TO READ THE LETTER:**  Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  TIMELY RESPONSE IS REQUIRED:**  Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period.  Your response deadline will be calculated from **12/22/2017** (*or sooner if specified in the Office action*).  A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period.  For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.  Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3)  QUESTIONS:**  For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney.  For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.**  For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp**.**

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.