# EXHIBIT 2

## TO DEFENDANT'S OPP. TO MSJ

| **To:** | Deckers Outdoor Corporation ([tmdocket@gbclaw.net](mailto:tmdocket@gbclaw.net)) |
| --- | --- |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86601266 - 2110.084284 |
| **Sent:** | 6/18/2015 4:31:04 PM |
| **Sent As:** | ECOM107@USPTO.GOV |
| **Attachments:** | [Attachment - 1]<br>[Attachment - 2]<br>[Attachment - 3]<br>[Attachment - 4]<br>[Attachment - 5]<br>[Attachment - 6]<br>[Attachment - 7]<br>[Attachment - 8]<br>[Attachment - 9]<br>[Attachment - 10]<br>[Attachment - 11]<br>[Attachment - 12]<br>[Attachment - 13]<br>[Attachment - 14]<br>[Attachment - 15]<br>[Attachment - 16]<br>[Attachment - 17]<br>[Attachment - 18] |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.**  86601266

**MARK:**

**CORRESPONDENT ADDRESS:**
    TANJA PROEHL
    Greer Burns & Crain
    300 S Wacker Dr Ste 2500
    Chicago, IL 60606-6752

**APPLICANT:** Deckers Outdoor Corporation

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    2110.084284
**CORRESPONDENT E-MAIL ADDRESS:**
    tmdocket@gbclaw.net

*86601266*

**CLICK HERE TO RESPOND TO THIS LETTER:**
**http://www.uspto.gov/trademarks/teas/response_forms.jsp**

 VIEW YOUR APPLICATION FILE

**OFFICE ACTION**

**STRICT DEADLINE TO RESPOND TO THIS LETTER**

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 6/18/2015**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issues below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03. Applicant's petition to waive Trademark Rule 2.52(b)(2) granted on 6/1/15 is noted.

**SUMMARY OF ISSUES**:
- Sections 1 and 45 Refusal—Multiple Marks
- Sections 1, 2, and 45 Refusal—Nondistinctive Product Design; Section 2(f) Claim is Insufficient
- Specimen Required
- Requirement for an Accurate Description of the Mark
- Requirement for More Information

**SECTIONS 1 AND 45 REFUSAL—MULTIPLE MARKS**
Registration is refused because applicant seeks registration of more than one mark.  Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §2.52; TMEP §807.01.  An applicant may apply for only one mark in a single application.  37 C.F.R. §2.52; TMEP §807.01; *see, e.g.*, *In re Int'l Flavors & Fragrances Inc.*, 183 F.3d 1361, 1366, 51 USPQ2d 1513, 1516 (Fed. Cir. 1999); *In re Hayes*, 62 USPQ2d 1443, 1445-46 (TTAB 2002).  A mark combining separate elements is registrable only if it is a single unitary mark engendering a unique and distinct commercial impression.  *In re Supreme Steel Framing Sys. Ass'n, Inc.*, 105 USPQ2d 1385, 1387 (TTAB 2012) (citing *In re Walker-Home Petroleum, Inc.*, 229 USPQ 773, 775 (TTAB 1985)).

While the petition to show multiple renditions of a three dimensional mark was granted, applicant's drawing shows more than multiple renditions of a single mark. Specifically, the application drawing shows the following 3 elements:  a profile view of a boot, an angled view of the same boot as viewed from behind, and a view of a boot with a turned-down cuff. The profile and angled view of the same view are acceptable based on the petition granted on 6/1/15. However, the "turned- down cuff" element of the drawing differs materially from the other two renditions to such a degree that it appears as a separate and distinct mark. The height and width of the boot as it appears in the "turned-down cuff" rendering are distinct from the other renderings, and the "fabric binding on the top of the shaft" claimed in applicant's description of the mark is not visible. Therefore, registration of the applied-for mark is properly refused under Sections 1 and 45 of the Trademark Act.

**ADVISORY—MATERIAL ALTERATION OF MARK**
An amendment to a mark will not be accepted if the change would materially alter the mark in the initial application.  37 C.F.R. §2.72; TMEP §807.14.  Determining whether a proposed amendment materially alters a mark involves comparing the proposed amended mark with the mark in the drawing filed with the original application.  37 C.F.R. §2.72; TMEP §807.14(d).

The test for material alteration is whether the modified mark retains what is the essence of the original mark; that is, whether the new and old forms create the impression of being essentially the same mark.  *In re Hacot-Columbier*, 105 F.3d 616, 620, 41 USPQ2d 1523, 1526 (Fed. Cir. 1997) (quoting *Visa Int'l Serv. Ass'n v. Life Code Sys., Inc.*, 220 USPQ 740, 743 (TTAB 1983)); *see In re Nationwide Indus. Inc.*, 6 USPQ2d 1882, 1885 (TTAB 1988); TMEP §807.14.  For example, if republication of the amended mark would be necessary to provide proper notice of the mark to third parties for opposition purposes, then the mark has been materially altered and the amendment is not permitted.  *In re Hacot-Columbier*, 105 F.3d at 620, 41 USPQ2d at 1526 (quoting *Visa Int'l Serv. Ass'n v. Life Code Sys., Inc.*, 220 USPQ at 743-44).  Also, the addition of an element that would require a further search may be a factor in determining material alteration.  *In re Guitar Straps Online, LLC*, 103 USPQ2d 1745, 1747 (TTAB 2012); *In re Who? Vision Sys. Inc.*, 57 USPQ2d 1211, 1218 (TTAB 2000).

In the present case, amending the drawing to display only one of the two renditions of the marks displayed on the drawing page would result in a material alteration of the mark depicted in the original application.  TMEP §807.17; *see* 37 C.F.R. §2.72; *In re Who? Vision Sys., Inc*., 57 USPQ2d 1211 (holding proposed amendment from "TACILESENSE" to "TACTILESENSE" to be material alteration due to the difference in meaning or connotation between the marks); *In re CTB Inc.*, 52 USPQ2d 1471 (TTAB 1999) (holding proposed amendment of TURBO and design to the typed word TURBO to be a material alteration due to the design being distinctive matter).

Specifically, as the drawing page displays two different marks with distinct commercial impressions, namely, two different renditions of a boot with distinct sizes and features, an amendment of the drawing page to delete one of the two marks would materially alter the commercial impression of the mark in the initial application because deleting one of the renderings would eliminate features that are material to the commercial impression of each distinct drawing.

*Applicant should note the additional refusal below.*

**SECTIONS 1, 2, AND 45 REFUSAL—NONDISTINCTIVE PRODUCT DESIGN**

<mark>Registration is refused because the applied-for mark consists of a nondistinctive product design or nondistinctive features of a product design that is not registrable on the Principal Register without sufficient proof of acquired distinctiveness.</mark>  Trademark Act Sections 1, 2, and 45, 15 U.S.C. §§1051-1052, 1127; *Wal-Mart Stores, Inc. v. Samara Bros., Inc.*, 529 U.S. 205, 210, 213-14, 54 USPQ2d 1065, 1068-69 (2000); *In re Slokevage*, 441 F.3d 957, 961, 78 USPQ2d 1395, 1398 (Fed. Cir. 2006); *see* TMEP §1202.02(b)(i).

A product design can never be inherently distinctive as a matter of law; consumers are aware that such designs are intended to render the goods more useful or appealing rather than identify their source.  *See Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. at 212-13, 54 USPQ2d at 1068-69; *In re Slokevage*, 441 F.3d at 962, 78 USPQ2d at 1399.  Thus, consumer predisposition to equate a product design with its source does not exist.  *Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. at 213, 54 USPQ2d at 1069.

In response to this refusal, applicant may submit additional evidence that the applied-for mark has acquired distinctiveness under Trademark Act Section 2(f) by submitting examples of advertising and promotional materials that specifically promote the applied-for mark as a trademark in the United States, dollar figures for advertising devoted to such promotion, dealer and consumer statements of recognition of the applied-for mark as a trademark, and any other evidence that establishes recognition of the matter as a mark for the goods.  *See* 37 C.F.R. §2.41(a); TMEP §§1212.06 *et seq.*  **The evidence must relate to the promotion and recognition of the specific configuration embodied in the applied-for mark and not to the goods in general.**  *See, e.g.*, *In re Koninklijke Philips Elecs. N.V.*, 112 USPQ2d 1177, 1180 (TTAB 2014) (citing *Inwood Labs., Inc. v. Ives Labs., Inc.*, 456 U.S. 844, 851, 214 USPQ 1, 4 n.11 (1982)); *AS Holdings, Inc. v. H & C Milcor, Inc.*, 107 USPQ2d 1829, 1838 (TTAB 2013).

The following factors are generally considered when determining whether an applied-for mark has acquired distinctiveness based on extrinsic evidence:  (1) length and exclusivity of use of the mark in the United States by applicant; (2) the type, expense, and amount of advertising of the mark in the United States; and (3) applicant's efforts in the United States to associate the mark with the source of the goods, such as in unsolicited media coverage and consumer studies.  *See In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 USPQ2d 1420, 1424 (Fed. Cir. 2005); *Bd. of Trs. v. Pitts, Jr.*, 107 USPQ2d 2001, 2016, (TTAB 2013).  A showing of acquired distinctiveness need not consider all of these factors, and no single factor is determinative.  *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424; *see* TMEP §§1212.06 *et seq.*

To establish acquired distinctiveness, an applicant may rely only on use in commerce that may be regulated by the U.S. Congress.  *See* 15 U.S.C. §§1052(f), 1127.  Use solely in a foreign country or between two foreign countries is not evidence of acquired distinctiveness in the United States.  *In re Rogers*, 53 USPQ2d 1741, 1746-47 (TTAB 1999); TMEP §§1010, 1212.08.

As an alternative to submitting evidence of acquired distinctiveness, applicant may amend the application to the Supplemental Register.  Trademark Act Section 23, 15 U.S.C. §1091; *see* 37 C.F.R. §§2.47, 2.75(a); TMEP §§816, 1202.02(b)(i).

**SECTION 2(f)—ACQUIRED DISTINCTIVENESS IS INSUFFICIENT**
Applicant has argued that the applied-for design has become distinctive of applicant's goods in the marketplace. Applicant submitted consumer survey evidence, expert testimony, sales figures, and marketplace evidence in support of this assertion. However, applicant's evidence does not demonstrate (1) exclusivity of use of the proposed mark in the United States; or (2) sufficient evidence that consumers identify applicant as the sole source of the style of boot embodied in the applied-for mark.

In support of the claim of acquired distinctiveness, applicant submitted survey evidence, sales figures, expert testimony, and promotional material.

Applicant's Survey Evidence
While the applicant's survey evidence demonstrates that applicant has been successful in promoting its overall brand, it does not establish that consumers associate applied-for design elements with applicant's brand. Specifically, the survey evidence submitted by the applicant does not show that consumers recognize the specific applied-for design elements as an indicator of source.

Applicant's Sales Figures and Advertising
The ultimate test in determining acquisition of distinctiveness under Trademark Act Section 2(f) is not applicant's efforts, but applicant's success in educating the public to associate the claimed mark with a single source.  TMEP §1212.06(b); *see In re Packaging Specialists*, 221 USPQ at 920; *In re Redken Labs., Inc.*, 170 USPQ 526 (TTAB 1971).

<mark>Applicant has provided evidence of high sales figures and significant advertising expenditures for the goods at issue; however, such evidence is not dispositive of whether the proposed mark has acquired distinctiveness.  Such extensive sales may demonstrate the commercial success of applicant's goods, but not that relevant consumers view the claimed elements of applicant's applied-for design mark as the source of such goods.</mark>  *See In re Boston Beer Co.*, 198 F.3d 1370, 53 USPQ2d 1056 (Fed. Cir. 1999); *In re Busch Entm't Corp.* , 60 USPQ2d 1130, 1134 (TTAB 2000).

<mark>The advertising figures submitted by applicant are also not sufficient to establish acquired distinctiveness. These advertising expenditures are merely indicative of its efforts to develop distinctiveness; not evidence that the mark has acquired distinctiveness.</mark>  *See In re Pennzoil Prods. Co.*,

20 USPQ2d 1753 (TTAB 1991). Furthermore, the submitted advertising evidence and third-party materials continuously reference applicant's applied-for design mark in conjunction with applicant's registered word mark, UGG. This advertising material does not tout the particular features that applicant has claimed are distinctive of applicant's goods, such as exposed wool or shearling tufting, or the license-plate shape on the heel of the boot.

Applicant's Expert Testimony

The expert testimony submitted by applicant is not sufficient to establish acquired distinctiveness. While this evidence is probative of whether experts in the field of footwear recognize applicant's boot as having acquired distinctiveness, it is not relevant to the inquiry of whether the consuming public at large recognizes the claimed features of applicant's applied-for mark as an indicator of source.

Length and Exclusivity of Use

Furthermore, while applicant's evidence addresses the question of length of use in the United States, its arguments as to exclusivity of use are not persuasive. Applicant's evidence dismisses the existence of other, similar products out of hand, referring to them as "unauthorized imitators," without addressing the question of whether the particular design elements applicant claims in the applied-for mark existed in commerce prior to applicant's promotion of its brand of boot.

The attached internet evidence from www.shoes.about.com references the existence of this design of boot as early as World War I. Additionally, the attached internet evidence from a variety of retailers' websites, including L.L. Bean®, Dick's Sporting Goods®, Nordstrom Rack®, and Zappos.Com® show that many reputable retailers are selling boots with design elements substantially similar to that of the applicant.

**ADVISORY--SUPPLEMENTAL REGISTER**

The applied-for mark has been refused registration on the Principal Register under Sections 1, 2, and 45 as consisting of a nondistinctive product design. Applicant may respond to the refusal by submitting additional evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091; 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusals. TMEP §816.04. Additionally, applicant should note that amending to the Supplemental Register will not resolve the multiple marks refusal addressed above.

**SPECIMEN REQUIRED**

Registration is refused because the specimen does not show the applied-for mark in the drawing in use in commerce in International Class 25. Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a), 1301.04(g)(i). Specifically, each of the marks in the drawing displays the mark including a "rectangle, license-plate-type shape on the heel of the boot"; however, the specimen omits this design feature.

The drawing shows the mark sought to be registered, and must be a substantially exact representation of the mark as used on or in connection with the goods, as shown by the specimen. 37 C.F.R. §2.51(a); TMEP §807.12(a). Because the mark in the drawing is not a substantially exact representation of the mark on the specimen, applicant has failed to provide the required evidence of use of the applied-for mark in commerce on or in connection with applicant's goods. *See* TMEP §807.12(a).

An application based on Trademark Act Section 1(a) must include a specimen showing the applied-for mark in use in commerce for each international class of goods identified in the application or amendment to allege use. 15 U.S.C. §1051(a)(1); 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).

Examples of specimens for goods include tags, labels, instruction manuals, containers, photographs that show the mark on the actual goods or packaging, and displays associated with the actual goods at their point of sale. *See* TMEP §§904.03 *et seq.* Webpages may also be specimens for goods when they include a picture or textual description of the goods associated with the mark and the means to order the goods. TMEP §904.03(i).

Applicant may respond to this refusal by satisfying one of the following for each applicable international class:

(1) Submit a new drawing of the mark that agrees with the mark on the specimen and, if appropriate, an amendment to the color claim and/or mark description that conforms to the new drawing.

(2) Submit a different specimen (a verified "substitute" specimen ) that (a) was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use and (b) shows the mark or a substantially exact representation of the mark in the drawing in actual use in commerce for the goods identified in the application.

For an overview of *both* response options referenced above and instructions on how to satisfy either option online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/J3.jsp.

Applicant should note that satisfying the requirement to provide an acceptable specimen will not resolve the multiple marks refusal addressed above.

Applicant should also note the additional requirements below.

**DESCRIPTION OF MARK**

Applicant must submit an accurate and concise description of the literal and design elements in the mark.  37 C.F.R. §2.37; *see* TMEP §§808.01, 808.02.  The description of the mark in the application is not acceptable because it contains additional, laudatory language that does not serve to describe the elements of the proposed design mark. The following is an acceptable mark description of the upper two images appearing on the drawing:

> **The mark consists of a three dimensional design of a boot. The boot has an exposed stitch pattern in vertical lines on the sides and back of the boot shaft, a diagonal line of stitching at the intersection of the boot vamp and shaft; a rectangular shape on the heel of the boot; an exterior suede heel overlay; a thick, flat outsole; and fabric binding on the top of the shaft and above the outsole. The broken line in the drawings represents the bottom surface of the outsole that is not part of the three dimensional trade dress mark.**

The following is an acceptable mark description of the bottom image on the drawing:

> **The mark consists of a three dimensional design of a boot. The boot has an exposed stitch pattern in vertical lines on the sides and back of the boot shaft, a diagonal line of stitching at the intersection of the boot vamp and shaft; a rectangular shape on the heel of the boot; inner wool shearling tufting that is folded over onto the upper portion of the boot shaft; an exterior suede heel overlay; a thick, flat outsole; and fabric binding above the outsole. The broken line in the drawings represents the bottom surface of the outsole that is not part of the three dimensional trade dress mark.**

**REQUEST FOR INFORMATION**

To permit proper examination of the application, applicant must submit additional information about the goods and services.  *See* 37 C.F.R. §2.61(b); *In re AOP LLC*, 107 USPQ2d 1644, 1650-51 (TTAB 2013); *In re Cheezwhse.com, Inc.*, 85 USPQ2d 1917, 1919 (TTAB 2008); *In re Planalytics, Inc.*, 70 USPQ2d 1453, 1457-58 (TTAB 2004); TMEP §814.  Specifically, applicant should provide the following information:

(1) Whether the style of the particular goods at issue originated with the applicant;

(2) What features of the applied-for design mark are the "original Australian design" referenced in applicant's evidence in support of its 2(f) claim, and which features of the applied-for design mark are unique to applicant and have the potential to serve as an indicator of source;

(3) What efforts applicant has made to advertise the specific elements of the applied-for design to consumers;

(4) Whether consumers recognize the specific elements of the applied-for design as an indicator of source;

(5) Information omitted from the survey evidence provided by the applicant, including, but not limited to photos of the other boots included in the survey.

Failure to comply with a request for information can be grounds for refusing registration.  *In re AOP LLC*, 107 USPQ2d at 1651; *In re DTI P'ship LLP* , 67 USPQ2d at 1701-02; TMEP §814.  Merely stating that information about the goods and services is available on applicant's website is an inappropriate response to a request for additional information and is insufficient to make the relevant information of record.  *See In re Planalytics, Inc.*, 70 USPQ2d at 1457-58.

**RESPONSE GUIDELINES**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney.  All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.  Further, although the trademark examining attorney may provide additional explanation pertaining to the refusals and requirements in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights.  *See* TMEP §§705.02, 709.06.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b);

TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

/Diane Collopy/
Diane Collopy
Examining Attorney
Law Office 107
diane.collopy@uspto.gov
(571) 270-3118

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.



http://www.emuaustralia.com/us/Womens/Boots/Sheepskin-Boots#          04/28/2015 04:08:21 PM



☆☆☆☆☆ ☆☆☆☆☆
(2)

☆☆☆☆☆ ☆☆☆☆☆
(10)

Platinum Stinger Mini          $129.00

Platinum Stinger Lo          $155.00

☆☆☆☆☆ ☆☆☆☆☆
(8)

☆☆☆☆☆ ☆☆☆☆☆
(3)

Platinum Outback Hi          $189.00

Platinum Stinger Hi          $189.00

**Price** ▼

**Womens Shoe Size** ▼

US

Please consult Size Chart

| 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 1: |
| 14 | 15 | | | |

http://www.emuaustralia.com/us/Womens/Boots/Sheepskin-Boots#        04/28/2015 04:08:21 PM



☆☆☆☆☆    ☆☆☆☆☆
(3)

●
●
●

Platinum Outback Lo    $159.00



showing 1 - 5 of 5 results

Sort by: Please Select One

Sign up for EMU news and receive 10% off your next order

SIGN UP

| About EMU | Our Products | Ordering | Help & Support |
|-----------|--------------|----------|----------------|
| Ever Natural | Natural Materials | Opening an Account | FAQs |
| Origins and Heritage | Australian Made | Gift Certificates | Contact Us |
| Our Name | Size Guide | Valid Payment Methods | Privacy Policy |
| The EMU Difference | Store Locator | Returns | Terms of Sale |

© Copyright EMU (AUS) Pty Ltd. All Rights Reserved

4:11:10 PM 4/28/2015

bearpaw



BEARPAW | Patriot B ×

https://www.nordstromrack.com/shop/product/1049558/bearpaw-patriot-bleached-dyed-genuine-sheepskin-lined-boot?color=Hickory&size=10&cm_mmc=feeds-_-adlucent-_-google-_-pla&utm_source=feeds&utm_medium=adlucent&utm_con

Apps  Suggested Sites  Pay Period Cale...

Nordstrom Rack        HauteLook                                Log In / Sign Up  |  Help  |  Store Locator

NORDSTROM rack        FREE SHIPPING ON ORDERS OVER $100.* EASY 90-DAY RETURNS.        CART 🛒

Women   Shoes   Handbags & Accessories   Men   Kids   Clearance              Search   🔍

MEN / SHOES / BOOTS / CASUAL

### BEARPAW

Patriot Bleached & Dyed Genuine Sheepskin Lined Boot

**$49.97**

$79.99 38% Off                                Style #: 1693M

**Size:** 10                                  Size Chart

| 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 |

| 10.5 | 11 | 11.5 | 12 | 13 |

**Color:** Hickory

**Quantity**

1 ▼

**ADD TO CART**

Shipping & Returns

- **Ships in 1 - 2 days.** This item is ready to ship.
- This item qualifies for **free shipping** when you spend over $100
- **Returnable** within 90 days to a Nordstrom Rack store or by mail

About This Item

**Details:**
Sizing: True to size.

- Round toe
- Suede construction
- Exposed seam detail
- Bleached and dyed genuine sheepskin and wool blend lining
- Pull-on
- Approx. 7" shaft height, 15.75" opening circumference

⧉ Full Screen                                Rollover to Zoom

Share With Friends:  f Facebook   🐦 Twitter   📌 Pinterest

http://www.dickssportinggoods.com/product/index.jsp?productId=11906476          04/28/2015 04:12:26 PM



http://www.dickssportinggoods.com/product/index.jsp?productId=11906476        04/28/2015 04:12:26 PM



**BEARPAW Women's Abigail Winter Boots**
$49.99

**BEARPAW Women's Emma Tall Winter Boots**
$59.99

**Product Information:**                                                Size Chart ⓘ  |  Buying Guide ⓘ

Comfortable, warm and stylish, the BEARPAW® Emma Tall winter boot is an ideal everyday boot. A genuine sheepskin interior ensures warmth, and a shearling footbed wicks away moisture to keep feet cozy and dry. The BEARPAW® woven label heel logo and collar logo add style to this durable boot, and a lightweight, flexible rubber outsole offers superb grip. Stay warm, comfy, and on top of winter trends in the Emma Tall winter boot.

**FEATURES:**

- 12-inch ultra soft cow suede upper enhances durability and style
- Genuine sheepskin interior delivers warmth
- Shearling footbed ensures cool, dry feet
- BEARPAW® woven label heel logo and collar logo add style
- Rubber outsole is durable, lightweight, flexible and maximizes grip
- Fit tip: order one full-size up
- Height: 12"
- Shaft Circumference: 14"
- Style: 612W
- BEARPAW

Country of Origin: China
Web ID: 11906476

**Customer Reviews:**

**Average Rating**
★★★★★ **4.6 / 5**

**94%** of reviewers recommend this product

**Rating Breakdown** (190 reviews)

| | | |
|---|---|---|
| 5 Stars | ▬▬▬ | (146) |
| 4 Stars | ▬ | (28) |
| 3 Stars | | (3) |
| 2 Stars | | (6) |
| 1 Star | ▮ | (7) |

Size    —  —  ┃  —  —
        too small        too big

Width   —  —  ┃—  —  —
        too narrow      too wide

Comfort —  —  —  ┃  —
        zero comfort    high comfort

Sort reviews by    Most recent ▾                    Own this product?    **WRITE A REVIEW**

★★★★★ **Comfortable and warm**                                            March 24, 2015

Please order by your size they don't run small. I weather proofed mine and that helped with the snow marks and wateer proofing them.

**pattyg**

from **Harrison, Michigan**
Age **51 Plus**
Gender **Female**
Purchase Location **Online**
Owned For **1 month or less**
Frequency Of Use **Daily**

✓ I recommend this product.

http://www.kohls.com/product/prd-850062/brumby-shearling-lug-sole-boots-women.jsp?ci_mcc=ci&ci_src=17588969&ci_sku=91921637&utm_campaign=JRS%20%26%20CONTEMP%20SHOES&utm_medium=CSE&utm_source=google&utm_product=91921637&CID=shopping15&gclid=CMnbtf-dmcUCFdg          04/28/2015 04:13:05 PM



13/30

http://www.kohls.com/product/prd-850062/brumby-shearling-lug-sole-boots-women.jsp?ci_mcc=ci&ci_src=17588969&ci
_sku=91921637&utm_campaign=JRS%20%26%20CONTEMP%20SHOES&utm_medium=CSE&utm_source=google&utm_product=91921637&C
ID=shopping15&gclid=CMnbtf-dmcUCFdg          04/28/2015 04:13:05 PM

With an ultra-thick sole and soft sheepskin lining, these women's Brumby Shearling Lug Sole boots are the perfect choice for combatting winter weather.

**Shoe Features**
• Reverse stitching lends a fashionable touch.
• Textured lug outsole offers superior stability and traction.

**Shoe Construction**
• Suede upper
• Sheepskin lining
• Rubber outsole

**Shoe Details**
• Round toe
• Slip-on
• Padded footbed
• 10-in. shaft
• 15-in. collar circumference
• This style is available in whole sizes only and tends to run small. If you normally order a 1/2 size, it is recommended that you order the next full size up.
• *Promotional offers available online at Kohls.com may vary from those offered in Kohl's stores.*

SHIPPING & RETURNS                                    +
RELATED INFORMATION                                   +



| RATINGS & REVIEWS | Q&A |
| --- | --- |

★★★★★ 4.8

Quality        Style         Value

100% of reviewers recommend this product

Reviewer Highlights & Lowlights

**comfort** (2) , comfortable sole (1), cute (1) 2 inches shorter then some other boots (1), big sizes-order small (1), cannot tuck jeans into them (1)

FILTER REVIEWS BY...        Most relevant ▼        What is relevancy sort?        WRITE A REVIEW

★★★★★          Very happy although should have bought smaller : P

∧
TOP

http://www.kohls.com/product/prd-2111183/lamo-sheepskin-boots-women.jsp?pfm=rrrecs-pdp-gtab1
04/28/2015 04:14:46 PM



http://www.kohls.com/product/prd-2111183/lamo-sheepskin-boots-women.jsp?pfm=rrrecs-pdp-gtab1
04/28/2015 04:14:46 PM




- Durable suede upper provides a luxurious look.
- Natural Australian sheepskin lining keeps your foot warm and dry.
- Memory foam midsole reduces foot fatigue.
- Ribbed rubber outsole offers shock absorption and support.

SHOE CONSTRUCTION
- Suede upper
- Sheepskin lining
- Rubber outsole

SHOE DETAILS
- Round toe
- Slip-on
- Padded footbed
- Manufacturer's 6-month limited warranty

*Promotional offers available online at Kohls.com may vary from those offered in Kohl's stores.*

| SHIPPING & RETURNS | + |
| RELATED INFORMATION | + |



| RATINGS & REVIEWS | Q&A |

★★★★★ 4.7

Quality          Style          Value

100% of reviewers recommend this product

Reviewer Highlights & Lowlights
**quality** (1)

Access Der
(content_fil

Your request
because this
contains cont
categorized a
Ads/Analytics
If you believe
categorization
inaccurate, pl
the USPTO C
Service Desk
a manual rev
URL. Please

FILTER REVIEWS BY...     Most relevant ▼     What is relevancy sort?     WRITE A REVIEW

★★★★★

Style

Value

✓ VERIFIED PURCHASER
**Nice Boot**
03/31/2015

I purchased a size larger than my regular shoe size and I'm glad I did! My toe still touches the tip, but I'm sure they'll stretch out a little and then they'll be perfect. I live in a very cold state half of the year and these should make for very nice indoor shoes. I keep a pair of indoor shoes for the support and these are great quality!

4:24:10 PM 4/28/2015

nyshoespy

https://nyshoespy.wordpress.com/2010/10/16/ugg-boot-faceoff-emu-whooga-ugg-australia-bearpaw-more/



**NYShoeSpy.com**

Subscribe to feed        Home    About Us    Coupons & Deals!    Press

FOLLOW US!

Search

SUBSCRIBE TO NYSHOESPY

Enter your email address to be notified when we post new shoe articles.

Join 32 other followers

Enter your email address

Sign me up!

SHOE TOPICS

"GREEN" SHOES  BABY SHOES
D.I.Y.  FAMOUS  NEWS IN
SHOES  RANDOM  Shoe
Charity  SHOE REVIEW  STORE
SPOTLIGHT  TRENDS
WEDDING SHOES  WIN!

READER FAVORITES

Ugg Boot Faceoff! EMU,
Whooga, UGG Australia,
BEARPAW & More!

Shoe Subscription Sites -
Comparing ShoeDazzle,
JustFabulous & Sole Society

Untold Spring 2011 Shoe Trends
- Yep, Right Now!

MORE OF MY SHOE ARTICLES

Select Month

SHARE

Featured Fashion Blog

NYShoeSpy - Blogged

NetworkedBlogs
Blog:
NYShoeSpy
Topics:
fashion, shoes,
shopping

Follow my blog

A SHOPPING DIRECTORY -
NOTHING BUT SHOES!

6pm
Amazon.com/Shoes
Atelier Shoes
Barefoot Tess
Coclico
DSW
Eilatan
Endless
Fluevog
Gotham City Online
Habitat Shoe Boutique
Heels.com
Jildor Shoes Home Page
Keep
LoveMyShoes
Mohop
Office (UK)
OnlineShoes
Piperlime
Planet Shoes
Re-Mix
Scarpasa
Shiekh
Shoebacca
ShoeBuy
ShoeFest
ShoeMall
ShoeMetro
Shoes Got Sole

## Ugg Boot Faceoff! EMU, Whooga, UGG Australia, BEARPAW & More!

October 16, 2010 in SHOE REVIEW | Tags: airwalk, Australia, Australia Luxe Collective, bearpaw, boots, bronte, classic tall, EMU, fashion, fleece, koolaburra, mou, mou boots, review, reviews, shearling, shearling lined, sheepskin, sherling, shoe reviews, shoes, shoo republic, stinger, TRENDS, ugg, UGG Australia, Ugg boots, uggs, Whooga, winter boots

★★★★☆ ❶ 52 Votes

Welcome to the ugg boot faceoff! Want to know the difference between the $200 uggs and the $50 ones? Are there any differences between the two most popular brands? Not sure if you should believe the hype or just looking for a great ugg boot? You've come to the right place. With so many companies now making ugg boots at so many different price points (and with conflicting information online and lots of bias testimonials from brand loyalists), I decided it was time to create a complete review.

Intro – Although there is still some argument, I believe the term "ugg boot" describes a particular style of boot (almost everyone would draw an identical picture when you mention it) not a specific brand. So for the purposes of this review, that particular brand that started the mainstream ugg boot craze a few years ago will be referred to as UGG Australia, their actual brand name, and any item referred to as an ugg, will mean the common style of the boot.

I discovered in my research that while most of these boot brands use Australian sheepskin, every brand I reviewed makes their shoes in China. It's not necessarily a bad thing, just don't be surprised when you look on the boot tag. Also, most of the brands will warn you about dye transfer. You might not think much of this (what does it matter if the inside of your pant leg changes color, right?) until you realize that inside of your toes turning colors, since you're wearing these babies sans socks. If you really can't stand the idea of purple-ish black toes lurking inside your boots, don't get uggs with black shearling interiors. And although sheepskin is water resistant, it is NOT waterproof and you should use weatherproofing spray on your uggs whether you plan on going out in the rain or not – trust me, if my husband had sprayed his sheepskin slippers right away, they would probably not have terrible coffee and baby drool stains on them right now. 😊

Last, I'd like to mention that I was given some of these boots by the manufacturers for the purpose of reviewing them and others I purchased myself. I always strive to write fair and accurate reviews with pros and cons for each item, and I only accept shoes from companies that accept this policy, so you can be sure you're getting my honest opinions. Now, on with the show!



UGG Australia Classic Tall

**UGG Australia** – One of the first and most popular names in ugg boots, UGG Australia was named Footwear News' "Brand of the Year" in 2003. The brand has now ventured into many non-ugg styles but still keeps their signature ugg alive with things like this season's collaboration with Jimmy Choo.

The Review – Super soft, obviously, and these were also the lightest weight boot of all those reviewed. But the shaft of these boots tends to be a bit wide which allowed little wisps of cold to get to my legs. This led to me wearing them with socks, clearly an ugg no-no, but it was January. I don't know if the socks killed the shearling, especially on the inside of the heels, or if it would have compacted the same way after a few months of wear, but I pretty much had to continue wearing them with socks after that, so be warned. Unfortunately, the super flexible outsoles did start thinning noticeably from wear within less than a year, so, although the boots continued to be comfortable til the end, they had a pretty short life. However, I never had a problem with a seam coming undone or any other kind of manufacturing defect; the issues I mentioned were due to normal use, so these boots are clearly well-made. And I should mention that the sheepskin exterior of the UGG boot (the part not touching any part of your foot) was the softest out of all boots reviewed, very buttery. UGG Australia boots have a blown rubber sole like Whooga brand boots, but the pattern they've grooved in gives the UGG soles slightly more traction. Although these are on the high end price wise, you'll feel you're paying for higher grade materials and not just a hyped-up brand name.

Random – Starting with the Fall 2010 season, UGG Australia will start adding reflective security stickers and labels on their shoes and shoe boxes to help fight counterfeit replication. And I have to give them points for their biodegradable (polythylene) shoe bags.

**Price:** $180  **Fit:** runs large – whole sizes order down one size/ half sizes, order down a half size

http://www.uggaustralia.com

Become one of 401,404 fans on Facebook



Whooga Classic Tall

**Whooga** –  This is a relatively new brand that specializes in ugg boots. Whooga uses only Australian sheepskin with merino wool and their boots are sewn by hand using Australian manufacturing techniques. They offer 9 color options including 2 cool metallic versions.

The Review – The Whooga boots actually had the thickest shearling out of all the boots I reviewed; it filled the spaces between my toes from the top as well as from the bottom. With other ugg boots I obviously felt the fleece around my entire foot, but after a bit of wear the shearling molded into a little hollow foot igloo. The Whooga boots, with their twin faced fleece, are enveloping, like being swallowed in soft warmth that somehow stays in place. And the shaft of the boot kept the fleece touching my entire leg without being restrictive, which was one problem I had with the UGG Australia brand, as above. These boots keep you super warm without being overly warm – it's really a try it to believe it kind of thing. You definitely don't want to ruin the experience by wearing socks or tucking in your pants – so for the winter, give up your skinny jeans for a while and wear something you can pull over the outside of the boots or scrunch at the top.

On the other hand, the exterior sheepskin (the part not touching you) feels starchy to the touch and the outsoles are a little more stiff than other brands; but those details are hardly worth the extra $60 that separates these from UGGS and EMUs. The blown rubber sole was a little slippery right out of the box on smooth linoleum surfaces, but they seemed to have a more normal grip after about an hour of wear. Finally, and perhaps most tellingly, I didn't notice the Whooga boots on my feet after I wore them over a long 10 hour day. All of the sudden I was like, wait a second, I'm supposed to be thinking about these boots for a review! Now that's the sign of a good shoe: when you've got such happy feet, you totally forget you even have them on.

Random – I LOVE Whooga's packaging. The shoe box has a ribbon and bow attached to it so that every time you take your shoes out, it's like opening a present. Great idea!

**Price:** $122 **Fit:** slightly big/half sizes visit the website for a fit guide

http://www.whooga-eu.co.uk/

Follow

Follow

Follow

17/30

Shoes.com
Shop New York
SoleStruck
Terra Plana
The Shoe Box
The Shoe Hive
Toms
Zappos

BLOGROLL

callastyle
elizabethlaney
fashionsensei
Grechen's Closet
shoeblog

OTHER FAB SITES

Justin Tinapay Wedding Photography
Myq Kaplan – Comedian

SHOWING SOME LOVE


lindsay whatmore on Ugg Boot Faceoff! EMU, Whooga,...
Mary on Ugg Boot Faceoff! EMU, Whooga,...

NEWEST SHOE BLOGS

Shoe Subscription Sites – Comparing ShoeDazzle, JustFabulous & Sole Society
WIN FREE WEDGES! – NYShoeSpy's First Shoe Giveaway!
Untold Spring 2011 Shoe Trends – Yep, Right Now!

PAGES

About Us
Coupons & Deals!
Press

META

Register
Log in
Entries RSS
Comments RSS
WordPress.com

http://www.whooga-ugg.com/

Join the Whooga group on Facebook



**EMU** -Founded in 1994,  EMU Australia uses a Border Lester/Merino cross sheepskin from the Western District of Victoria, Australia. They actually have two versions of their classic ugg boot, the Stinger and the lower priced Bronte. But there's no mixing up the two options, they even have different shoebox designs.

The Stinger Review – The EMU Stinger style has two great features the other brands lack: a removable insole and arch support. Those features are pretty cool, but for those who have been unable to wear the ugg style due to flat feet, injury, or the need for orthotics, I'm sure it seals the deal. Also these boots did have the most grippy, traction-y rubber outsoles. Even the slipper style, which I would assume most people would keep for indoor use, has a great sole. However, the fleece in these EMU boots, while warm, was not as soft or thick as it's similarly priced competitors and the outer sheepskin was also a little less soft. Unlike Whooga and UGG Australia which have interior shearling that appears to be brushed, the EMU shearling is a little nubby and rough.

The Bronte Review – The less expensive EMU Bronte style shares few of its big sister's perks. It does not have the removable insole, no arch support, and only the boot exterior is sheepskin; the interior is lined with EMU's micron 20 100% merino wool which they say has the same insulation properties as sheepskin. It feels like the stuffing fiber used for toys and pillows: a little scratchy but it is still warm. The wool also appears to be thicker than the Stingers lining initially, but it's very airy (think cotton candy) and smooshes down flat pretty fast. You *can* tell these are a better quality than the Payless Airwalk boots, but I would rate them lower than BEARPAW – the BEARPAW boots are less expensive and much nicer; you're just paying for the EMU name here. One big plus though is that the EMU Bronte has what appears to be same great outsole as the Stingers, except that its labeled as being made of TPR (Thermo Plastic Rubber) instead of just plain rubber.

The Stinger style features a contrasting leather EMU logo sewn onto the outside of the heel of the boots. The Bronte has a tonal logo that peeks out from a hole in the heel. Other online reviews say these boots do stretch with wear but my toe was uncomfortably right up against the front of the shoe when I sized down (I am usually a half size) so I recommend ordering true to size and half sizes, order up. But if you're willing to be a little uncomfortable for a week or two while the boots stretch, it might be worth sizing down instead if you're between sizes.

Random – The slight curve at the heel of the soles of these shoes identifies this brand from farther away than you could read the heel tag.

**Stinger Price:** $179  **Fit:** true/half size, order up (see review for more details)

**Bronte Price:** $99  **Fit:** true/half size, order up

http://www.emuaustralia.com

Like EMU on Facebook



BEARPAW Emma 12"

**BEARPAW** – BEARPAW, founded in 2001, makes their boots with sueded cow leather exteriors, but they are lined with the same Australian sheepskin wool as their competitors. BEARPAW claims that the leather helps their boots last longer and are a little more water resistant than their full sheepskin counterparts (you should still treat with waterproofing spray though).

The Review – I really wanted to try BEARPAW boots as a mid-price ugg option. When I first picked them up, the shearling felt nice, comparable to the EMU Stingers actually. But when I slid my bare foot inside, I was completely surprised – I think they saved the nicest shearling for the footbed! It definitely seemed extra soft and cushy there. I was also surprised that the (comparably) slightly thinner shearling around the boot leg didn't lessen the warmth of the boot, maybe because of that extra layer created by attaching the sheep wool interior to the cow leather exterior; if anything these boots are extra warm. BEARPAW boots have a stiffer heel cup than other brands initially, but after wearing them for a few hours, it softened right up. These boots also seem to have a slightly wider calf than EMUs and Whoogas, but that does make it a little easier to tuck your pant legs into them.

What really impressed me about the BEARPAWs though, is that they're soft on the outside but they held their shape way better than the other full sheepskin brands which tend to get toe creases and look slouchy in the leg after a few days wear. So the cow leather actually makes these boots appear newer longer and look more expensive than they cost (plus that leather smell, yum!). All in all, BEARPAW certainly exceeded my expectations!

Random – Interestingly, when pulling the boots on and off I noticed that the sheepskin was separated a little at the seams on the interior matching where the boots were stitched on the outside. This did not effect comfort at all but, curious, I went back to check this on the other brands and I could feel the same seams and separation in the interior fleece on of them, it just wasn't as noticeable to the eye).

**Price:** $72  **Fit:** true/half size, order down.

http://shop.bearpawshoes.com/

Become one of 2,176 fans on Facebook



Airwalk Regan

**Airwalk** – Airwalk was founded in 1986 and continues to operate as an independent brand deep in the alternative sport and music scene, however, through a take-over in 2007, a line of Airwalk shoes are also sold in sister store, Payless Shoe Source.

The Review – Surprisingly, these were the heaviest boots I reviewed in terms of weight, so I would recommend the lower ankle/mid-calf version just for that reason (ever cross your legs for a long period of time with really heavy boots on?). But maybe the super thick soles will last longer; that full inch of height will certainly help keep you out of puddles. The shoes are made of all synthetic materials and the faux shearling lining is really on the skimpy side, but they are still pretty warm considering. I would definitely wear these with boots with socks though – only real fleece will give you the air circulation that regulates your body temperature and keeps your feet from sweating. Overall they're a pretty great option under $50!

Random – These Airwalk boots come in half sizes (all the other brands I reviewed only offer whole sizes) so you can be more certain of a perfect fit when ordering online.

**Price:** $39.99  **Fit:** true/half sizes available

http://www.payless.com

141,259 fans on Facebook



**Koolaburra** – This brand does make the same flat uggs that I have been reviewing so far, but Koolaburra pressed me to try one of their slightly different styles as those are really what separates them from the other ugg brands. Koolaburra's twists on the basic ugg include some awesome accessories attached to their boots like studded belts draped

18/30



Koolaburra Lexie

around the shaft, leather rosettes pinned down the sides, wisps of feathers & beads, and varieties of fringe. They also have some interesting new soles: a sporty sneaker bottom (on the Modern Classic collection) and wedges!! I think they said it best themselves: "Koolaburra is perfect mix, juxtaposing the ethos of rocker chic daring with boho sensibility."

The Review -I have to say that I was more than a little excited to try one of Koolaburra's ugg wedges. I choose the Lexie style, which has about a 2.25 inch wedge heel and a working lace up shaft (also a key trend in boots this season). UGG Australia has been doing a wedge boot for a while, but their version looks like a normal boot, they just lined it with their sheep shearling. Koolaburra is the first brand I've seen to keep the ==traditional ugg style, swapping only the flat sole with a wedge.== If you're addicted to your uggs, these wedges are a great way to keep the comfort but make your style a little sharper. The leather laces up the front of the Lexie allow you to adjust the fit of the boot AND makes tucking in your jeans or leggings beyond easy if you want to show off these babies. Or, if you just love the sheepskin peeking out but don't really need the boot to open on occasion, you can knot the laces in the perfect place and put them on like normal uggs.

I was completely amazed that these boots, even with the mid heel height, were equally as comfortable throughout the day as any of the flat ugg versions I tried (and I did a lot of walking in these). I bounced through the door after a long day at work and didn't pull these off til I crawled into bed. These boots have a natural crepe rubber outsole with an EVA wedge midsole, and they have replaceable sheepskin lined insoles like EMU does. These Koolaburra boots are very warm and have very soft, brushed sheep shearling- I wasn't able to tell the difference between Koolaburra and UGG Australia when I did my own blind touch test of the inside of each boot. Koolaburra is a high-end boot brand, but I say well worth the price, especially when you consider that you're getting a new style the rest of the world doesn't already own.

Random – This Lexie style has a 7.5 inch mid-calf shaft height but Koolaburra also made an identical knee-high version called Shasta and lots of other wedge styles which I highly recommend you check out!

**Price:** $285     **Fit:** True to Size, half sizes order up.

http://www.koolaburra.com

Become one of 6,883 people who Like Koolaburra on Facebook

*****I'm hoping to still add reviews on uggs from **SHOO Republic**, **Australia Luxe Collective** and **Mou** to really turn this into the most comprehensive ugg review on the planet, so stay tuned for more. And if you come across another brand you want to see added to the running, definitely let me know! You can comment here or email us at info@nyshoespy.com.

About these ads

**SHARE THIS:**

Facebook 11 | Twitter | Reddit | Print | Email

Like

3 bloggers like this.

**RELATED**

| Koolaburra Review | Cougar Ravishing Winter Boots Review | Winter Shoes Looking Cheery in this Gloomy Economy |
| In "SHOE REVIEW" | In "SHOE REVIEW" | In "NEWS IN SHOES" |

## 61 comments

Comments feed for this article

Follow

Follow

Follow

Follow



October 18, 2010 at 12:56 pm
**Tiff**

please do a review omn shoo republic I really want a pair, but I'm unsure.

Reply

October 19, 2010 at 8:16 pm
**nyshoespy**

I'll definitely try to review those asap!

Reply

October 22, 2010 at 9:23 pm
**Tiff**

that would be so awesome, i really like your site! can't wait!

Reply

October 19, 2010 at 10:11 am
**Anna @ShoeHunting**

Wonderful comprehensive review of different ugg boots out there! I too have found Bearpaw to be the best (and most affordable) option, I have 4 styles! I still want to grab a pair of original UGG Boots, just to see for myself if there's a difference. I'll stay tuned for more! 😊

Reply

October 19, 2010 at 8:15 pm
**nyshoespy**

Thanks for the comments Anna! 😊

Reply

January 14, 2012 at 10:27 am
**lynn**

I got $200 UGG boots for a present but they are very slippery in the snow. Is there any way to make the sole less slippery? Also I bought Bearpaw moccassins and I LOVE them...so comfortable ..feels like slippers. I will be going back to get Bearpaw boots as I saw them for approx $50 recently and they are so comfy, just like UGGs

Reply

January 5, 2013 at 2:36 pm
**Alexis**

I hear the same thing about UGG boots from friends – they slip in the snow. Then I got my own as a gift and I totally agree! I have also heard Bearpaw last longer because it's a different thicker leather (just as in the review up above) and look better longer. If I get more, I will go Bearpaw, but it's so nasty and slushy here right now, I hate to spend money on new boots lol.

Reply

October 25, 2010 at 11:38 pm
**Carlita H**

Some good info here. I like your style!

Reply

19/30



October 27, 2010 at 1:14 pm
**Joi**

Can't wait for shoo republic review, I am also looking to buy a pair of those! Love your reviews, very helpful!

Reply

November 1, 2010 at 3:47 pm
**corinne**

Is Shoo republic a safe site to buy off – anyone? x

Reply

November 4, 2010 at 7:48 am
**nyshoespy**

Unfortunately I have not been able to get in contact with this company at all after a few attempts, so I cannot vouch for them. Doesn't mean they aren't legit, but I can't say for sure. I'll let you know if anything changes.

Reply

November 15, 2010 at 2:24 pm
**Chelle**

I LOVE my Bearpaw boots. They are so comfy and warm! This will be the second pair that I've owned, my first ones lasted me 3 seasons. I live in Maine, so in the winter time, I'm constantly traipsing around in the snow and slush and with a little bit of waterproofer, they are amazing.

I have owned Uggs but I really find that if you're looking for a stylish and functional pair of boots for the cold weather, Bearpaw is really the way to go 😊 I wear my Uggs around the house and in dry environments because I'm not about to let $200 bucks go flying out the window!

Reply

November 15, 2010 at 5:32 pm
**nyshoespy**

I totally agree with you! I find myself putting on my BEARPAW boots again and again because there's too high a risk of rain or random baby messes (dripping spit-up, flying baby food, grabbing my shoes to chew on) and I want to keep my more expensive UGGs looking nice for as long as possible. But in the end, what matters most are the shoes you actually wear, right?

Reply

November 21, 2010 at 6:10 pm
**ENTER TO WIN A PAIR OF WHOOGA UGG BOOTS**

[…] a recent ugg boot faceoff, conducted by NY Shoe Spy between all major brands and types, Whooga ranked above the competition for both comfort and […]

Reply

November 23, 2010 at 10:27 am
**GIVEAWAY: Ugg Boots by Whooga | The Plunge Project**

[…] And if you're not 100% sure if they're quite as comfy, you should check out this recent Ugg Boot Faceoff, where Whooga ranked above the competition for both comfort and […]

[…]

Reply

November 23, 2010 at 8:44 pm
**Georgia**

Hi –
I liked your comparison of shearling boots. Just opened online and am carrying

Whooga.
Georgia
Waverly East Inc. in NY
http://www.pinkcityboutique.com

Reply

January 7, 2011 at 6:35 pm
**Koolaburra Review « NYShoeSpy.com**

[…] Read the Ugg Boot Faceoff! EMU, Whooga, UGG Australia, BEARPAW & More! […] Reply

January 11, 2011 at 11:32 pm
**Win a pair of boots from Whooga! | Beautify My Life**

[…] Whooga, who recently won an Ugg Boot Faceoff from NYShoeSpy.com, is giving away a pair of their boots to one lucky […]

Reply

February 7, 2011 at 8:02 pm
**Emily B**

hey! loved the review! just bought some Bearpaws and ordered my actual size, 11, and they fit really snug…like they're almost too small. Do they stretch out with wear? thanks! 😊

Reply

February 7, 2011 at 9:37 pm
**nyshoespy**

Hey Emily, they do stretch some with wear – especially once all that puffy shearling flattens out a bit. But if the boots are super tight on you (like you can see from the outside that your toes are stuffed at the tips of the boots) you might want to try the next size. They probably won't stretch to feel a full half size larger – maybe a half of a half. I'm usually a 6.5 and I ordered a 7 initially and was swimming in them; the 6 fit me much better. But all feet are different. I hope you like your BEARPAWs once you determine the right fit!

Reply

February 10, 2011 at 6:20 pm
**Lisa**

Great review!! I actually found your article as I was looking into different ugg brands/styles to purchase…I've actually just ordered the Emu boots due to a deal I found online. They haven't come in yet, but I have high hopes for them! I would love to hear your thoughts on Australia Luxe brand, though. They have some beautiful styles that I would love to try, but since I would have to order online, I definitely wanted to see some feedback on that. The Dita style is really stylish.

Reply

February 11, 2011 at 4:20 pm
**FashionBite interviews Whooga founder Michael Hodge | Fashionbite's Blog**

[…] other Ugg boot brands? That is a very interesting question and one we ask ourselves all the time. NYShoeSpy answered this question for us in her recent ugg boot comparison. She reviewed all major brands […]

Reply

April 5, 2011 at 1:04 am
**azmi**

love kolaborra boots…..

Reply

November 9, 2011 at 2:43 am
**Kate**

will it stretch? or fits true to size? im a 6.5 and ugg 5 fits me well (after stretching)
for koolaburra will 6 work or i would need to go with 7? (7 make my feet look huge)

Reply

October 9, 2011 at 8:14 pm
**Bearpaw Boots**

We used to sell emu boots, but have changed to bearpaw boots and a UK brand called Love From Australia.

Reply

October 20, 2011 at 3:59 pm
**Maria de Bever**

I have had my EMU Stingers Lo for 2 winters and they are still going strong. They could do with new insoles for this coming winter but I have worn them all year round because your feet are either warm in winter or cool in summer (don't wear them when it's very hot!) I bought a 2nd pair early this year and haven't had to wear them so far. The soles on my 1st pair have not worn down, the heels in particular which I usually wear down quickly. I can highly recommend them, Much better than the Decker UGGS that a couple of my friends bought. The soles on my EMU's are still going. heirs have worn more…..

Reply

October 26, 2011 at 2:28 pm
**Talia**

I would love to see a review of the Beach Feet brand and the Warmbat brand.

Reply

November 1, 2011 at 12:55 pm
**christine**

Thank you so much for this review! I was looking around to replace my uggs worn out after many years of use, but I was wondering with all these new brands out what to get. This was extremely helpful.

Reply

December 7, 2011 at 10:34 pm
**Elaine Chandler**

Hi Everyone, for all of you who are concerned about ruining your UGG boots

Follow

Follow

Follow

Follow

Follow

with water stains, fading, etc., I took my granddaughter's UGG's to the dry cleaners to get them reconditioned by a man who comes down from Canada once every 2 weeks. He picks up the boots, cleans, dyes, and reconditions them for $30, and when you get them back, they look BRAND NEW. My granddaughter's feet have grown larger than her mother's feet, so when she got a new pair of boots, I had her old ones reconditioned and she is giving them to her mother for Christmas. I live in upstate New York, but you can ask the dry cleaners in your location about this. It is well worth it. You will be amazed!

Reply

**December 10, 2011 at 12:30 pm**
**Anonymous Do-Gooder**

This didn't help at all, I want to know how they treat their sheep! There's more important things than fashion you know, what if sheep started making boots out of us! Did you know that it kills 8 sheep to make 1 pair of Uggs? This is like, animal cruelty!

Reply

**December 11, 2011 at 1:06 pm**
**nyshoespy**

That's an interesting idea, Anonymous. It doesn't sound at all reasonable that 8 sheep are killed for 1 pair of Uggs (where did you get that fact?) but I am curious to know where companies source the sheep and how they are treated. I wonder if any of the thousands of companies making leather shoes get their leather from well-treated cows – it seems most people concerned with the welfare of the animals just use faux leather nowadays. By the way, the Payless Airwalks uggs I reviewed here are vegan/animal-free.

Reply

**February 12, 2012 at 9:08 pm**
**Philli**

I am almost positive that it does not take 8 sheep to make 1 pair of the UGG style boots. Sheep are killed anyway, they're not specifically killed to be made into shoes. They use the meat for food, the wool for clothing, and the skin for UGG style boots. These types of boots aren't the only articles of clothing that use sheep… ever had a wool sweater or scarf? Thats a sheep right there.

Reply

**December 11, 2011 at 12:36 pm**
**Maura**

Great review. Very helpful. I was hesitant about Bearpaws because I've been an Ugg girl in the past, but Uggs just aren't practical for unpredictable New England weather. Can't wait to try them!!

Reply

**December 19, 2011 at 9:15 am**
**Aaron**

thanks for the review made it much easyer to decied witch one to by girlfriend. as weather in uk isnt the best

Reply

**December 21, 2011 at 9:18 am**
**Christa**

Awesome to find a comparison review!! I have many friends that wear UGG brand and as much as I love shoes, I am not willing to pay the price for them. A year ago I went on a search for an alternative, that was less expensive and used genuine materials. I decided to try Bearpaw based on reviews I read on Amazon and the price was worth the try. I love them!!! After wearing them often though one full winter season….they hardly appear worn at all, still look new for season two. They have held shape and are still very warm and comfortable. I have been wearing the Meadow style, I chose them for the re-enforced toe and rubber sole, I felt they would be better than the soft sole for wet/cold/snow areas. I feel Bearpaw wears overtime better than other brands, possibly due to the cowhide suede exterior. Bearpaw is now sold in many stores including Macys, but if you love to have multiple pairs a boots, buy them on Amazon. You can purchase three pairs for the price of one pair of UGGs. On the size note, the manufacture says they run small and order a size up, I am a 7.5 and am wearing a 7….they were a little snug the first couple times I wore them but broke in perfect.

Reply

**December 29, 2011 at 2:05 pm**
**anon**

Could you please tell me which ugg boot (tall) is better for a fat leg?

Reply

**January 18, 2012 at 8:56 pm**
**Lola**

I would like to see a review on beach feet, brumby and kirkland(from costco) boots i heard there better then UGGs!

Reply

**January 26, 2012 at 10:15 am**
**Adam**

You forgot to mention that the EMU Stinger is water resistant/stain resistant right out of the box. Also, the sheepskin is 100% Australian vs. all the other competitors. If you don't believe me look at Ugg Australia's website in the product details section.

Reply

**January 29, 2012 at 12:45 pm**
**MORGAN**

I LOVE BEARPAWS GOOOOOOOO BEARPAWS

Reply

**February 2, 2012 at 6:09 am**
**Charlene**

Hi there, i bought a pair of Uggs from Ugg Boots R Us. They are so cosy and feet feel warm and snug, however as i type im wearing a pair of Whooga's that i just bought! and to be honest, the feel of the original australian ugg boots where the best for my feet, so snug and tight fitting, like you said about the whooga's, an igloo for your feet. But my whoogas are wider and a bit too big, and i went for a whole size smaller. I checked on the label and yes it says made in china! should i be dissappointed And the heel is harder and more rigid than the australian ones. i'm torn between the two. I think i would need to go 2 sizes smaller next time on the whoogas to know exactly how they both compare. Was hoping you could review the ugg boots r us ones too!

thanks

Reply

**February 16, 2012 at 9:10 am**
**Elaine**

This review was very helpful, I own a pair of Ugg Australia, the Baily Button, they start to curl and open wide up on the sides, no matter what leg shape you have, but the inside are great, they still envelope my feet and they are nice and snug.I also own BearPaw, the first time I bought them, i got them too big, so I got them in the right size, I found that after a few hrs, or days wear, the fur inside starts to get flat and your feat start flopping around, making is difficult to walk around unless you put some kind of insole, but they are very warm, and I do like them alot. I have the cleaning kit for Ugg Australia, it really does do wonders, can I use the brush that comes with the kit on my bear paws?the Ugg Australia are light and the bearpaw are black. will the color rub off…if so can I get the brush seperatly? you have to google how to use the kit, it comes with no instructions.

Reply

**January 12, 2013 at 6:06 pm**
**Sarah**

I hope that you review Mou boots soon. I just bought a pair and now I am afraid they are frauds

Reply

**February 3, 2013 at 10:46 am**
**Mich**

I have had 3 pr of bearpaw boots and every single pair have one through within 3 months on the outer sole ??

Reply

**February 3, 2013 at 11:09 pm**
**CAROLYN**

I ONLY OWN A PAIR OF THE ORINGINAL HIGH SAND COLORED UGGS THAT YOU CAN ROLL DOWN SOME. I AM LOOKING FOR SOMETHING ELSE THE FOOTBED IN UGGS IS LIKE CARDBOARD. I THINK WHEN YOUR PAYING 2 TO $300.00 A PAIR THEY SHOULD HAVE ALOT OF COMFORT AND SUPPORT. I AM NOW LOOKING INTO EMUS. ALL I WANT IS A COMFORTABLE PAIR OF BOOTS THEY CAN COST 50.00 OR 500.00 I DON'T CARE JUST WANT COMFORT!!!! HELP——CAROLYN

JUST WANT COMFORT!!!!! HELP !!!!!! LARGENI

Reply

**February 4, 2013 at 11:06 pm**
**NYShoeSpy**

Unfortunately I don't know of any ugg style that has much support, most of the footbeds are flat. But you can get replacement Ugg insoles (link here for you) which might help you out some, especially if you've had your Uggs for a while. 😊

Reply

**November 18, 2013 at 11:18 pm**
**chanton west**

I would like to order whooga boots but upon reviews some say its a scam. Is there an official website or retailer that sells them. I would love to try them. I was going to buy emu but my friend showed me hers she bought a little less than a year ago and the fur inside is very scratchy and thin, looks like stuffing you find in a child toy. She wanted me to try the whooga also to let her know if they good boots or not.

Reply

**November 19, 2013 at 12:30 am**
**sona**

There are so many branded company in australia .

Reply

**December 4, 2013 at 4:28 am**
**Robin Shepherd**

Does anyone know the type of Ugg Boot that is tall, has a slit at the back, at the very top and a single big bow? The lining is thick and fuzzy and can fold if wanted? I seen them on a girl at the airport and can't find them anywhere. Someone please help! 😊 😊 😊 😊

Reply

**December 4, 2013 at 12:08 pm**
**Carole Sawicki**

Hi have u come across a brand that has a sheep on the outside upper little label? I have 2 pairs, got them years ago, luv em, but cannot find name anywhere. Nice n thick shearling inside, wear fantastic ,yes made in china. If u know of this brand please help, trying to find more. Thank you, oh your review was awesome and very helpful. Sincerely, Carole

Reply

**December 5, 2013 at 1:57 pm**
**Mayra**

What about UGG Australian made since 1974. This brand actually comes from Australia not made in other countries. Are you still reviewing ugg style boots? Will you do this one? I'm eyeing designer mid.

Reply

**January 3, 2014 at 10:42 am**
**Dave**

Just a heads up–Bearpaw does not make uggs for men.

Reply

**January 9, 2014 at 4:03 pm**
**Allison**

Great review! I want to buy a pair of ugg style boots. I have a really hard time shopping for boots because I have really skinny calves. Which brand do you recommend for someone with small calves? Thanks!

Reply

**January 18, 2014 at 10:09 am**
**Barbara**

Uggs are definately made way better than bearpaw...I have 3 pairs of uggs, that Ive had now for about 5 years...I purchased a pair of bearpaw and after a couple of months the sole split..I contacted bearpaw and never rec'd a reply back...uggs are double the price, however they will last you a lifetime. I didnt even get six months with the bearpaw. Terrible boots!!!!

Reply

**January 29, 2014 at 5:10 pm**
**laura**

I just purchased a pair of Bearpaw, Bear Traps "Launch". I have flat feet and need good arch support and round toe bed. I am wearing them around the house but can't really tell if they have enough arch support. Don't want to take them outside in case I have to return. Anyone have experience with this boot?

Reply

**January 29, 2014 at 5:32 pm**
**laura**

Anyone have experience with BearTraps brand. I thought it was a BearPaw show. Apparently it's a different company. Concerned with arch support, comfort.

Reply

**February 4, 2014 at 11:52 pm**
**Raven**

I had been checking out the Bearpaw boots earlier, thanks so much for the review! Much appriciated!

Reply

**February 6, 2014 at 12:19 pm**
**elaine**

I have had several pairs of Bearpaw and Ugg..although the style of UGG will determine hw long the boot will last..bearpaw the fur gets flat and the flop off your feet within a week to 10 days..so although UGG is the higher priced, it is in my humble opinion the superior boot

Reply

**February 5, 2014 at 1:19 am**
**chezron**

I have worn sheepskin boots by several brands for 25 years. It seems to me the shearling is much less dense in all boot brands, and packs down much quicker in boots made in the last few years. I don't think this is my imagination. The modern boots all have a wispy straight shearling that is not dense at all. I am looking for a boot that doesn't skimp on quality or density of shearling.

Reply

**March 15, 2014 at 3:13 pm**
**Kasey**

Seen online shearling foot pads for 16.95 to fit in boots. Try Amazon.

Reply

**March 18, 2014 at 10:26 am**
**Mary**

I miss my Whoogas!!! Wish I'd known they were going away. I'm sensitive to wool (can't wear a wool sweater without a couple of layers underneath) but had no problem with Whoogas. The Uggs, on the other hand, itch like crazy! I'm sooooo disappointed!

Reply

**April 4, 2014 at 3:08 am**
**lindsay whatmore**

any comments on luxe collective classic tall boots I found they made my feet freezing cold very quickly nothing does

the job like a pair of uggs

Reply

LEAVE A REPLY

Enter your comment here...

NYShoeSpy at Blogged            Guide to Fall/Winter Baby Shoes!          Cougar Tibet Rain Boot Review »

Top Blogs

Subscribe to feed.

Blog at WordPress.com.
The Tarski Theme.

http://www.llbean.com/llb/shop/61975?page=womens-wicked-good-shearling-boots-traditional-midheight
05/01/2015 02:25:03 PM



http://www.zappos.com/emu-australia-kids-wallaby-hi-toddler-little-kid-chestnut?zlfid=191&ref=pd_sims_p_ab_1
05/01/2015 02:28:05 PM



http://www.zappos.com/emu-australia-kids-wallaby-hi-toddler-little-kid-chestnut?zlfid=191&ref=pd_sims_p_ab_1
05/01/2015 02:28:05 PM



http://shoes.about.com/od/boots/a/ugg.htm        05/04/2015 08:47:38 AM



About.com > About Style > Shoes

# Ugg Boots

Everything You Ever Wanted to Know about Ugg Boots

By Desiree Stimpert
Shoes Expert

Share this

Ads    Shoes Good for Feet    Cowboy Boots    Boots Repair    Womens Work Boots    Waterproof Boots

## SHOES CATEGORIES

Seasons, Types & Styles ›
How to Wear... ›
Shoe Sizes and Fitting ›
Repair, Care and Storage ›
Comfortable Shoes & Foot Care ›
Shopping: Top Sites and Tips ›
Photos & Videos ›
Hosiery ›
Designers & Brands ›
History, Design & Shoemaking ›
Laces, Clips, Books & More ›
Readers Respond ›
Women's Shoes ›
Men's Shoes ›
Kids' Shoes and Baby Shoes ›
Updated Articles and Resources ›

### FREE EMAIL NEWSLETTER

Let About.com send you

http://shoes.about.com/od/boots/a/ugg.htm          05/04/2015 08:47:38 AM

Let About.com send you
the latest from our
Shoes Expert.

**SIGN UP**

You can opt-out at any time.
Please refer to our privacy policy for contact
information.



Eugene Phoen/Flickr/CC BY-NC-ND 2.0

When it comes to ugg boots, there seems to be three kinds of people. Those who love ugg boots, those who hate ugg boots, and those who just aren't sure what ugg boots are -- but, when they find out, they'll fall into one of the first two categories.

So, first, let's address those of you who don't yet know what an ugg boot is. Care and wear tips will follow.

### Ugg Boots - What Are They?

Traditionally, the term "ugg boot" referred to a style of Australian boot made with sheepskin.

During World War I, pilots wore a fleece-lined "FUG" (flying ugg) boot, and a type of ugg boot was also worn in Australia as early as the 1930s by farmers wanting to keep their feet warm. In the 1960s Australian surfers would put on ugg boots to warm their feet after coming in from riding the waves, and people in Australia would often wear ugg boots around the house during the mild winters.

While several Australian companies still manufacture these boots, "UGG" is also a trademark of the boots manufactured by a

Ads

Sneakers from Oliberte
oliberte.com/Sneakers
Our sneakers are built to take you on a lifetime of new adventures

Brooks Brothers Official
www.brooksbrothers.com
Timeless Style, Always Appropriate. Shop

27/30

http://shoes.about.com/od/boots/a/ugg.htm          05/04/2015 08:47:38 AM

Timeless Style, Always Appropriate. Shop
Brooks Brothers Official Site.

Shop Ryka Apparel
www.bhfo.com
Designer Fashion Up To 50% Off + Free
Shipping On All Orders!


Shoes Good for Feet
Cowboy Boots
Boots Repair
Womens Work Boots
Waterproof Boots

U.S. company, "UGG Australia." So many
of those Australian manufacturers now are
marketing what were formally known as
"ugg boots" as "Australian sheepskin
boots."

Whether you call them "sheepskin boots" or
"ugg boots," they are incredibly warm, and soft,
and have become a major hit with celebrities and
trendsetters alike over the past couple of years.
Oprah, Paris Hilton, and several other celebrities
are acknowledged fans of ugg boots.

**Where the Name "Ugg Boots"
Originated**

Legend has it that "ugg" is short for "ugly" - so, "ugg boots" apparently meant "ugly boots." For
decades, "ugg" was generic term used for sheepskin boots made in Australia. The word was so
commonplace that it was found in Australian dictionaries, and ugg boots were also known as "ug"
or "ugh" boots.

But in the United States, when people refer to "UGG boots," they're usually talking about the boots
made by Deckers Outdoor Corporation, the parent company of "UGG Australia."

So if you're traveling the world and talking about footwear, it's good to know that when the term "ugg
boot" is used, it could be referring to an Australian-made sheepskin boot, or a popular brand name
boot.

**Styles of Sheepskin and Ugg Boots**

Sheepskin and ugg boots are available in short and tall styles. Women's ugg boots and sheepskin
boots are available in colors from pink and
purple, to tan and brown, while men's are
available in the more neutral colors. Some
have chunky heels and laces, while others
are flat-heeled slip-ons.

Ads

4 veggies to never eat.
biotrust.com
Cut down a bit of stomach fat every day by never
eating these 4 foods.

Barefoot Dress Shoes
www.tunefootwear.com
Shop For Barefoot Dress Shoes. Four Classic
Styles for Men.

**When to Wear Sheepskin or Ugg
Boots**

Sheepskin and ugg boots are a casual type
of boot. Ugg boots are exceptionally warm
and are great for cold weather (up to -30
degrees Fahrenheit) - however, they should not be worn in excessively muddy or wet conditions. If
you are looking for warmth while trudging around the house or the city, a sheepskin or ugg boot will
be ideal, but if you need a boot for more severe winter weather conditions, you might want to try a
pair of snow boots instead.

**What to Wear with Sheepskin or Ugg Boots**

For girls and women, ugg boots look fantastic with tight-legged jeans tucked into them, or with short skirts paired with opaque tights or bare legs. For guys, ugg boots work great with jeans, and give a very casual, or rugged look, depending on the jeans or the shirt you wear with your ugg boots. The warmth of a sheepskin or ugg boot means they can be worn without socks or hose, even in some of the coldest conditions.

**How to Care for Sheepskin or Ugg Boots**

For general cleaning tips, you can have a look at this How to Clean UGG Boots video.

To be on the safe side, also check with the manufacturer or retailer where you bought the boots for their specific instructions. If you have any questions, ask them before you take steps to clean your boots.

Some makers of sheepskin and ugg boots also offer products made specifically for cleaning, protecting and conditioning ugg boots. It is recommended that you find the manufacturer-recommended products for protecting your boots, as alternative products could damage them.

f SHARE ON FACEBOOK          P PIN TO PINTEREST

### Related Articles

- Fake UGG Boots - How to Spot and Why to Avoid Them
- Uggs and Ugg Inspired Kids' Boots: The Look for Less
- FAQ: How Can I Clean My Kids' Uggs?
- The Season's Best Kids' Shoes for Girls and Boys
- The Look for Less: 5 Affordable Shearling Boots for Kids
- Got Uggs? Customize Them With This Cool Line of Accessories.

### Our Expert Recommends

- Fake UGG® Boots
- UGG Australia - UGG® Boots Manufacturer
- Uggs-N-Rugs Authentic Sheepskin Ugg Boots
- What to Look for in a Snow Boot
- Essential Women's Shoes
- Discount Shoes & Boots
- Fall Wedges - Top Wedge Shoes for Fall
- Sexy Stockings & Print Tights

| **To:** | Deckers Outdoor Corporation (tmdocket@gbclaw.net) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86601266 - 2110.084284 |
| **Sent:** | 6/18/2015 4:31:05 PM |
| **Sent As:** | ECOM107@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **6/18/2015** FOR U.S. APPLICATION SERIAL NO. 86601266

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **6/18/2015** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.