# EXHIBIT 3

## TO DEFENDANT'S OPP. TO MSJ

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Jun 7, 2018**

The trademark application identified below was abandoned because Applicant's letter of express abandonment was received on Jun 6, 2018 .

**SERIAL NUMBER:** 87310138
**MARK:** MISCELLANEOUS DESIGN
**OWNER:** Deckers Outdoor Corporation

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

TANJA PROEHL
GREER BURNS & CRAIN, LTD.
300 SOUTH WACKER DRIVE, SUITE 2500
CHICAGO , IL   60606