# EXHIBIT 6

## TO DEFENDANT'S OPP. TO MSJ

Unlock stock picks and a broker-level newsfeed that powers Wall Street.

Upgrade Now



# Australian-Owned Ugg Since 1974 Changes Name Amid Ongoing Legal Battle with Deckers

Stephen Garner
January 14, 2025 • 3 min read

 



An Australian-owned footwear company is changing its name amid a lawsuit with Deckers Brands and its Ugg label.

According to a TikTok posted by Ugg Since 1974 owner Todd Watts, the ongoing lawsuit with Deckers, which owns the Ugg trademark and brand,  has "made it hard" to share the company's story and boots with everyone in the world.

**More from Footwear News**

- Hoka and Ugg's Stellar Holiday Season Sets Deckers Up for a Strong 2025

- Why People on TikTok Are Cleaning Their Uggs with Dry Shampoo

Watts, who is the grandson of founders Arthur and Faye Springthorpe, said it was "extremely hard to fight a lawsuit against a multi-billion-dollar company, especially as a family-owned Australian-made business."

As a result, Watts said that the brand will now no longer be known as "Ugg Since 1974" outside of Australia and New Zealand. Instead, it will be called "Since 74" throughout the rest of the world.

Watts noted that the name Since 74 is an "ode to our heritage, handcrafting the world's most bespoke Australian made sheepskin boots for 50 years" and doesn't change anything about the product going forward.

FN has reached out to Deckers Brands for comment.

The TikTok, which was posted on Monday to the social media platform, has over 500,000 likes at the time of publication of this story.

Ugg Since 1974 first revealed this name change back in August with a blog post on the company's website. In a post dated Aug. 20, the company said that "in order to avoid legal issues surrounding the Ugg trademark abroad, we label our products leaving Australia or New Zealand with our Since 74 logo."

"So, whilst you'll be receiving the exact same product, made in the exact same workshop, with the exact same sheepskin and by the exact same craftspeople – if you live outside Australia or New Zealand, your product will be labelled Since 74," the post said.

This news comes after an online debate surfaced on TikTok in late 2023 as users aimed to find "the real Ugg." At the time, there were countless videos by users comparing their Uggs from the 2010s to newer purchases they've made in more recent years. Some creators have called out changes in quality and differences in design details over the years.

But while the changes in design from the 2010s through today are minimal, the main difference that confused some consumers is the logo change for the boot maker, owned by Goleta, Calif.-

Story Continues

View Comments (1)

Terms and Privacy Policy   Privacy Dashboard

## Recommended Stories



Copyright © 2025 Yahoo.
All rights reserved.

  

**POPULAR QUOTES**

Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**EXPLORE MORE**

Mortgages
Credit Cards
Sectors
Crypto Heatmap
Financial News

**ABOUT**

Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans