# EXHIBIT 7

## TO DEFENDANT'S OPP. TO MSJ

# Lex Machina

**Courts & Judges**  **Counsel**  **Parties**  **Federal**  **State**  **Specialty**  **Quick Tools**    Help   👤 Xinlin Li Morrow  🔍

## Deckers Outdoor Corporation

✉️ 📄 ⭐

View Party Group | Edit Party Group | Save Party Group | Load Party Group

Overview     Litigation Footprint     **Federal District:** Cases    Documents    Findings    Motion Metrics    Damage Awards     Other Venues ▾

> Showing **397** federal district court cases with Deckers Outdoor Corporation as a party;  in which the selected party was a Plaintiff ;  pending between 2009-01-01 and 2025-03-22 .

**Analytics:** Summary    Timing    Law Firms    Attorneys    Parties    **Case Resolutions**    Class Action    Damages    Remedies    Motions

Findings ▾

View Case List ⊙



| | | |
|---|---|---|
| **Claimant Win** | **226** | **57%** |
| Default Judgment | 162 | 41% |
| Consent Judgment | 62 | 16% |
| Judgment on the Pleadings | 0 | 0% |
| Summary Judgment | 0 | 0% |
| Trial | 2 | 1% |
| Judgment as a Matter of Law | 0 | 0% |
| Decision on Bankruptcy Appeal | 0 | 0% |
| | | |
| **Claim Defendant Win** | **0** | **0%** |
| Default Judgment | 0 | 0% |
| Consent Judgment | 0 | 0% |
| Judgment on the Pleadings | 0 | 0% |
| Summary Judgment | 0 | 0% |
| Trial | 0 | 0% |
| Judgment as a Matter of Law | 0 | 0% |
| Decision on Bankruptcy Appeal | 0 | 0% |

| | | |
|---|---|---|
| **Likely Settlement** | **134** | **34%** |
| Likely Settlement | 134 | 34% |
| Class Action Settlement | 0 | 0% |
| | | |
| **Procedural Resolution** | **10** | **3%** |
| Contested Dismissal | 0 | 0% |
| Dismissal | 5 | 1% |
| Consolidation | 0 | 0% |
| Severance | 0 | 0% |
| Interdistrict Transfer | 5 | 1% |
| Intradistrict Transfer | 0 | 0% |
| Stay | 0 | 0% |
| Multidistrict Litigation | 0 | 0% |
| Sealed | 0 | 0% |
| Appeal Pending | 0 | 0% |
| | | |
| **No Case Resolution** | **27** | **7%** |
| Open Cases | 27 | 7% |
| Other | 0 | 0% |

Exclude cases with No Case Resolution