# EXHIBIT 8

## TO DEFENDANT'S OPP. TO MSJ

US00D599999S

(12) **United States Design Patent**
MacIntyre

(10) **Patent No.:**        **US D599,999 S**
(45) **Date of Patent:**    ** **Sep. 15, 2009**

(54) **PORTION OF A FOOTWEAR UPPER**

(75) Inventor:    **Jennifer MacIntyre**, Santa Barbara, CA (US)

(73) Assignee:    **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term:    **14 Years**

(21) Appl. No.:    **29/326,868**

(22) Filed:    **Oct. 27, 2008**

(51) **LOC (9) Cl.**    .................................................... **02-99**
(52) **U.S. Cl.**    ............................ **D2/970**; D2/911; D2/946
(58) **Field of Classification Search**    ...................    D2/896, D2/909–915, 946, 970, 973, 974;  36/45, 36/50.1, 83, 3 A, 7.1 R, 113
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D125,568 | S | * | 3/1941 | Hard | D2/911 |
| D155,573 | S | * | 10/1949 | Bingham | D2/910 |
| D159,577 | S | * | 8/1950 | Stromberg | D2/900 |
| D159,761 | S | * | 8/1950 | Barron | D2/910 |
| D227,197 | S | * | 6/1973 | Fukuoka | D2/910 |
| D319,332 | S | * | 8/1991 | Itzkowitz | D2/910 |
| D481,863 | S | * | 11/2003 | Belley et al. | D2/970 |
| D529,269 | S | * | 10/2006 | Belley et al. | D2/970 |
| D539,024 | S | | 3/2007 | Belley et al. | |
| D581,140 | S | | 11/2008 | Earle | |

FOREIGN PATENT DOCUMENTS

DE    40702148    8/2007

EP    00718002-0006    4/2007

OTHER PUBLICATIONS

UGG Australia, Bipster model, p. 1, Oct. 3, 2008.
UGG Australia, Henry model, p. 1, Oct. 3, 2008.
UGG Australia, Erin model, p. 1, Oct. 3, 2008.
UGG Australia, Cove model, p. 1, Oct. 27, 2008.
UGG Australia, Kona model, p. 1, Oct. 27, 2008.
Catalogue Moscow Shoes, summer 2006, p. 2 top center.
Steve Madden MISSYY Brown Suede boot, www.jildorshoes.com, Dec. 9, 2008.

* cited by examiner

*Primary Examiner*—Stella M Reid
*Assistant Examiner*—Rashida C McCoy
(74) *Attorney, Agent, or Firm*—Greer, Burns & Crain, Ltd.

(57)    **CLAIM**

The ornamental design for a portion of a footwear upper, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a portion of a footwear upper showing my new design;

FIG. **2** is a side elevational view thereof;

FIG. **3** is an opposite side elevational view thereof;

FIG. **4** is a front elevational view thereof;

FIG. **5** is a rear elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

The broken lines in FIGS. **1**–**7** represent portions of the footwear that form no part of the claimed design. The broken line which defines the bounds of the claimed design forms no part thereof.

**1 Claim, 6 Drawing Sheets**



DOC 004357



FIG. 1

DOC 004358



FIG. 2

**DOC 004359**



FIG. 3

DOC 004360



FIG. 5



FIG. 4

DOC 004361



FIG. 6

**DOC 004362**

Case 3:23-cv-04850-AMO    Document 161-9    Filed 03/24/25    Page 8 of 8



FIG. 7

DOC 004363