# EXHIBIT 10

## TO DEFENDANT'S OPP. TO MSJ FILED UNDER SEAL