# EXHIBIT 11

## TO DEFENDANT'S OPP. TO MSJ FILED UNDER SEAL