# EXHIBIT 12

## TO DEFENDANT'S OPP. TO MSJ

## FILED UNDER SEAL