# EXHIBIT 14

## TO DEFENDANT'S OPP. TO MSJ

Women  >  Footwear  >  Classic Boots

**Classic Ultra Mini**
★★★★☆  **(255)**

**$150**
Bestseller



Color: Chestnut

US Size:

| 5 | 6 | 7 | | | 10 | 11 | 12 |

Available In:   **Women**   Men   Kids

🔥 Going fast! **4,051** people have viewed this in the past day

Feedback

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: **Cookie Policy**

Got it

**Manage Preferences**

1/10



Pay now with $ Afterpay

$ **Afterpay** available for orders between $1 - $2,000 ⓘ

**Free Shipping/Free Returns**
On all full-priced orders.

**+150 Points**
Earn points with UGG Rewards

**Live Chat**
Connect with an UGG customer care expert.

## Features & Benefits                                              ⌄

## Details                                                          ⌃

The Classic Ultra Mini is one of the most coveted of our Classics. Built-in flair with a lower shaft which makes for easy on-off wear. Pre-treated to keep it looking better for longer, this Classic features everything you love about the original Classic Boot, like signature UGG sheepskin and a flexible, ultra-lightweight sole.

This product was made in a factory that supports women in our supply chain with the help of HERproject. This collaborative initiative creates partnerships with brands like ours to empower and educate women in the workplace.

The outsole of this product is either a sugarcane EVA outsole, which is a responsible compound using sugarcane foam that allows us to reduce dependency on fossil fuels by replacing petroleum-based ethylene, or a Treadlite by UGG™ outsole.

Item No. 1116109

- Protected: Post Applied Treatment
- Topically applied water repellency treatment
- 17mm Twinface sheepskin upper
- Asymmetrical topline, Overlock stitch detailing on seams, Rear pull tab, Suede heel counter
- 17mm sheepskin lining
- 17mm UGGplush™ 80% upcycled wool, 20% TENCEL™ Lyocell insole or 17mm UGGplush™ 60% upcycled wool, 40% TENCEL™ Lyocell insole or 17mm sheepskin insole
- Sugarcane EVA outsole or Treadlite by UGG™ EVA outsole
- Polyester binding or textile binding made from 100% recycled polyester fibers
- 3.5" shaft height
- The UGG® Logo embossed leather heel label
- Best for: Casual
- RN 88276
- This product contains real fur from sheep or lamb. Fur may be sourced from Australia, Ireland, the United Kingdom, or the United States. It has been artificially dyed and treated.

## Size & Fit                                                       ⌄

## Care & Cleaning                                                  ⌄

## Pairs with



**Women's Alexiah Boy Short Rib**
**$42**

Color: Thundercloud

| Select a Size                                           ⌄ |

Feedback

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: **Cookie Policy**

Got it

**Manage Preferences**

2/10

**Add To Cart**

POWERED BY EMPLIFI

## Complete The Look



Shop Now        Shop Now        Shop Now

**Reviews for Classic Ultra Mini** ⌄

**Stay Connected**

Email

**UGG** ⌄

**Get Help** ⌄

United States ▲    English ▲

Feedback

© 2025 Deckers Brands

Privacy Policy

Cookies Policy

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: **Cookie Policy**

**Got it**

**Manage Preferences**

Feedback

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: **Cookie Policy**

Got it

**Manage Preferences**

4/10

Case 3:23-cv-04850-AMO     Document 161-15     Filed 03/24/25     Page 6 of 11

Feedback

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: **Cookie Policy**

Got it

**Manage Preferences**

5/10

Women > Footwear > Classic Boots

## Classic Ultra Mini
★★★★⯪ (255)

**$150**
Bestseller



Color: Chestnut

US Size:

| 5 | 6 | 7 | | | 10 | 11 | 12 |

Available In:  **Women**   Men   Kids

🔥 Going fast! **4,051** people have viewed this in the past day

Feedback

UGG

Classic Ultra Mini — $150



2025/3/23, 14:15

**Add To Cart**

☐ POWERED BY EMPLIFI

**Complete The Look**







Shop Now          Shop Now          Shop Now

**Reviews for Classic Ultra Mini**          ⌄

Feedback

**Stay Connected**

Email ☐

f ⓘ ⓟ 🐦 ▶

**UGG**          ⌄

**Get Help**          ⌄



🥾  Classic Ultra Mini — $150          ▮

8/10

United States

English

© 2025 Deckers Brands

Privacy Policy

Cookies Policy

Cookie Preferences

Terms & Conditions

Website Accessibility

CA Transparency Act

Do Not Sell My Personal Information

Feedback

Classic Ultra Mini — $150

2025/3/23, 14:15

Feedback

UGG

Classic Ultra Mini — $150

10/10