# EXHIBIT 15

## TO DEFENDANT'S OPP. TO MSJ

The Wayback Machine - https://web.archive.org/web/20241211145205/https://www.ugg.com/women-slippers/tasman-slipper/5955.html

Women > Footwear > Slippers

## Tasman Slipper

**$110**

*Best Seller*



Color: Chestnut

US Size:

| | | | | | | 🕙 **11** | **12** |
|---|---|---|---|---|---|---|---|

Available In:   **Women**   Men   Kids

1/6

https://web.archive.org/web/20241211145205/https://www.ugg.com/women-slippers/tasman-slip...



**Pay now with** afterpay⧉



**Free Shipping/Free Returns**
On all full-priced orders.



**Live Chat**
Connect with an UGG customer care expert.

## Features & Benefits ⌄

## Details ⌃

The Tasman is a longtime fan favorite continuously rediscovered generation after generation due to its ultra-lightweight, durable outsole, UGGplush™ lining, and suede upper. It goes with anything and has an easy slip-on silhouette that will stay timeless forever.

This product was made in a factory that supports women in our supply chain with the help of HERproject. This collaborative initiative creates partnerships with brands like ours to empower and educate women in the workplace.

The outsole of this product is either a sugarcane EVA outsole, which is a responsible compound using sugarcane foam that allows us to reduce dependency on fossil fuels by replacing petroleum-based ethylene, or a Treadlite by UGG™ outsole.

Item No. 5955

- Suede upper
- UGGbraid™ made with 70% recycled polyester, 30% rayon or UGGbraid™ made with 100% recycled polyester
- 17mm Sheepskin or 17mm UGGplush™ 60% upcycled wool, 40% TENCEL™ Lyocell lining
- 17mm UGGplush™ 80% upcycled wool, 20% TENCEL™ Lyocell insole or 17mm UGGplush™ 60% upcycled wool, 40% TENCEL™ Lyocell insole
- Foam footbed
- Sugarcane EVA outsole or Treadlite by UGG™ EVA outsole
- Polyester binding or textile binding made from 100% recycled polyester fibers
- The UGG® logo, heat-embossed
- RN 88276
- This product contains real fur from sheep or lamb. Fur may be sourced from Australia, Ireland, the United Kingdom, or the United States. It has been artificially dyed and treated.

## Size & Fit ⌄

## Care & Cleaning ⌄

## Pairs with



**Women's Aarti Plush Robe**
**$98**
Color: Cream

Select a Size ⌄

2/6



| Reviews for Tasman Slipper | Add To Cart | ∨ |

**Stay Connected**

| Email | |

**UGG** ∨

**Get Help** ∨

United States ▲ | English ▲

© 2024 Deckers Brands

Privacy Policy

Cookies Policy

Cookie Preferences

Terms & Conditions

Website Accessibility

CA Transparency Act

Do Not Sell My Personal Information

3/6

2025/3/23, 14:26

Case 3:23-cv-04850-AMO    Document 161-16    Filed 03/24/25    Page 5 of 7

The Wayback Machine - https://web.archive.org/web/20241211145205/https://www.ugg.com/women-slippers/tasman-slipper/5955.html

Women  >  Footwear  >  Slippers

## Tasman Slipper

**$110**

*Best Seller*



Color: Chestnut

US Size:

| | | | | | | 🕐 11 | 12 |

Available In:  **Women**   Men   Kids

4/6

1 of 3

2025/3/23, 14:26



**Pay now with**



**Free Shipping/Free Returns**
On all full-priced orders.

**Live Chat**
Connect with an UGG customer care expert.

Features & Benefits ⌄

Details ⌄

Size & Fit ⌄

Care & Cleaning ⌃

At UGG, we design products to last. To maintain your style, here's everything you need to know to care for and clean your shoes. Explore below for everything you need to know.

Caring For Your UGG

Shop Care And Cleaning

UGGRenew

Our Warranty



0:00 / 0:00

**Pairs with**



**Women's Aarti Plush Robe**
$98
Color: Cream

5/6

2 of 3

2025/3/23, 14:26

Case 3:23-cv-04850-AMO    Document 161-16    Filed 03/24/25    Page 7 of 7

Select a Size

**Add To Cart**

Reviews for Tasman Slipper



**Stay Connected**

Email

UGG

Get Help

United States                English

© 2024 Deckers Brands

Privacy Policy

Cookies Policy

Cookie Preferences

Terms & Conditions

Website Accessibility

CA Transparency Act

Do Not Sell My Personal Information

3 of 3                                           2025/3/23, 14:26