# EXHIBIT 16

## TO DEFENDANT'S OPP. TO MSJ

Classic Bailey Boots with Buttons | UGG® Official    https://www.ugg.com/women-sale-boots/bailey-button-ii/190108105728.html

Sale  >  Sale For Women  >  Boots

Bailey Button II

★ ★ ★ ★ ⯪  (1433)

$190  $132.99  30% OFF

Close
✕



Bailey Button II

1/10

Feedback

Pay now with $ Afterpay

$ **Afterpay** available for orders between $1 - $2,000 ⓘ

**Free Shipping/Free Returns**
On all full-priced orders.

**+132 Points**
Earn points with UGG Rewards

**Live Chat**
Connect with an UGG customer care expert.

## Features & Benefits

Treadlite by UGG™

Sugarcane EVA™

Post-Applied Treatment

## Details

## Size & Fit

## Care & Cleaning

## UGG

## Get Help

United States    English

© 2025 Deckers Brands

Privacy Policy

Cookies Policy

Cookie Preferences

Terms & Conditions

Website Accessibility

CA Transparency Act

Do Not Sell My Personal Information

Feedback



Bailey Button II



Feedback



**Bailey Button II**



3/10

Feedback

 **Bailey Button II**



4/10

Sale > Sale For Women > Boots

## Bailey Button II

~~$190~~  **$132.99**  30% OFF



Feedback

TOP
↑



**Bailey Button II**

5/10

Pay now with  Afterpay

Afterpay available for orders between $1 - $2,000 ⓘ

🚚 **Free Shipping/Free Returns**
On all full-priced orders.

**+132 Points**
Earn points with UGG Rewards

💬 **Live Chat**
Connect with an UGG customer care expert.

## Features & Benefits ⌄

## Details ⌃

Embellished with a wood-button closure, this plush sheepskin boot is more versatile than ever – fasten for extra warmth, or fold down for a full, fluffy collar. Finished with our signature sole for added cushioning, traction, and durability, it pairs with silky dresses or overalls and a tee.

This product was made in a factory that supports women in our supply chain with the help of HERproject. This collaborative initiative creates partnerships with brands like ours to empower and educate women in the workplace.

Item No. 190108105728

- Protected: Post Applied Treatment
- Topically applied water repellency treatment
- 17mm Twinface sheepskin upper
- Wood button and elastic closure, Suede heel counter
- 17mm sheepskin lining
- 17mm sheepskin insole
- SugarSole™ outsole, made with ethylene from sugarcane, or Treadlite by UGG™ made with petroleum-based ethylene
- Polyester binding or textile binding made from 100% recycled polyester fibers
- 7.5" shaft height



**Men's Tasman Weather Hybrid**
**$150**  | 4 Colors

**Women's Classic Ultra Mini**
**$150**  | 7 Colors

**Women's Scuffette II**
**$95**  | 4 Colors

Feedback

## Reviews for Bailey Button II

UGG



Bailey Button II

6/10

Case 3:23-cv-04850-AMO     Document 161-17     Filed 03/24/25     Page 8 of 11

**Stay Connected**

Email

f  ⓘ  P  𝕏  ▶

UGG                                                                                          ⌄

Get Help                                                                                     ⌄

United States ▲          English ▲

© 2025 Deckers Brands

Privacy Policy

Cookies Policy

Cookie Preferences

Terms & Conditions

Website Accessibility

CA Transparency Act

Do Not Sell My Personal Information

Feedback



Bailey Button II

7/10

Classic Bailey Boots with Buttons | UGG® Official      https://www.ugg.com/women-sale-boots/bailey-button-ii/190108105728.html

Sale > Sale For Women > Boots

## Bailey Button II

~~$190~~ **$132.99** 30% OFF



Feedback

TOP
↑

 **Bailey Button II**

8/10



Pay now with  $ Afterpay

$ **Afterpay** available for orders between $1 - $2,000 ⓘ

**Free Shipping/Free Returns**
On all full-priced orders.

**+132 Points**
Earn points with UGG Rewards

**Live Chat**
Connect with an UGG customer care expert.

Features & Benefits ⌄

Details ⌄

Size & Fit ⌄

Care & Cleaning ⌃

At UGG, we design products to last. To maintain your style, here's everything you need to know to care for and clean your shoes. Explore below for everything you need to know.

Caring For Your UGG

Shop Care And Cleaning

UGGRenew

Our Warranty

Feedback

Bailey Button II

9/10



**Men's Tasman Weather Hybrid**
$150 | *4 Colors*

**Women's Classic Ultra Mini**
$150 | *7 Colors*

**Women's Scuffette II**
$95 | *4 Colors*

Reviews for Bailey Button II ⌄

## Best Sellers

**Men's Classic Slip-On**
$110 | *3 Colors*

**Kids' Tazz**
$90

**Women's GoldenGlow**
$100 | *4 Colors*

**Stay Connected**

Email

UGG ⌄

Get Help ⌄

United States ▲ English ▲

© 2025 Deckers Brands

Privacy Policy

Cookies Policy

Cookie Preferences

Terms & Conditions

Website Accessibility

CA Transparency Act

Do Not Sell My Personal Information

Feedback

Bailey Button II