Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
Iain Hill (SBN 336825)
ihill@blakelylawgroup.com
BLAKELY LAW GROUP
1108 Manhattan Avenue, Suite B
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff**
**Deckers Outdoor Corporation**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br>v.<br><br>LAST BRAND, INC. dba QUINCE, a Delaware Corporation; and DOES 1-10, inclusive,<br>    Defendants. | Case No.: 3:23-cv-04850-AMO<br><br>**DECLARATION OF LISA BEREDA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Araceli Martínez-Olguín |

**DECLARATION OF LISA BEREDA**

I, LISA BEREDA, declare as follows:

1. I am the Vice President, Deputy General Counsel for Plaintiff Deckers Outdoor Corporation ("Deckers"). I have personal knowledge of the matters set forth herein, and if called upon as a witness could competently testify thereto.

2. Deckers has been engaged in the design, distribution, marketing, offering for sale, and sale of footwear since 1975. Deckers owns several brands of footwear including UGG®, Koolaburra®, Teva®, Ahnu®, and Hoka®. Deckers' UGG® brand remains one of the most recognized premium comfort-leisure footwear brands in the industry.

3. In the course of discovery, Deckers has produced highly confidential information regarding the revenues earned, and the number of units sold for UGG® Classic Ultra Mini, UGG® Bailey Button, and UGG® Tasman.

4. In the course of discovery, Deckers has produced highly confidential information regarding the marketing and advertising expenditure of the UGG® brand.

5. The aforementioned documents contain revenues, pricing, sales volume, and marketing and advertising expenditures. None of these documents, or the information contained therein, are publicly available and public disclosure thereof would provide competitors (other footwear manufacturers/sellers including Defendant) an unfair competitive advantage. Indeed, public dissemination of such proprietary information could materially affect Deckers' ability to increase its competitive advantages and differentiate itself from competitors, such as Defendant.

6. Moreover, the aforementioned documents are not generally disseminated within Deckers and only employees who require access to this information to perform their duties are given access to this type of information. Furthermore, those at Deckers who have access to this information are under a strict contractual and ethical obligation to maintain their confidentiality.

7. Deckers has expended a great deal of money and effort in developing the information contained in these documents to build its brand and to distinguish itself from its competitors. Should Deckers' competitors or Defendants have access to this information, they would have an unfair advantage in formulating their own research and competitive strategies.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

4  Executed this Monday, March 10, 2025 in Goleta, California.

*Lisa Bereda*
Lisa Bereda (Mar 10, 2025 15:35 PDT)

Lisa Bereda