UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>            Plaintiff,<br>v.<br><br>LAST BRAND, INC. dba QUINCE, a Delaware Corporation; and DOES 1-10, inclusive,<br>            Defendants. | Case No.: 3:23-cv-04850-AMO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Araceli Martínez-Olguín |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff Deckers Outdoor Corporation's Administrative Motion to File Under Seal, the COURT hereby GRANTS the Motion the following:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Unredacted Reply in Support of Motion for Summary Judgment | 179 | 181-1 | 181-2 | Plaintiff | Partial | Highly confidential business information [ECF 181-2] | |

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Araceli Martínez-Olguín
**United States District Judge**