1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Jamie Fountain (SBN 316567)
   jfountain@blakelylawgroup.com
3  Iain Hill (SBN 336825)
   ihill@blakelylawgroup.com
4  BLAKELY LAW GROUP
   1108 Manhattan Avenue, Suite B
5  Manhattan Beach, California 90266
   Telephone: (310) 546-7400
6  Facsimile: (310) 546-7401

7  **Attorneys for Plaintiff**
   **Deckers Outdoor Corporation**
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 | DECKERS OUTDOOR CORPORATION, a Delaware Corporation, | ) Case No.: 3:23-cv-04850-AMO |
   |---|---|
   | Plaintiff, | ) **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
   | v. | |
   | LAST BRAND, INC. dba QUINCE, a Delaware Corporation; and DOES 1-10, inclusive, | |
   | Defendants. | |
   | | ) Hon. Araceli Martínez-Olguín |

Pursuant to Local Rule 79-5(f), Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") hereby submits its request to consider whether Defendant's materials should be filed under seal. During the course of discovery Defendant designated the following documents as highly confidential and/or confidential. Plaintiff plans to include these documents and/or documents containing portions of this information in support of its reply in support of motion for summary judgment [ECF No. 179]:

1. Unredacted Reply in Support of Motion for Summary Judgment containing information designated as Highly Confidential and/or Confidential by Defendant [ECF No. 179] attached hereto as **Exhibit 1**
2. Excerpts of Gupta Deposition [ECF No. 179-3] attached hereto as **Exhibit 2**

DATED:   April 7, 2025                   BLAKELY LAW GROUP

By:   /s/ Jamie Fountain
      Brent H. Blakely
      Jamie Fountain
      **Attorneys for Plaintiff**
      **Deckers Outdoor Corporation**

**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**