# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Deckers Outdoor Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Last Brand, Inc. d/b/a Quince,<br><br>*Defendant*. | Case No. 3:23-cv-04850-AMO (LJC)<br><br>Hon. Araceli Martínez-Olguín<br><br>[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE **AS MODIFIED** |

Before the Court is the parties' stipulation which requests that the trial date and attendant timelines be continued eight (8) months. The Court needs additional information to better assess the request and SETS this matter for a virtual further case management conference on December 1, 2025 at 11:00am. In the interim, the Court GRANTS IN PART the parties' stipulation.

/ / /

IT IS HEREBY ORDERED that the following deadlines have moved accordingly:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Proposed Pretrial Order / Other Pretrial Filings | December 18, 2025 | **January 15, 2026** |
| Motions in Limine | January 5, 2026 | **February 2, 2026** |
| Opposition to MILs | January 12, 2026 | **February 9, 2026** |
| File Paired Sets of MILs and Opposition Briefs | January 13, 2026 | **February 10, 2026** |
| Jury Questionnaire | January 26, 2026 | **February 24, 2026** |
| Final Pretrial Conference | February 12, 2026 | **March 12, 2026** |
| Deposition and Discovery Designations | February 17, 2026 | **March 17, 2026** |
| Provide Court Reporter list of jointly created list of names and places and uncommon terms | February 23, 2026 | **March 23, 2026** |
| Daily Transcript Reporting | March 2, 2026 | **March 30, 2026** |
| Trial Date | March 10, 2026 | **April 21, 2026** |

**IT IS SO ORDERED**.

DATED: November 20, 2025

_____
**Hon. Araceli Martínez-Olguín**
**United States District Judge**