

1108 PARKVIEW AVENUE, SUITE B MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM T_323-464-7400  F_323-464-7410

E-mail: bblakely@blakelylawgroup.com

December 30, 2025

Judge Araceli Martinez-Olguin
United States District Judge

Re:    *Deckers Outdoor Corporation v Last Brand, Inc. d/b/a Quince*
       Northern District of California Case No.: 23-cv-04850-AMO

Dear Judge Martinez-Olguin,

Pursuant to this Court's Order dated December 22, 2025 (ECF No. 220), the Parties through their respective counsel hereby submit the following joint status report regarding a proposed trial dates.

The Parties have conferred and propose the following date for trial: the week of June 9, 2026.

Sincerely,

/s/Brent H. Blakely
Brent H. Blakely
Blakely Law Group
Counsel for Deckers

/s/ Xinlin Li Morrow
Xinlin Li Morrow
Morrow Ni LLP
Counsel for Last Brand, Inc.