**FILED**

Jun 15 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, | Case No. 23-cv-04850-AMO |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| LAST BRAND, INC., | |
| Defendant. | |

United States District Court
Northern District of California

**INSTRUCTIONS:** Answer each question in order.  Read the routing directions after each answer carefully.

We, the jury impaneled in this case, answer the questions submitted to us as follows:

## SECTION I – LIABILITY

### QUESTION 1 — INFRINGEMENT

Has Plaintiff proved, by a preponderance of the evidence, that Defendant's Australian Shearling Mini Boot infringes U.S. Patent No. D927,161 (the "'161 Patent")?

YES ____✓____ NO _____

YES → proceed to Question 2.

NO → skip to the certification page.

### QUESTION 2 — INVALIDITY

Has Defendant proved, by clear and convincing evidence, that the '161 Patent is invalid?

YES ____✓____ NO _____

YES → skip to the certification page.

NO → proceed to Question 3.

United States District Court
Northern District of California

United States District Court
Northern District of California

## SECTION II – DAMAGES

Complete this section only if you answered YES to Question 1 and NO to Question 2.

**QUESTION 3 — IDENTIFICATION OF ARTICLE OF MANUFACTURE**

The article of manufacture to which the '161 Patent was applied is (check one):

___ The entire Australian Shearling Mini Boot

___ The footwear upper of the Australian Shearling Mini Boot

**QUESTION 4 — DEFENDANT'S TOTAL PROFITS ON THE ARTICLE OF MANUFACTURE**

Based on your identification in Question 3, calculate Defendant's total profits on that article of manufacture.

Gross revenue from Defendant's sales of the article of manufacture identified in Question 3:

$ _____

Less: All expenses and costs proved by Defendant as directly related to the production and sale of that article of manufacture:

( – ) $ _____

Total profits on the article of manufacture:

= $ _____

*If the article of manufacture in Question 4 is a component (not the whole boot), gross revenue must reflect the value of that component, not the entire boot's sale price.*

3

## CERTIFICATION

We, the jury, unanimously agree to each of the above answers as our special verdict in this case.

Dated: _____June 15_____, 2026

_____ Elizabeth "Liz" Paiva

Presiding Juror

United States District Court
Northern District of California

4