UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DECKERS OUTDOOR CORPORATION,

Plaintiff,

v.

LAST BRAND, INC.,

Defendant.

Case No.  23-cv-04850-AMO

**ORDER DENYING MOTION FOR JUDGMENT AS A MATTER OF LAW**

Re: Dkt. No. 379

Before the Court is Defendant Last Brand, Inc. d/b/a Quince's ("Quince") "conditional" motion for judgment as a matter of law, submitted pursuant to Federal Rules of Civil Procedure 50(a) and 50(b).  The matter is fully briefed and suitable for decision without oral argument. Accordingly, the hearing set for August 6, 2026, is VACATED and the Court DENIES the parties' stipulation to continue the hearing as moot.  *See* Civil L.R. 7-6, Fed. R. Civ. Pro. 78(b); Dkt. No. 394.

On June 15, 2026, the jury returned a verdict finding the '161 Patent was infringed but invalid.  Dkt. No. 361.  The Court thereafter entered final judgment in favor of Quince.  Dkt. No. 375.  Quince filed the instant motion for judgment as a matter of law "conditionally" to preserve its rights in the event the invalidity verdict is disturbed.  Dkt. No. 379.  Because the conditions for Quince's motion have not occurred, and in light of Quince's victory at trial, the Court **DENIES AS MOOT** the motion for judgment as a matter of law without prejudice.

**IT IS SO ORDERED.**

Dated: July 30, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**